B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Family Security Door & Window, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Ace Iron Works, Inc. (not an IL Corp)** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3673856** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**270 W. 83rd Street**<br>**Chicago, IL**<br>ZIP Code **60620** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ■<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1)(1/08)**                                                                                    **Page 2**

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Family Security Door & Window, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Family Security Door & Window, Inc.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Robert R. Benjamin** _____
Signature of Attorney for Debtor(s)

  **Robert R. Benjamin 0170429** _____
Printed Name of Attorney for Debtor(s)

  **Querrey & Harrow, Ltd.** _____
Firm Name

  **175 W. Jackson Boulevard, Suite 1600**
  **Chicago, IL 60604**

_____
Address

              **Email: rbenjamin@querrey.com**
  **(312)540-7000  Fax: (312)540-0578**
Telephone Number

  **January 10, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Starr** _____
Signature of Authorized Individual

  **Robert Starr** _____
Printed Name of Authorized Individual

  **President** _____
Title of Authorized Individual

  **January 10, 2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Family Security Door & Window, Inc.**                                    Case No. _____

                                                Debtor(s)          Chapter       **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ALEXANDER & ASTOR-76815 ASTOR PALCE TOWN HOMES NAPERVILLE, IL 60512 | ALEXANDER & ASTOR-76815 ASTOR PALCE TOWN HOMES NAPERVILLE, IL 60512 | | Unliquidated | 48,265.33 |
| American Express P.O. BOX 247018 Omaha, IL 68124 | American Express P.O. BOX 247018 Omaha, IL 68124 | raw material | | 14,500.60 |
| Armstrong Doors 7438 W. 90TH ST. Bridgeview, IL 60453 | Armstrong Doors 7438 W. 90TH ST. Bridgeview, IL 60453 | raw material | | 14,930.43 |
| AT& T MOBILITY P.O. BOX 6463 Carol Stream, IL 60197-6463 | AT& T MOBILITY P.O. BOX 6463 Carol Stream, IL 60197-6463 | utilities | | 9,093.71 |
| AT&T REAL YELLOW PAGES 8519 INNOVATION WAY Chicago, IL 60682 | AT&T REAL YELLOW PAGES 8519 INNOVATION WAY Chicago, IL 60682 | advertising | | 9,750.00 |
| Chicago Suntimes P.O. BOX 1003 Tinley Park, IL 60477 | Chicago Suntimes P.O. BOX 1003 Tinley Park, IL 60477 | advertising | | 34,378.72 |
| Chicago Tube ONE CHICAGO TUBE DRIVE Romeoville, IL 60446 | Chicago Tube ONE CHICAGO TUBE DRIVE Romeoville, IL 60446 | raw material | | 8,696.83 |
| D. Wexler & Sons, Inc. 4821 S. Aberdeen St. Chicago, IL 60609 | D. Wexler & Sons, Inc. 4821 S. Aberdeen St. Chicago, IL 60609 | raw material | | 7,478.22 |
| Department of the Treasury Cincinnati, OH 45999-0039 | Department of the Treasury Cincinnati, OH 45999-0039 | 941 4th Quarter 2007 | | 78,100.00 |
| Department of the Treasury Cincinnati, OH 45999-0039 | Department of the Treasury Cincinnati, OH 45999-0039 | 941 3rd Quarter 2007 | | 42,369.00 |
| IL Department of Revenue | IL Department of Revenue | IL 941 4th Quarter 2007 | | 7,562.31 |
| J&L Metal Doors P.O. BOX 671 Chicago Heights, IL 60412 | J&L Metal Doors P.O. BOX 671 Chicago Heights, IL 60412 | raw material | | 10,105.28 |

In re   **Family Security Door & Window, Inc.**                                  Case No. _____

                                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Parkside Window Company 2649 N. Kildare Avenue Chicago, IL 60639-2051 | Parkside Window Company 2649 N. Kildare Avenue Chicago, IL 60639-2051 | installation services | | 23,224.22 |
| R.R. Donnelly Liquidebt Systems, Inc. 29 W. 110 BUTTERFIELD, Ste.108 Warrenville, IL 60555 | R.R. Donnelly Liquidebt Systems, Inc. 29 W. 110 BUTTERFIELD, Ste.108 Warrenville, IL 60555 | advertising | | 13,915.00 |
| RIDGE FENCE SUPPLY 6645 WEST 95TH STREET Chicago Ridge, IL 60415 | RIDGE FENCE SUPPLY 6645 WEST 95TH STREET Chicago Ridge, IL 60415 | raw material | | 17,582.31 |
| Shell Oil P.O. BOX 689081 Des Moines, IA 50388 | Shell Oil P.O. BOX 689081 Des Moines, IA 50388 | raw material | | 6,565.07 |
| The Detroit Tubing Mill Inc. 12871 Eaton Detroit, MI 48227 | The Detroit Tubing Mill Inc. 12871 Eaton Detroit, MI 48227 | raw material | | 8,020.90 |
| Trans Atlantic 440 FAIRMOUNT AVE. Philadelphia, PA 19123 | Trans Atlantic 440 FAIRMOUNT AVE. Philadelphia, PA 19123 | raw material | | 7,436.13 |
| Vinyl Kraft 3404 Rhodes Avenue New Boston, OH 45662 | Vinyl Kraft 3404 Rhodes Avenue New Boston, OH 45662 | raw material | | 21,659.56 |
| Yellow Book USA P.O. BOX 586 Newark, NJ 07101 | Yellow Book USA P.O. BOX 586 Newark, NJ 07101 | advertising | | 36,194.79 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January 10, 2008**                        Signature   **/s/ Robert Starr**
                                                                **Robert Starr**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Family Security Door & Window, Inc.**                                         ,

Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 214,182.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 61 | | 382,594.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 361,554.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 85 | | | |
| Total Assets | | | 214,182.00 | | |
| Total Liabilities | | | | 744,149.43 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Family Security Door & Window, Inc.**                                    ,        Case No. _____

Debtor

Chapter _____    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Family Security Door & Window, Inc.**                                              ,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Standard Bank & Trust checking (....2007)** | - | **1,000.00** |
| | | **savings (...4003)** | - | **400.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **1,400.00**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **less than 90 days $44,405.74 more than 90 days $33,435.48** | - | 48,324.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **48,324.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                              ,     Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Dodge Dakota** | - | 300.00 |
| | | **2000 Dodge Caravan** | - | 1,500.00 |
| | | **2003 Issuzu Stakebed** | - | 4,000.00 |
| | | **2000 Dodge Durango** | - | 1,500.00 |
| | | **2002 Ford Explorer** | - | 3,000.00 |
| | | **2000 Chevy Van** | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **(liqididation value)** | - | 3,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **liquidation value** | - | 20,000.00 |
| 30. Inventory. | | **(cost)** | - | 130,158.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >        164,458.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                        ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **214,182.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Family Security Door & Window, Inc.**                                    Case No. _____

_____,

                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Family Security Door & Window, Inc.**                                    Case No. _____
                                          ,
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**60**____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.**                              , Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. ALEXANDER & ASTOR-76815 ASTOR PALCE TOWN HOMES NAPERVILLE, IL 60512 | - | | | | X | | 48,265.33 | 0.00 / 48,265.33 |
| Account No. ANTHONY, MARY - 82391 16437 OXFORD MARKHAM, IL 60428 | - | | | | X | | 300.00 | 0.00 / 300.00 |
| Account No. ARNOLD, SILVIA & DENNIS - 83052 935 W 54TH ST CHICAGO, IL 60609 | - | | | | X | | 531.00 | 0.00 / 531.00 |
| Account No. ARTS AUTO - 82710 C/O LARRY WATSON CHICAGO, IL 60636 | - | | | | X | | 5,875.00 | 0.00 / 5,875.00 |
| Account No. AUSTIN, ARRON-80937 7537 S.DAMEN AVE CHICAGO, IL 60620 | - | | | | X | | 450.00 | 0.00 / 450.00 |

Sheet **1** of **60** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 0.00 / 55,421.33
(Total of this page) 55,421.33 / 55,421.33

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.** _____,   Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **AVANT, MARVIN - 83003** **12408 S STATE ST** **CHICAGO, IL 60628** | - | | | | X | | 0.00  464.00 | 464.00 |
| Account No. **AVANT, MARVIN - 83004** **12408 S STATE ST** **CHICAGO, IL 60628** | - | | | | X | | 0.00  328.00 | 328.00 |
| Account No. **BAKER, DAVID - 82908** **1906 N FREMONT** **CHICAGO, IL 60614** | - | | | | X | | 0.00  895.00 | 895.00 |
| Account No. **BANKS, ROBERT - 82938** **8635 S COLFAX** **CHICAGO, IL 60617** | - | | | | X | | 0.00  3,450.00 | 3,450.00 |
| Account No. **BANKS, ROBERT - 82939** **8635 S COLFAX** **CHICAGO, IL 60617** | - | | | | X | | 0.00  722.00 | 722.00 |

Sheet __2__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 5,859.00 | 5,859.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                          ,   Case No. _____
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | |
| **BARAZI, BASSAM - 83030** **1349 W FILLMORE** **CHICAGO, IL 60607** | | - | | | X | | 0.00 | 0.00 |
| | | | | | | | 980.00 | 980.00 |
| Account No. | | | | | | | | |
| **BARAZI, BASSAM - 83031** **1349 W FILLMORE** **CHICAGO, IL 60607** | | - | | | X | | 0.00 | 0.00 |
| | | | | | | | 981.00 | 981.00 |
| Account No. | | | | | | | | |
| **BARRON, LINDA - 83093** **7820 S MICHIGAN** **CHICAGO, IL 60619** | | - | | | X | | 0.00 | 0.00 |
| | | | | | | | 239.00 | 239.00 |
| Account No. | | | | | | | | |
| **Barron, Linda 83169** **7820 S. Michigan** **Chicago, IL 60619** | | - | | | X | | 0.00 | 0.00 |
| | | | | | | | 160.00 | 160.00 |
| Account No. | | | | | | | | |
| **BECKER, DEREK - 82937** **2232 N SAWYER** **CHICAGO, IL 60647** | | - | | | X | | 0.00 | 0.00 |
| | | | | | | | 796.00 | 796.00 |

Sheet __3__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 | |
|---|---|---|
| (Total of this page) | 3,156.00 | 3,156.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Family Security Door & Window, Inc.**                          ,          Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | | | | | |
| Account No. | | | | | | | | | |
| **BEDAR, EDGAR - 82949** **9008 S ADA** **CHICAGO, IL 60620** | - | | | | | X | | | 0.00 |
| | | | | | | | | 600.00 | 600.00 |
| Account No. | | | | | | | | | |
| **BEHM, MAUA YE NIARA - 83048** **4721 S ST LAWRENCE** **CHICAGO, IL 60615** | - | | | | | X | | | 0.00 |
| | | | | | | | | 510.00 | 510.00 |
| Account No. | | | | | | | | | |
| **BERRY, DEVON - 82965** **8126 S JEFFREY** **CHICAGO, IL 60617** | - | | | | | X | | | 0.00 |
| | | | | | | | | 265.00 | 265.00 |
| Account No. | | | | | | | | | |
| **BESS, GREGORY - 83013** **8832 S HARPER** **CHICAGO, IL 60619** | - | | | | | X | | | 0.00 |
| | | | | | | | | 250.00 | 250.00 |
| Account No. | | | | | | | | | |
| **BLACKWELL, KEN - 83042** **8128 S RHODES** **CHICAGO, IL 60619** | - | | | | | X | | | 0.00 |
| | | | | | | | | 300.00 | 300.00 |

Sheet __4__ of __60__ continuation sheets attached to          Subtotal          | 0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)  | 1,925.00 | 1,925.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | | | | | | | |
| Blevins, Marion - 83064 3980 S. Lake Park Chicago, IL 60653 | - | | | | | X | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | | | | | | | | |
| BONHEUR REALTY SERVICE - 83095 711 S INDIANAPOLIS CHICAGO, IL 60624 | - | | | | | X | | 858.00 | 0.00 | 858.00 |
| Account No. | | | | | | | | | | |
| BONHEUR REALTY SERVICE - 83096 600 E 41ST ST CHICAGO, IL 60653 | - | | | | | X | | 1,142.00 | 0.00 | 1,142.00 |
| Account No. | | | | | | | | | | |
| BORGE, AL - 83094 7743 S WABASH CHICAGO, IL 60619 | - | | | | | X | | 2,000.00 | 0.00 | 2,000.00 |
| Account No. | | | | | | | | | | |
| BORKOWSKI, IRENE - 83059 3229 NORTH NEWLAND CHICAGO, IL 60634 | - | | | | | X | | 700.00 | 0.00 | 700.00 |

Sheet **5** of **60** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 0.00 |
|---|
| 5,700.00 | 5,700.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                    ,          Case No. _____
                                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |||| C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.** | | | | | | | | | | |
| **BOYD, ZAUNDRA - 82859** 8241 S RHODES CHICAGO, IL 60619 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 331.00 | 331.00 |
| **Account No.** | | | | | | | | | | |
| **BRADFORD, JOAN - 82917** 4430 FLOSSMOOR COUNTRY CLUB HILLS, IL 60478 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 3,920.00 | 3,920.00 |
| **Account No.** | | | | | | | | | | |
| **BRANCH, PERSAIL - 82473** 3261 W 85TH ST CHICAGO, IL 60652 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 100.00 | 100.00 |
| **Account No.** | | | | | | | | | | |
| **BRANCH, PERSAIL - 82474** 3261 W 85TH ST CHICAGO, IL 60652 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 100.00 | 100.00 |
| **Account No.** | | | | | | | | | | |
| **BREWER, WILLA - 82999** 7231 S LANGLEY CHICAGO, IL 60619 | - | | | | | | X | | | 0.00 |
| | | | | | | | | | 1,525.00 | 1,525.00 |

Sheet __6___ of __60___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 5,976.00 | 5,976.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **BRICE, JOSE - 83071** **8600 S EXCHANGE** **CHICAGO, IL 60617** | - | | | | X | | 434.00 | 0.00 / 434.00 |
| Account No. | | | | | | | | |
| **BRIDGES, DON - 82592** **16359 S ASHLAND** **MARKHAM, IL 60428** | - | | | | X | | 307.00 | 0.00 / 307.00 |
| Account No. | | | | | | | | |
| **BROOKS, DAVID - 82729** **1906 N SHEFFIELD** **CHICAGO, IL 60614** | - | | | | X | | 792.00 | 0.00 / 792.00 |
| Account No. | | | | | | | | |
| **Brown, Alfred - 83113** **8201 S. Honore** **Chicago, IL 60620** | - | | | | X | | 2,287.00 | 0.00 / 2,287.00 |
| Account No. | | | | | | | | |
| **BROWN, ANDRE-80619** **15314 ROBEY** **HARVEY, IL 60426** | - | | | | X | | 380.00 | 0.00 / 380.00 |

Sheet **7** of **60** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
4,200.00    4,200.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | 0.00 |
| BROWN, ROBERT - 82671 5400 S PAULINA CHICAGO, IL 60609 | - | | | | | X | | | |
| | | | | | | | | 2,403.66 | 2,403.66 |
| Account No. | | | | | | | | | 0.00 |
| BURKE, CAROLYN - 83027 8208 S WHIPPLE CHICAGO, IL 60652 | - | | | | | X | | | |
| | | | | | | | | 401.00 | 401.00 |
| Account No. | | | | | | | | | 0.00 |
| BURNETT, MICHAEL - 83029 4505  203RD ST MATTESON, IL 60443 | - | | | | | X | | | |
| | | | | | | | | 700.00 | 700.00 |
| Account No. | | | | | | | | | 0.00 |
| Burns, Ellen - 83127 404 Main Street Hometown, IL 60456 | - | | | | | | | | |
| | | | | | | | | 480.00 | 480.00 |
| Account No. | | | | | | | | | 0.00 |
| BUTLER, DANNY - 83015 1658 W 101ST PL CHICAGO, IL 60643 | - | | | | | X | | | |
| | | | | | | | | 150.00 | 150.00 |

Sheet __8__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 4,134.66 | 4,134.66 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Byrd, RL & Hattie - 83131**<br>**7609 S. Luella Ave**<br>**Chicago, IL 60649** | | - | | | X | | **500.00** | 0.00 | **500.00** |
| Account No.<br><br>**CAGE, DONNA - 82890**<br>**11646 S ABERDEEN**<br>**CHICAGO, IL 60643** | | - | | | X | | **344.00** | 0.00 | **344.00** |
| Account No.<br><br>**CAMARENA, JAIME - 82984**<br>**3827 W 55TH ST**<br>**CHICAGO, IL 60632** | | - | | | X | | **569.00** | 0.00 | **569.00** |
| Account No.<br><br>**CANNON, AARON - 82878**<br>**9428 S FRANCISCO**<br>**EVERGREEN PARK, IL 60643** | | - | | | X | | **1,313.00** | 0.00 | **1,313.00** |
| Account No.<br><br>**CANNON, DONNA - 82583**<br>**8319 S ADA**<br>**CHICAGO, IL 60620** | | - | | | X | | **300.00** | 0.00 | **300.00** |

Sheet __9__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | **3,026.00** | **3,026.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **CARLSON, HEATHER - 83104** **4014 N ALBANY** **CHICAGO, IL 60618** | - | | | | X | | 230.00 | 0.00 230.00 |
| Account No. | | | | | | | | |
| **CARR, NICOLE A - 82214** **1344 W 96TH STREET** **CHICAGO, IL 60643** | - | | | | X | | 1,964.00 | 0.00 1,964.00 |
| Account No. | | | | | | | | |
| **CARR, NICOLE A - 82293** **1344 W 96TH STREET** **CHICAGO, IL 60643** | - | | | | X | | 179.00 | 0.00 179.00 |
| Account No. | | | | | | | | |
| **CARTER, DOMINQUE - 83100** **6431 GREENWOOD** **CHICAGO, IL 60637** | - | | | | X | | 634.00 | 0.00 634.00 |
| Account No. | | | | | | | | |
| **CATLIN, VANCE - 82925** **1038 E 153RD ST** **SOUTH HOLLAND, IL 60473** | - | | | | X | | 800.00 | 0.00 800.00 |

Sheet __10__ of __60__ continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
3,807.00

3,807.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. <br><br> **Clohisy, Marguerite-83157** <br> **10920 S. Lowe** <br> **Chicago, IL 60634** | | - | | | | X | | 845.00 | 0.00 <br><br> 845.00 |
| Account No. <br><br> **COBB, DELMARIE - 82967** <br> **3533 S KING DRIVE** <br> **CHICAGO, IL 60653** | | - | | | | X | | 288.00 | 0.00 <br><br> 288.00 |
| Account No. <br><br> **COLEMAN, GLADYS - 82733** <br> **5938 S ELIZABETH** <br> **CHICAGO, IL 60636** | | - | | | | X | | 833.00 | 0.00 <br><br> 833.00 |
| Account No. <br><br> **COLEMAN, LORETTA - 83018** <br> **1701 W 91ST ST** <br> **CHICAGO, IL 60620** | | - | | | | X | | 200.00 | 0.00 <br><br> 200.00 |
| Account No. <br><br> **COLEMAN, LORETTA - 83082** <br> **1701 W 91ST ST** <br> **CHICAGO, IL 60620** | | - | | | | X | | 700.00 | 0.00 <br><br> 700.00 |

Sheet __11__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 |
|---|---|
| (Total of this page) | 2,866.00 | 2,866.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                    ,      Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **COOK, BEVERLY - 83083** 6913 S VERNON CHICAGO, IL 60637 | - | | | | X | | 0.00 / 500.00 | 500.00 |
| Account No. **COOMBS, MARJORIE - 82966** 9754 S INDIANA CHICAGO, IL 60628 | - | | | | X | | 0.00 / 230.00 | 230.00 |
| Account No. **COPELAND, VADLESS - 82832** 349 W 101ST PL CHICAGO, IL 60628 | - | | | | X | | 0.00 / 1,100.00 | 1,100.00 |
| Account No. **CRAIG, BETTY - 82941** 812 W 53RD ST CHICAGO, IL 60609 | - | | | | X | | 0.00 / 500.00 | 500.00 |
| Account No. **CROWNCO - 82933** PO BOX 622 WILMETTE, IL 60091 | - | | | | X | | 0.00 / 999.00 | 999.00 |

Sheet __12__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,329.00 | 3,329.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **CRUZ, EDWIN-80108** **9264 S. 51ST AVE.** **OAK LAWN, IL 60453** | - | | | | X | | 0.00 1,200.00 | 1,200.00 |
| Account No. **CURE, SONSAREE - 83069** **1108 W VERMONT** **CALUMET PARK, IL 60827** | - | | | | X | | 0.00 270.00 | 270.00 |
| Account No. **DANIEL, RITA - 82918** **1044 W LOYOLA** **CHICAGO, IL 60626** | - | | | | X | | 0.00 315.00 | 315.00 |
| Account No. **DAVIS, DELOIS - 83065** **510 W 111TH ST** **CHICAGO, IL 60628** | - | | | | X | | 0.00 3,384.00 | 3,384.00 |
| Account No. **DAVIS, DELOIS - 83066** **510 W 111TH ST** **CHICAGO, IL 60628** | - | | | | X | | 0.00 3,123.00 | 3,123.00 |

Sheet __13__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 0.00 | |
| 8,292.00 | 8,292.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                                     Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. DAVIS, DELOIS - 83067 510 W 111TH ST CHICAGO, IL 60628 | - | | | | X | | 798.00 | 0.00 798.00 |
| Account No. DAVIS, DELOIS - 83068 510 W 111TH ST CHICAGO, IL 60628 | - | | | | X | | 251.00 | 0.00 251.00 |
| Account No. DENMAN, WILLA - 82279 10919 S PEORIA CHICAGO, IL 60643 | - | | | | X | | 800.00 | 0.00 800.00 |
| Account No. DIXON, RETHEL-82587 8004 S. CONTANCE CHICAGO, IL 60617 | - | | | | X | | 536.00 | 0.00 536.00 |
| Account No. DONALDSON, RANA - 82727 1235 E 77TH PL CHICAGO, IL 60628 | - | | | | X | | 616.00 | 0.00 616.00 |

Sheet __14__ of __60__ continuation sheets attached to                      Subtotal                                      0.00
Schedule of Creditors Holding Unsecured Priority Claims           (Total of this page)          3,001.00          3,001.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.** _____ ,   Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **DUFFIELD, CHARLES - 82940** **4336 N ASHLAND** **CHICAGO, IL 60613** | - | | | | X | | **699.00** | 0.00 / **699.00** |
| Account No. | | | | | | | | |
| Edwards, Carol - 83131 12538 S. Wood St. Riverdale, IL 60827 | - | | | | X | | 500.00 | 0.00 / 500.00 |
| Account No. | | | | | | | | |
| Effinger, Sylvester - 83154 1210 Memorial Dr. Calumet City, IL 60409 | - | | | | | | 950.00 | 0.00 / 950.00 |
| Account No. | | | | | | | | |
| **ELLISON, ARNETTA - 82781** **8046 S WENTWORTH** **CHICAGO, IL 60620** | - | | | | X | | 361.00 | 0.00 / 361.00 |
| Account No. | | | | | | | | |
| **ENG, JASHUA - 83016** **1311 PLYMOUTH COURT UNIT D** **CHICAGO, IL 60605** | - | | | | X | | 455.00 | 0.00 / 455.00 |

Sheet __15__ of __60__ continuation sheets attached to   Subtotal   0.00
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)   2,965.00 / 2,965.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                    ,          Case No. _____

                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

                                                                          **Deposits by individuals**

                                                                          TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **FANG, SHIRLEY - 82985** 2541 S NORMAL CHICAGO, IL 60616 | - | | | | X | | 540.00 | 0.00 / 540.00 |
| Account No. **Fedele, Dave - 83036** 5413 W. Wilson Ave. Chicago, IL 60630 | - | | | | | | 500.00 | 0.00 / 500.00 |
| Account No. **GAINES, MICHAEL - 82731** 9234 S JUSTINE CHICAGO, IL 60620 | - | | | | X | | 300.00 | 0.00 / 300.00 |
| Account No. **GARCIA, ED RAPHAEL - 82896** 5800 S SPAULDING CHICAGO, IL 60629 | - | | | | X | | 1,400.00 | 0.00 / 1,400.00 |
| Account No. **GARDNER, CARRIE - 82656** 15629 ASHLAND HARVEY, IL 60426 | - | | | | X | | 688.00 | 0.00 / 688.00 |

Sheet __16__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    0.00
(Total of this page)        3,428.00        3,428.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**           ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| **GARTH, SABRINA - 82346** **13729 S ATLANTIC** **RIVERDALE, IL 60827** | - | | | | | X | | | 0.00 |
| | | | | | | | | 673.00 | 673.00 |
| Account No. | | | | | | | | | |
| **GAY, ROBERT - 82746** **15831 S ST LOUIS** **MARKHAM, IL 60428** | - | | | | | X | | | 0.00 |
| | | | | | | | | 900.00 | 900.00 |
| Account No. | | | | | | | | | |
| **GIBBS, BARBARA A.-82510** **7805 S. MICHIGAN** **CHICAGO, IL 60619** | - | | | | | X | | | 0.00 |
| | | | | | | | | 450.00 | 450.00 |
| Account No. | | | | | | | | | |
| **GILLARD, JAMES - 83091** **8615 S LOOMIS** **CHICAGO, IL 60620** | - | | | | | X | | | 0.00 |
| | | | | | | | | 260.00 | 260.00 |
| Account No. | | | | | | | | | |
| **GIVENS, EALUNDE - 82867** **14232 S INDIANA** **RIVERDALE, IL 60827** | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,450.00 | 1,450.00 |

Sheet __17__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,733.00 | 3,733.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| **GLADNEY, E.C.-79052** **5430 DAMEN** **CHICAGO, IL 06069** | - | | | | | X | | | 0.00 |
| | | | | | | | | 884.00 | 884.00 |
| Account No. | | | | | | | | | |
| **GOMEZ, TRINIDAD - 82980** **11621 S. AVENUE "J"** **CHICAGO, IL 60617** | - | | | | | X | | | 0.00 |
| | | | | | | | | 200.00 | 200.00 |
| Account No. | | | | | | | | | |
| **GONZALEZ, HOPE - 82895** **3934 W 67TH PL** **CHICAGO, IL 60629** | - | | | | | X | | | 0.00 |
| | | | | | | | | 300.00 | 300.00 |
| Account No. | | | | | | | | | |
| **GOODS, BUNNY - 82620** **8146 S PEORIA** **CHICAGO, IL 60620** | - | | | | | X | | | 0.00 |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. | | | | | | | | | |
| **GORDON, KEITH/LATRICIA - 82883** **10227 S MAY ST** **CHICAGO, IL 60643** | - | | | | | X | | | 0.00 |
| | | | | | | | | 95.00 | 95.00 |

Sheet __18__ of __60__ continuation sheets attached to         Subtotal
Schedule of Creditors Holding Unsecured Priority Claims         (Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,479.00 | 2,479.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                              ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **GRAVES, LYCRECIA - 82168** 1552 W 123RD ST CHICAGO, IL 60643 | - | | | | X | | 143.00 | 0.00 143.00 |
| Account No. **GRAY, IRENE - 82159** 9020 S SACRAMENTO EVERGREEN PARK, IL 60805 | - | | | | X | | 950.00 | 0.00 950.00 |
| Account No. **GRAY, JENAI - 83060** 7552 S ESSEX UNIT 1A CHICAGO, IL 60649 | - | | | | X | | 143.00 | 0.00 143.00 |
| Account No. **GREEN, CYNTHIA- 81599** 7748 S. WOLCOTT CHICAGO, IL 60620 | - | | | | X | | 559.00 | 0.00 559.00 |
| Account No. **GREENE, BEVERLY - 82960** 9112 S ASHLAND AVE CHICAGO, IL 60620 | - | | | | X | | 175.00 | 0.00 175.00 |

Sheet __19__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
1,970.00          1,970.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gregwor, Yvonne - 83195<br>7254 S Prairie<br>Chicago, IL 60619 | - | | | | X | | 325.00 | 0.00<br><br>325.00 |
| Account No.<br><br>GROSVENOR, RAMONA - 82865<br>9830 SAYRE AVE<br>CHICAGO RIDGE, IL 60415 | - | | | | X | | 425.00 | 0.00<br><br>425.00 |
| Account No.<br><br>HAMID, MARC - 82982<br>1041 W GRACE ST<br>CHICAGO, IL 60613 | - | | | | X | | 690.00 | 0.00<br><br>690.00 |
| Account No.<br><br>HAMID, MARC - 82983<br>1041 W GRACE ST<br>CHICAGO, IL 60613 | - | | | | X | | 893.00 | 0.00<br><br>893.00 |
| Account No.<br><br>HAMPTON, KIM - 83106<br>9929 S PERRY<br>CHICAGO, IL 60628 | - | | | | X | | 521.00 | 0.00<br><br>521.00 |

Sheet __20__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 2,854.00 | 2,854.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                   ,   Case No. _____
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | 0.00 |
| **HANTELMANN, JULIE-82071** **4515 N WOLCOTT 2A** **CHICAGO, IL 60640** | - | | | | | X | | | |
| | | | | | | | | 143.00 | 143.00 |
| Account No. | | | | | | | | | 0.00 |
| **HARRIS, RON - 83012** **5108 S HARPER** **CHICAGO, IL 60615** | - | | | | | X | | | |
| | | | | | | | | 200.00 | 200.00 |
| Account No. | | | | | | | | | 0.00 |
| **HARVEY, BRENDA - 83022** **8123 S CARPENTER** **CHICAGO, IL 60620** | - | | | | | X | | | |
| | | | | | | | | 300.00 | 300.00 |
| Account No. | | | | | | | | | 0.00 |
| **Harvey, Junior - 83132** **10920 S. Lowe** **Chicago, IL 60628** | - | | | | | X | | | |
| | | | | | | | | 500.00 | 500.00 |
| Account No. | | | | | | | | | 0.00 |
| **HARVEY, PAULETTE - 82997** **5246 W BLOOMINGTON** **CHICAGO, IL 60639** | - | | | | | X | | | |
| | | | | | | | | 271.00 | 271.00 |

Sheet __21__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 1,414.00 | 1,414.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                              ,     Case No. _____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| HAWKINS, JEFFREY - 83123 1315 S PLYMOUTH CT UNIT E CHICAGO, IL 60605 | - | | | | | X | | | 0.00 | |
| | | | | | | | | 228.00 | | 228.00 |
| Account No. | | | | | | | | | | |
| HAYES, ETHEL - 82942 8718 S KING DR CHICAGO, IL 60619 | - | | | | | X | | | 0.00 | |
| | | | | | | | | 350.00 | | 350.00 |
| Account No. | | | | | | | | | | |
| HAYGOOD, HENRIETTA - 83035 8101 S WASHTENAW CHICAGO, IL 60620 | - | | | | | X | | | 0.00 | |
| | | | | | | | | 285.00 | | 285.00 |
| Account No. | | | | | | | | | | |
| HENKE, JEFF - 82663 NANCY LUPO FRANKLIN PARK, IL 60652 | - | | | | | X | | | 0.00 | |
| | | | | | | | | 2,000.00 | | 2,000.00 |
| Account No. | | | | | | | | | | |
| HEREFORD, CLAYTON - 83122 8613 S LOWE CHICAGO, IL 60620 | - | | | | | X | | | 0.00 | |
| | | | | | | | | 276.00 | | 276.00 |

Sheet  **22**  of  **60**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 3,139.00 | 3,139.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                               ,   Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| HERNANDEZ, DANIEL - 83055 1107 S INDEPENDENCE GARDEN UNIT #1 CHICAGO, IL 60624 | - | | | | | X | | | 0.00 |
| | | | | | | | | 436.00 | 436.00 |
| Account No. | | | | | | | | | |
| HERNANDEZ, DANIEL - 83056 1107 S INDEPENDENCE GARDEN UNIT #1 CHICAGO, IL 60624 | - | | | | | X | | | 0.00 |
| | | | | | | | | 715.00 | 715.00 |
| Account No. | | | | | | | | | |
| HERNANDEZ, DANIEL - 83057 1107 S INDEPENDENCE GARDEN UNIT #1 CHICAGO, IL 60624 | - | | | | | X | | | 0.00 |
| | | | | | | | | 371.00 | 371.00 |
| Account No. | | | | | | | | | |
| HICKS,THERESA-80967 18012 CHANTILLY HQAZEL CREST, IL 60429 | - | | | | | X | | | 0.00 |
| | | | | | | | | 144.00 | 144.00 |
| Account No. | | | | | | | | | |
| HILL, JOHN - 82927 2406 W LEXINGTON CHICAGO, IL 60624 | - | | | | | X | | | 0.00 |
| | | | | | | | | 289.00 | 289.00 |

Sheet __23__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 1,955.00 | 1,955.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                    ,    Case No. _____
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| HOGAN, SUSAN - 82885 10943 S CAMPBELL CHICAGO, IL 60655 | | - | | | X | | | 0.00 |
| | | | | | | | 210.00 | 210.00 |
| Account No. | | | | | | | | |
| HOLMES, RUFUS - 82819 2211 EMERSON EVANSTON, IL 60201 | | - | | | X | | | 0.00 |
| | | | | | | | 500.00 | 500.00 |
| Account No. | | | | | | | | |
| HOUSE, ROBERT - 82934 18600 NEAL CIRCLE COUNTRY CLUB HILLS, IL 60478 | | - | | | X | | | 0.00 |
| | | | | | | | 3,000.00 | 3,000.00 |
| Account No. | | | | | | | | |
| HUGHES, VERNEICE - 82682 10110 S UNION CHICAGO, IL 60628 | | - | | | X | | | 0.00 |
| | | | | | | | 1,500.00 | 1,500.00 |
| Account No. | | | | | | | | |
| HUNTER, DAVIDA - 83114 7232 S. WOODLAWN CHICAGO, IL 60619 | | - | | | X | | | 0.00 |
| | | | | | | | 100.00 | 100.00 |

Sheet __24__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 5,310.00 | 5,310.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                  ,          Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **HYMAN, ROBERT - 82958** 7544 S LAFAYETTE CHICAGO, IL 60620 | - | | | | X | | 1,598.00 | 0.00 / 1,598.00 |
| Account No. **IDEAL SERVICES - 82951** C/O VICKIE EVANS BRIDGEVIEW, IL 60455 | - | | | | | | 412.00 | 0.00 / 412.00 |
| Account No. **IRISH, RAYMOND - 83008** 7040 S PAULINA CHICAGO, IL 60636 | - | | | | X | | 529.00 | 0.00 / 529.00 |
| Account No. **IRISH, RAYMOND - 83009** 7040 S PAULINA CHICAGO, IL 60636 | - | | | | X | | 155.00 | 0.00 / 155.00 |
| Account No. **ISAAC, BOBBIE J - 82841** 7440 W 64TH ST SUMMIT, IL 60501 | - | | | | X | | 2,000.00 | 0.00 / 2,000.00 |

Sheet __25__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,694.00 | 4,694.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                              ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **IVORY, JOANNE-79609** 519 S. 46TH AVE. BELLWOOD, IL 60104 | - | | | | X | | 1,340.00 | 0.00 / 1,340.00 |
| Account No. **JACKSON, JOHN L - 83050** 14723 COOPER AVE HARVEY, IL 60426 | - | | | | X | | 548.00 | 0.00 / 548.00 |
| Account No. **JACKSON, ROXANNE - 83032** 7204 S RHODES CHICAGO, IL 60619 | - | | | | X | | 200.00 | 0.00 / 200.00 |
| Account No. **JACKSON. TOMURA - 83073** 702 E 89TH PL CHICAGO, IL 60619 | - | | | | X | | 259.00 | 0.00 / 259.00 |
| Account No. **JACKSON. TOMURA - 83074** 702 E 89TH PL CHICAGO, IL 60619 | - | | | | X | | 341.00 | 0.00 / 341.00 |

Sheet __26__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    0.00
(Total of this page)      2,688.00      2,688.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.** _____ ,     Case No. _____
                                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | 0.00 |
| JAWORSKI, JILL - 83075 1311 UNIT H S PLYMOUTH CT CHICAGO, IL 60605 | - | | | | | X | | 603.00 | 603.00 |
| Account No. | | | | | | | | | 0.00 |
| JOHNSON, CLAUDE - 82624 7709 S HERMITAGE CHICAGO, IL 60620 | - | | | | | X | | 333.00 | 333.00 |
| Account No. | | | | | | | | | 0.00 |
| JOHNSON, LUCY - 83051 7816 S DREXEL CHICAGO, IL 60636 | - | | | | | X | | 524.00 | 524.00 |
| Account No. | | | | | | | | | 0.00 |
| JOHNSON, PRINCESS-79352 3433 W. 76TH PL. CHICAGO, IL 60652 | - | | | | | X | | 1,475.00 | 1,475.00 |
| Account No. | | | | | | | | | 0.00 |
| JONES, HONORA-81518 8022 S KENWOOD CHICAGO, IL 60619 | - | | | | | X | | 900.00 | 900.00 |

Sheet __27__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,835.00 | 3,835.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                              ,  Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | 0.00 |
| **JORDAN, IRENE - 82792** 7834 S CONSTANCE CHICAGO, IL 60649 | - | | | | | X | | 700.00 | 700.00 |
| Account No. | | | | | | | | | 0.00 |
| **JURINAK, KENNETH - 82812** 2518 W EASTWOOD CHICAGO, IL 60625 | - | | | | | X | | 1,500.00 | 1,500.00 |
| Account No. | | | | | | | | | 0.00 |
| **KAAPKE, BUD - 82884** 11128 S WESTERN CHICAGO, IL 60643 | - | | | | | X | | 600.00 | 600.00 |
| Account No. | | | | | | | | | 0.00 |
| **Kilijanski, Letitia - 83182** 9701 S. Homan Evergreen Park, IL 60805 | - | | | | | X | | 385.00 | 385.00 |
| Account No. | | | | | | | | | 0.00 |
| **KILPATRICK, TWANA - 82948** 6113 S CALIFORNIA AVE CHICAGO, IL 60629 | - | | | | | X | | 500.00 | 500.00 |

Sheet __28__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 3,685.00 | 3,685.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.** , Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. KING, AMY - 82961 6755 W HIGGINS ROAD CHICAGO, IL 60656 | | - | | | | X | | 1,460.00 | 0.00 1,460.00 |
| Account No. KING, JEFFREY M. - 83115 8518 S MICHIGAN CHICAGO, IL 60619 | | - | | | | X | | 0.00 | 0.00 0.00 |
| Account No. KUZNIAR, EDWIN-82525 11333 S. AVE. N CHICAGO, IL 60617 | | - | | | | X | | 1,300.00 | 0.00 1,300.00 |
| Account No. LACY, HOWARD - 82978 8417 S KENWOOD CHICAGO, IL 60619 | | - | | | | X | | 600.00 | 0.00 600.00 |
| Account No. LACY, LEMUEL - 83011 3314 W 84TH PL CHICAGO, IL 60652 | | - | | | | X | | 814.00 | 0.00 814.00 |

Sheet __29__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,174.00 | 4,174.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 0.00 |
| **LANDEVERDE, RICHARD - 82990** **1461 E 72ND ST** **CHICAGO, IL 60619** | - | | | | X | | 350.00 | 350.00 |
| Account No. | | | | | | | | 0.00 |
| **LARK, SHIRLEY - 82655** **11143 S PARNELL** **CHICAGO, IL 60628** | - | | | | X | | 839.00 | 839.00 |
| Account No. | | | | | | | | 0.00 |
| **Lassai, Lynette - 83181** **8343 S. State** **Chicago, IL 60620** | - | | | | X | | 850.00 | 850.00 |
| Account No. | | | | | | | | 0.00 |
| **LEE, MURIEL - 82797** **1618 RIDGE ROAD** **HOMEWOOD, IL 60430** | - | | | | X | | 385.00 | 385.00 |
| Account No. | | | | | | | | 0.00 |
| **LEE, MURIEL - 82798** **1618 RIDGE ROAD** **HOMEWOOD, IL 60430** | - | | | | X | | 681.00 | 681.00 |

Sheet **30** of **60** continuation sheets attached to          Subtotal                    | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)   | 3,105.00 | 3,105.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                                        ,    Case No. _____
                                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | | 0.00 |
| LEE, TANYA - 82817 6334 S NORMAL CHICAGO, IL 60621 | - | | | | | | X | | | |
| | | | | | | | | | 583.00 | 583.00 |
| Account No. | | | | | | | | | | 0.00 |
| Lesure, Antoinette - 83098 5611 W 82nd Street Chicago, IL 60652 | - | | | | | | X | | | |
| | | | | | | | | | 1,097.00 | 1,097.00 |
| Account No. | | | | | | | | | | 5.00 |
| Levin, Harvey - 83130 1501 W. Oakdale Chicago, IL 60657 | - | | | | | | X | | | |
| | | | | | | | | | 555.00 | 550.00 |
| Account No. | | | | | | | | | | 0.00 |
| LEVINSON, JESSICA - 82795 11511 S AVE "J" CHICAGO, IL 60617 | - | | | | | | X | | | |
| | | | | | | | | | 249.00 | 249.00 |
| Account No. | | | | | | | | | | 0.00 |
| Lewis, Carla - 83155 741 #4 Sandpiper Court Park Forest, IL 60466 | - | | | | | | X | | | |
| | | | | | | | | | 235.00 | 235.00 |

Sheet **31** of **60** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 5.00 |
| (Total of this page) | 2,719.00 |

| |
|---|
| 2,714.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                               ,    Case No. _____
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LINDSEY, BRANDON - 82955**<br>**2022 W 119TH ST**<br>**CHICAGO, IL 60643** | - | | | | X | | 1,000.00 | 0.00<br><br>1,000.00 |
| Account No.<br><br>Linear, Dwain - 83160<br>5362 W. Crystal<br>Chicago, IL 60644 | - | | | | X | | 1,000.00 | 0.00<br><br>1,000.00 |
| Account No.<br><br>**LOVE, YVONNE - 83116**<br>**9346 S. LOOMIS**<br>**CHICAGO, IL 60620** | - | | | | X | | 300.00 | 0.00<br><br>300.00 |
| Account No.<br><br>**LUI, CHRIS - 82887**<br>**1925 W 34TH ST UNIT E**<br>**CHICAGO, IL 60608** | - | | | | X | | 250.00 | 0.00<br><br>250.00 |
| Account No.<br><br>**LYONS, CALVIN - 82879**<br>**9534 S INDIANA**<br>**CHICAGO, IL 60628** | - | | | | X | | 100.00 | 0.00<br><br>100.00 |

Sheet __32__ of __60__ continuation sheets attached to | Subtotal | 0.00
Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 2,650.00    2,650.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                      ,          Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Manos, Bill - 83159**<br>**3247 N. Rutherford**<br>**Chicago, IL 60634** | - | | | | X | | 660.00 | 0.00 | 660.00 |
| Account No.<br><br>**MARIJAN, MIKE -83041**<br>**3611 S WOOD**<br>**CHICAGO, IL 60609** | - | | | | X | | 289.00 | 0.00 | 289.00 |
| Account No.<br><br>**MARTIN, BOBBY - 82821**<br>**8455 S KINGSTON**<br>**CHICAGO, IL 60617** | - | | | | X | | 650.00 | 0.00 | 650.00 |
| Account No.<br><br>**MARTIN, ESSIE - 82986**<br>**1232 S SPAULDING**<br>**CHICAGO, IL 60623** | - | | | | X | | 60.00 | 0.00 | 60.00 |
| Account No.<br><br>**MARTY, BONNIE - 82928**<br>**2408 W LEXINGTON**<br>**CHICAGO, IL 60612** | - | | | | X | | 289.00 | 0.00 | 289.00 |

Sheet __33__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 1,948.00 | 1,948.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **MATECKI, DANIEL - 82190** 10341 S SAWYER CHICAGO, IL 60655 | - | | | | X | | 120.00 | 0.00 / 120.00 |
| Account No. **Matthews, Marcia L - 83158** 746 N. Taylor Oak Park, IL 60302 | - | | | | | | 425.00 | 0.00 / 425.00 |
| Account No. **MATTISON, LINDA - 82931** 6809 S EVANS CHICAGO, IL 60637 | - | | | | X | | 1,028.00 | 0.00 / 1,028.00 |
| Account No. **MCALPIN, LILLIAN - 82828** 10713 S PEORIA CHICAGO, IL 60643 | - | | | | X | | 500.00 | 0.00 / 500.00 |
| Account No. **MCCARRELL CRAIG & ADDIS - 83044** 10645 S VERNON CHICAGO, IL 60628 | - | | | | X | | 1,239.00 | 0.00 / 1,239.00 |

Sheet __34__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,312.00 | 3,312.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                              ,        Case No. _____
                                                 Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | | | | | | 0.00 |
| **MCCARRELL, CRAIG & ADDIS - 83043 10645 S VERNON CHICAGO, IL 60628** | - | | | | | X | | 577.00 | 577.00 |
| Account No. | | | | | | | | | 0.00 |
| **MCCARRELL, CRAIG & ADDIS - 83045 10645 S VERNON CHICAGO, IL 60628** | - | | | | | X | | 219.00 | 219.00 |
| Account No. | | | | | | | | | 0.00 |
| **MCCLAIN, WAYNE-77984 6930 S. LAFIN CHICAGO, IL 60636** | - | | | | | X | | 300.00 | 300.00 |
| Account No. | | | | | | | | | 0.00 |
| **MCCONNELL, BITOY - 82536 7823 S AVALON CHICAGO, IL 60619** | - | | | | | X | | 600.00 | 600.00 |
| Account No. | | | | | | | | | 0.00 |
| **McGann, Willia & Beverly Woods-80533 11632 S. S. WESTERN AVE. CHICAGO, IL 60643** | - | | | | | X | | 3,500.00 | 3,500.00 |

Sheet __35__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 5,196.00 | 5,196.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.** , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. MCWILLIAMS, JIMMYE - 82661 6758 S HONORE CHICAGO, IL 60636 | - | | | | X | | 500.00 | 0.00 | 500.00 |
| Account No. MIKE'S CONSTRUCTION - 83124 823 W. 42ND ST. CHICAGO, IL 60609 | - | | | | X | | 164.00 | 0.00 | 164.00 |
| Account No. MODERN MILLWORK - 82897 3004-06 S ARCHER CHICAGO, IL 60608 | - | | | | X | | 771.00 | 0.00 | 771.00 |
| Account No. MOMAN, VELMA A - 82724 8521 S CONSTANCE CHICAGO, IL 60617 | - | | | | X | | 1,515.00 | 0.00 | 1,515.00 |
| Account No. MOORE, MARC - 82423 7448 S INDIANA CHICAGO, IL 60619 | - | | | | X | | 765.00 | 0.00 | 765.00 |

Sheet __36__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) — 3,715.00 | 0.00 | 3,715.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.** , Case No. _____
                                           Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.  MOORE, MOLLIE - 82844  2111 W 72ND PL  CHICAGO, IL 60636 | | - | | | | X | | 927.00 | 0.00  927.00 |
| Account No.  MOORE, THERESA - 82970  9832 S CLAREMONT  CHICAGO, IL 60643 | | - | | | | X | | 767.00 | 0.00  767.00 |
| Account No.  MOSLEY, ARTRA - 82886  6753 S ABERDEEN  CHICAGO, IL 60636 | | - | | | | X | | 400.00 | 0.00  400.00 |
| Account No.  MURPHY, BRENDA - 83077  15940 MINERVA  SOUTH HOLLAND, IL 06473 | | - | | | | X | | 300.00 | 0.00  300.00 |
| Account No.  NASH, MARINETTA - 82930  35 N LATROBE AVE  CHICAGO, IL 60644 | | - | | | | X | | 449.00 | 0.00  449.00 |

Sheet __37__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00
2,843.00          2,843.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.** ,        Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **NEWSOM, ROXANNE-81123** **3102 223 RD PL** **SAUK VILLAGE, IL 60411** | - | | | | X | | 0.00 / 1,528.00 | 1,528.00 |
| Account No. | | | | | | | | |
| **NEWSOME, THEO - 82192** **14231 WALLACE** **RIVERDALE, IL 60827** | - | | | | X | | 0.00 / 320.00 | 320.00 |
| Account No. | | | | | | | | |
| **NICPON, SHANNON - 82765** **1 HAWTHORN ROAD** **LAKE IN THE HILLS, IL 60156** | - | | | | X | | 0.00 / 479.00 | 479.00 |
| Account No. | | | | | | | | |
| **NIEVES, RAMON/MARTHA - 83105** **1948 W ARMITAGE AVE** **CHICAGO, IL 60622** | - | | | | X | | 0.00 / 358.00 | 358.00 |
| Account No. | | | | | | | | |
| **NOBLE-KING, LAVONIA - 82811** **7817 S PHILLIPS** **CHICAGO, IL 60636** | - | | | | X | | 0.00 / 1,000.00 | 1,000.00 |

Sheet __38__ of __60__ continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    3,685.00 / 3,685.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                              ,      Case No. _____
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 0.00 |
| **NOBLE-KING, LAVONIA -82808** <br> **7817 S PHILLIPS** <br> **CHICAGO, IL 60636** | - | | | | X | | 885.00 | 885.00 |
| Account No. | | | | | | | | 0.00 |
| **NORTHCUTT, CLEVELAND - 83024** <br> **7955 S INDIANA** <br> **CHICAGO, IL 60619** | - | | | | X | | 366.00 | 366.00 |
| Account No. | | | | | | | | 0.00 |
| **OOSTON,  STEPHEN 81086** <br> **5143 S. GREENWOOD AVE** <br> **CHICAGO, IL 60615** | - | | | | X | | 0.00 | 0.00 |
| Account No. | | | | | | | | 0.00 |
| **ORLOSKI, JEFF - 82924** <br> **1020 W WELLINGTON** <br> **CHICAGO, IL 60657** | - | | | | X | | 1,300.00 | 1,300.00 |
| Account No. | | | | | | | | 0.00 |
| **OSTROWSKI, BOGUS - 82762** <br> **736 RODGER AVE** <br> **KENILWORTH, IL 60043** | - | | | | X | | 681.00 | 681.00 |

Sheet __39__ of __60__ continuation sheets attached to | Subtotal | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 3,232.00 | 3,232.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.** _____ ,   Case No. _____
                                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| OWENS, ROBERT - 82645 5920 S ELIZABETH CHICAGO, IL 60636 | - | | | | X | | 500.00 | 0.00 | 500.00 |
| Account No. | | | | | | | | | |
| PARKER, FRED - 82640 17706 DOGWOOD LANE HAZELCREST, IL 60429 | - | | | | X | | 42.00 | 0.00 | 42.00 |
| Account No. | | | | | | | | | |
| PATRICK, LAMAR - 82040 11227 S WALLACE CHICAGO, IL 60628 | - | | | | X | | 1,887.00 | 0.00 | 1,887.00 |
| Account No. | | | | | | | | | |
| PEEPLES, FANNIE - 82882 12237 S ABERDEEN CHICAGO, IL 60643 | - | | | | X | | 600.00 | 0.00 | 600.00 |
| Account No. | | | | | | | | | |
| PETTA, TOM - 83049 12225 S WESTERN BLUE ISLAND, IL 60406 | - | | | | X | | 413.00 | 0.00 | 413.00 |

Sheet **40** of **60** continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 3,442.00 | 3,442.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                  ,        Case No. _____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**PINTADO, MANUEL - 83078**<br>**5427 S MAPLEWOOD**<br>**CHICAGO, IL 60625** | - | | | | | X | | 612.00 | 0.00<br><br>612.00 |
| Account No.<br><br>**POGNANT, JOHN - 82540**<br>**8327 S KILDARE**<br>**CHICAGO, IL 60652** | - | | | | | X | | 400.00 | 0.00<br><br>400.00 |
| Account No.<br><br>**Powell, Louise - 83301**<br>**5127 S. Loomis**<br>**Chicago, IL 60609** | - | | | | | X | | 97.00 | 0.00<br><br>97.00 |
| Account No.<br><br>**PREWITT, CHRISTY - 83058**<br>**14225 COTTAGE GROVE**<br>**DOLTON, IL 60419** | - | | | | | X | | 350.00 | 0.00<br><br>350.00 |
| Account No.<br><br>**PRICE, AARON/DAVIS, DOROTHY -**<br>**83103**<br>**9904 S YATES BLVD**<br>**CHICAGO, IL 60617** | - | | | | | X | | 194.00 | 0.00<br><br>194.00 |

Sheet **41** of **60** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 1,653.00 | 1,653.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | | | | | | | |
| **PRIES, DONNA - 82845** **10059 S SPAULDING** **CHICAGO, IL 60805** | - | | | | | | X | | 350.00 | 0.00 | 350.00 |
| Account No. | | | | | | | | | | | |
| **PRINCE, VALARIE - 82866** **1238 W 74TH ST** **CHICAGO, IL 60636** | - | | | | | | X | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | | | |
| **PRUITT, CHARITA - 83020** **8144 S YALE** **CHICAGO, IL 60620** | - | | | | | | X | | 322.00 | 0.00 | 322.00 |
| Account No. | | | | | | | | | | | |
| **Reed, Darryl - 83192** **58 W 99th Street** **Chicago, IL 60628** | - | | | | | | X | | 700.00 | 0.00 | 700.00 |
| Account No. | | | | | | | | | | | |
| **REED, LARRY - 83007** **PO BOX 288375** **CHICAGO, IL 60628** | - | | | | | | X | | 649.00 | 0.00 | 649.00 |

Sheet __42__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                        0.00
(Total of this page)    2,021.00    2,021.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Rice, Samuel - 83194** **8335 S. Kenwood** **Chicago, IL 60619** | - | | | | X | | 1,934.00 | 0.00 | 1,934.00 |
| Account No. | | | | | | | | | |
| **RIGHT LINE BLDRS - 82711** **11006 S INDIANA** **CHICAGO, IL 60628** | - | | | | X | | 5,932.00 | 0.00 | 5,932.00 |
| Account No. | | | | | | | | | |
| **ROBINSON, CHRIS - 82771** **6856-58 S KING DR** **CHICAGO, IL 60637** | - | | | | X | | 1,400.00 | 0.00 | 1,400.00 |
| Account No. | | | | | | | | | |
| **Robinson, Daniel - 82888** **917 Purdue** **Matteson, IL 60443** | - | | | | X | | 125.00 | 0.00 | 125.00 |
| Account No. | | | | | | | | | |
| **ROBINSON, EDWARD - 82498** **7143 S MAPLEWOOD** **CHICAGO, IL 60629** | - | | | | X | | 780.00 | 0.00 | 780.00 |

Sheet __43__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                     | 0.00
(Total of this page)    | 10,171.00 | 10,171.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                              ,      Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| ROBINSON, FLORA - 82725 8624 S WOLCOTT CHICAGO, IL 60620 | - | | | | X | | 700.00 | 0.00 / 700.00 |
| Account No. | | | | | | | | |
| ROBINSON, GRACE - 83005 8434 S HERMITIAGE CHICAGO, IL 60620 | - | | | | X | | 400.00 | 0.00 / 400.00 |
| Account No. | | | | | | | | |
| ROBINSON, JOHNNIE - 83090 5225 W OHIO ST CHICAGO, IL 60644 | - | | | | X | | 682.00 | 0.00 / 682.00 |
| Account No. | | | | | | | | |
| ROBINSON, PHYLLIS - 82891 1038 W 109TH ST CHICAGO, IL 60643 | - | | | | X | | 726.00 | 0.00 / 726.00 |
| Account No. | | | | | | | | |
| ROBINSON, TRACY - 83014 1321 S PLYMOUTH CT UNIT A CHICAGO, IL 60605 | - | | | | X | | 228.00 | 0.00 / 228.00 |

Sheet __44__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,736.00 | 2,736.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ROUNDS, WILLIE - 83025** <br> **17407 KEDZIE** <br> **HAZEL CREST, IL 60402** | - | | | | X | | 120.00 | 0.00 <br><br> 120.00 |
| Account No. <br><br> **ROZELL, DESIREE - 82892** <br> **10834 S PROSPECT** <br> **CHICAGO, IL 60643** | - | | | | X | | 211.00 | 0.00 <br><br> 211.00 |
| Account No. <br><br> **ROZMUS, MICHAEL - 82943** <br> **6540 HIGGINS ROAD** <br> **CHICAGO, IL 60656** | - | | | | X | | 500.00 | 0.00 <br><br> 500.00 |
| Account No. <br><br> **RYAN, BEVERLY-81461** <br> **573 SUNDANCE DR** <br> **BOLINGBROOK, IL 60439** | - | | | | X | | 669.50 | 0.00 <br><br> 669.50 |
| Account No. <br><br> **SAFFORD, CHARO' - 82835** <br> **736 S KEDZIE** <br> **CHICAGO, IL 60612** | - | | | | X | | 275.00 | 0.00 <br><br> 275.00 |

Sheet __45__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 1,775.50 | 1,775.50 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| SANDIFER, CYNTHIA-81652 1362 MACKINAW CALUMET CITY, IL 60409 | - | | | | X | | 0.00 | 0.00 |
| | | | | | | | 0.00 | |
| Account No. | | | | | | | | |
| SCOTT, TINA - 83038 9154 S. URVAN 10E CHICAGO, IL 60619 | - | | | | X | | 0.00 | 450.00 |
| | | | | | | | 450.00 | |
| Account No. | | | | | | | | |
| SEDIO, JAN - 82926 2255 W CERMAK CHICAGO, IL 60608 | - | | | | X | | 0.00 | 365.00 |
| | | | | | | | 365.00 | |
| Account No. | | | | | | | | |
| SHABAZZ, LINDA - 82894 12056 S HARVARD CHICAGO, IL 60628 | - | | | | X | | 0.00 | 150.00 |
| | | | | | | | 150.00 | |
| Account No. | | | | | | | | |
| SHANNON, PATRICIA & WILLIAM - 83010 15341 MERLIN COURT OAK FOREST, IL 60453 | - | | | | X | | 0.00 | 100.00 |
| | | | | | | | 100.00 | |

Sheet __46__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,065.00 | 1,065.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.** _____ ,   Case No. _____

                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | 0.00 |
| SHELTON, DARRYL - 83147 7737 S CALUMET CHICAGO, IL 60619 | - | | | | | X | | | |
| | | | | | | | | 147.00 | 147.00 |
| Account No. | | | | | | | | | 0.00 |
| SILVA, ALBERT & LARRY - 82509 2449 S KEDZIE CHICAGO, IL 60623 | - | | | | | X | | | |
| | | | | | | | | 1,000.00 | 1,000.00 |
| Account No. | | | | | | | | | 0.00 |
| Smith Mechanical c/o Rosie Smith 11415 S. Union Chicago, IL 60628 | - | | | | | X | | | |
| | | | | | | | | 850.00 | 850.00 |
| Account No. | | | | | | | | | 0.00 |
| SMITH, DAVINE - 83006 1304 W 96TH ST CHICAGO, IL 60643 | - | | | | | X | | | |
| | | | | | | | | 479.00 | 479.00 |
| Account No. | | | | | | | | | 0.00 |
| Smith, Jameelah - 83129 8247 S Albany Chicago, IL 60652 | - | | | | | X | | | |
| | | | | | | | | 184.00 | 184.00 |

Sheet __47__ of __60__ continuation sheets attached to | Subtotal | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 2,660.00 | 2,660.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| Sommerfield, Ron - 83150 3931 W 49th St Chicago, IL 60632 | | - | | | | X | | | 0.00 |
| | | | | | | | | 1,238.00 | 1,238.00 |
| Account No. | | | | | | | | | |
| Sommerfield, Ron - 83151 3931 W 49th St Chicago, IL 60632 | | - | | | | X | | | 0.00 |
| | | | | | | | | 250.00 | 250.00 |
| Account No. | | | | | | | | | |
| Sommerfield, Ron - 83153 3931 W 49th St Chicago, IL 60632 | | - | | | | X | | | 0.00 |
| | | | | | | | | 250.00 | 250.00 |
| Account No. | | | | | | | | | |
| SPANN, LOVIE - 82188 8357 S ADA CHICAGO, IL 60620 | | - | | | | X | | | 0.00 |
| | | | | | | | | 250.00 | 250.00 |
| Account No. | | | | | | | | | |
| SPECTOR, BRIAN - 83019 1812 S STATE CHICAGO, IL 60616 | | - | | | | X | | | 0.00 |
| | | | | | | | | 487.00 | 487.00 |

Sheet __48__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,475.00 | 2,475.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. SPRAWLS, ENOS - 82666 7010 S BELL CHICAGO, IL 60636 | - | | | | X | | 0.00 350.00 | 350.00 |
| Account No. STAPLES, SADE - 82998 1047 N ST LOUIS CHICAGO, IL 60651 | - | | | | X | | 0.00 440.00 | 440.00 |
| Account No. STEWART, RALPH/AUSTINE - 82751 4113 S INDIANA CHICAGO, IL 60653 | - | | | | X | | 0.00 2,833.00 | 2,833.00 |
| Account No. STEWART, THELMA-81290 7700 .S LAFLIN CHICAGO, IL 60620 | - | | | | X | | 0.00 600.00 | 600.00 |
| Account No. STOVER, MARK - 83072 6651-55 S OAKLEY AVE CHICAGO, IL 60636 | - | | | | X | | 0.00 534.00 | 534.00 |

Sheet __49__ of __60__ continuation sheets attached to       Subtotal       | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)       | 4,757.00 | 4,757.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.**                          ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| **DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM** | | | | | | | | | |
| Account No.  STROGER, TODD - 82559  8534 S BLACKSTONE  CHICAGO, IL 00060-9619 | - | | | | | X | | 1,301.00 | 0.00 ⌐ 1,301.00 |
| Account No.  SULLIVAN, ARTHUR - 82963  7607 W 63RD PL  CHICAGO, IL 60501 | - | | | | | X | | 189.00 | 0.00 ⌐ 189.00 |
| Account No.  SWAIN, VERONICA - 83108  111637 S ADA ST  CHICAGO, IL 60643 | - | | | | | X | | 300.00 | 0.00 ⌐ 300.00 |
| Account No.  TARVER, MARGO-80140  1501 E. 76TH PL.  CHICAGO, IL 60619 | - | | | | | X | | 1,700.00 | 0.00 ⌐ 1,700.00 |
| Account No.  TATE, KATHLEEN - 82744  14319 S PARNELL  HARVEY, IL 60426 | - | | | | | X | | 500.00 | 0.00 ⌐ 500.00 |

Sheet __50__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal | 0.00 |
|---|---|
| (Total of this page) | 3,990.00 | 3,990.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | 0.00 |
| TAYLOR, BRYAN - 83028 7308 S RIDGELAND CHICAGO, IL 60649 | - | | | | | X | | 1,450.00 | 1,450.00 |
| Account No. | | | | | | | | | 0.00 |
| TAYLOR, DEBORAH - 82952 8554 S JUSTINE CHICAGO, IL 60620 | - | | | | | X | | 225.00 | 225.00 |
| Account No. | | | | | | | | | 0.00 |
| TENORIO, FIDEL - 82935 4969 N MASON CHICAGO, IL 60630 | - | | | | | X | | 165.00 | 165.00 |
| Account No. | | | | | | | | | 0.00 |
| TERRELL, KAMITA - 82993 6632 S WOOD CHICAGO, IL 60636 | - | | | | | X | | 2,264.00 | 2,264.00 |
| Account No. | | | | | | | | | 0.00 |
| TERRIE, ARTHER - 83021 965 E 100TH PL CHICAGO, IL 60628 | - | | | | | X | | 1,394.00 | 1,394.00 |

Sheet __51__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 5,498.00   5,498.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **TRENT, CAROL - 82863** **16005 S MYRTLE** **HARVEY, IL 60426** | - | | | | X | | | 0.00 |
| | | | | | | | 3,000.00 | 3,000.00 |
| Account No. | | | | | | | | |
| **TRENT, CAROL - 83026** **16005 S MYRTLE** **HARVEY, IL 60426** | - | | | | X | | | 0.00 |
| | | | | | | | 237.00 | 237.00 |
| Account No. | | | | | | | | |
| **TRINITY A& P INVESTMENTS - 83023** **9824 S KING DR** **CHICAGO, IL 60628** | - | | | | X | | | 0.00 |
| | | | | | | | 334.00 | 334.00 |
| Account No. | | | | | | | | |
| **TRIPLETT, BRIAN - 82743** **16624 CARSE** **HARVEY, IL 60426** | - | | | | X | | | 0.00 |
| | | | | | | | 100.00 | 100.00 |
| Account No. | | | | | | | | |
| **Triplett, Rose - 83152** **12230 S Racine** **Chicago, IL 60643** | - | | | | X | | | 0.00 |
| | | | | | | | 200.00 | 200.00 |

Sheet __52__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,871.00 | 3,871.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                     ,    Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Tyson, Robert - 83097** 8636 S Woodlawn Chicago, IL 60619 | - | | | | X | | 75.00 | 0.00 / 75.00 |
| Account No. **VANPELT, SUZANNE - 83039** 1313 PLYMOUTH COURT UNIT A CHICAGO, IL 60605 | - | | | | X | | 555.00 | 0.00 / 555.00 |
| Account No. **VAUGHN, RAYMOND - 82750** 400 SPRINGFIELD ST PARK FOREST, IL 60466 | - | | | | X | | 100.00 | 0.00 / 100.00 |
| Account No. **WADE, BARBARA-75578** 7207 S. SPAULIDING CHICAGO, IL 60629 | - | | | | X | | 0.00 | 0.00 / 0.00 |
| Account No. **Waller, Kevin - 83117** 544 E 44th Street Chicago, IL 60653 | - | | | | X | | 445.00 | 0.00 / 445.00 |

Sheet __53__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 1,175.00 | 0.00 / 1,175.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                              ,      Case No. _____
                                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **WALSTON, VALORIE/RAYMOND - 82991**<br>**7351 S MERRILL AVE**<br>**CHICAGO, IL 60649** | - | | | | X | | | 0.00 |
| | | | | | | | 412.00 | 412.00 |
| Account No. | | | | | | | | |
| **WATSON, WILLIAM - 82459**<br>**7448 SOUTHSHORE DR**<br>**CHICAGO, IL 60649** | - | | | | X | | | 0.00 |
| | | | | | | | 1,000.00 | 1,000.00 |
| Account No. | | | | | | | | |
| **WEATHERS, SHIRLEY-78658**<br>**3524 W. COLUMBUS**<br>**CHICAGO, IL 60652** | - | | | | X | | | 0.00 |
| | | | | | | | 1,131.00 | 1,131.00 |
| Account No. | | | | | | | | |
| **WEATHERSPOON, EDDIE - 83002**<br>**7422 S BENNETT**<br>**CHICAGO, IL 60649** | - | | | | X | | | 0.00 |
| | | | | | | | 249.00 | 249.00 |
| Account No. | | | | | | | | |
| **WHITE, BRINT - 82954**<br>**12012 PRINCETON**<br>**CHICAGO, IL 60628** | - | | | | X | | | 0.00 |
| | | | | | | | 310.00 | 310.00 |

Sheet __54__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 3,102.00 | 3,102.00

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.**
,
Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.  WHITE, CECIL - 83079 1760 E 73RD ST CHICAGO, IL 60649 | - | | | | X | | 2,000.00 | 0.00 2,000.00 |
| Account No.  WHITE, GEORGIA - 83001 12437 S THROOP ST CALUMET PARK, IL 60827 | - | | | | X | | 360.00 | 0.00 360.00 |
| Account No.  WHITE, HENRY G - 83061 558 E OAKWOOD CHICAGO, IL 60653 | - | | | | X | | 547.00 | 0.00 547.00 |
| Account No.  WHITTED, ADRIENNE -82846 320 W 105TH PL CHICAGO, IL 60628 | - | | | | X | | 687.00 | 0.00 687.00 |
| Account No.  WILLIAMS, CHARLENE - 82893 1554 W 123RD ST CHICAGO, IL 60643 | - | | | | X | | 374.00 | 0.00 374.00 |

Sheet __55__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 3,968.00    3,968.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WILLIAMS, KAREN-81837**<br>**7248 S COLES UNIT E**<br>**CHICAGO, IL 60649** | - | | | | X | | 477.00 | 0.00<br><br>477.00 |
| Account No.<br><br>**WILLIAMS, LURETHA - 83040**<br>**9238 S ELLIS AVE.**<br>**CHICAGO, IL 60619** | - | | | | X | | 400.00 | 0.00<br><br>400.00 |
| Account No.<br><br>**WILLIAMS, ONETTA - 82747**<br>**8453 S KARLOV**<br>**CHICAGO, IL 60652** | - | | | | X | | 599.00 | 0.00<br><br>599.00 |
| Account No.<br><br>**WILLIAMS, PAMELA - 83086**<br>**1164 LUCAS**<br>**CALUMET CITY, IL 60409** | - | | | | X | | 276.00 | 276.00<br><br>0.00 |
| Account No.<br><br>**Williams, Pamela - 83156**<br>**1164 Lucas**<br>**Calumet City, IL 60409** | - | | | | X | | 276.00 | 0.00<br><br>276.00 |

Sheet __56__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 276.00 |
| (Total of this page) | 2,028.00 | 1,752.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.** _____,   Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WILLIAMS, THOMAS - 83125** <br> **16330 MAPLE ST** <br> **SOUTH HOLLAND, IL 60473** | - | | | | X | | **650.00** | **0.00** | **650.00** |
| Account No. <br><br> **WILLIAMS, WARREN - 82376** <br> **5425 S  MORGAN** <br> **CHICAGO, IL 60609** | - | | | | X | | **95.00** | **0.00** | **95.00** |
| Account No. <br><br> **WILSON, DAMON - 83017** <br> **5542 S WOLCOTT** <br> **CHICAGO, IL 60636** | - | | | | X | | **200.00** | **0.00** | **200.00** |
| Account No. <br><br> **WILSON, NEKELA - 83111** <br> **538 W. 44TH ST. UNIT 1** <br> **CHICAGO, IL 60653** | - | | | | X | | **0.00** | **0.00** | **0.00** |
| Account No. <br><br> **Wimms, Jacqueline - 83120** <br> **925 W 50th Street** <br> **Chicago, IL 60609** | - | | | | X | | **337.00** | **0.00** | **337.00** |

Sheet __57__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **1,282.00** | **1,282.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. Winston, Percy - 83118 921 W 50th Street Chicago, IL 60609 | | - | | | | X | | 350.00 | 0.00  350.00 |
| Account No. WOJCIK, LARRY - 82659 16724 HILLSIDE TINLEY PARK, IL 60477 | | - | | | | X | | 1,400.00 | 0.00  1,400.00 |
| Account No. WOODBURY, LILLIE - 82670 7941 S KINGSTON CHICAGO, IL 60617 | | - | | | | X | | 280.00 | 0.00  280.00 |
| Account No. WOODS, LAWRENCE - 82649 9611 S CARPENTER CHICAGO, IL 60643 | | - | | | | X | | 1,000.00 | 0.00  1,000.00 |
| Account No. WRIGHT, LILLIAN - 82064 8529 S ST LAWRENCE CHICAGO, IL 60619 | | - | | | | X | | 975.00 | 0.00  975.00 |

Sheet __58__ of __60__ continuation sheets attached to    Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    4,005.00    4,005.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                              ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **WU, DANIEL DR. - 82957** 2102 S CHINA PLACE CHICAGO, IL 60616 | - | | | | X | | 350.00 | 0.00 | 350.00 |
| Account No. **YACH, STEVE - 82929** 712 S WESTERN CHICAGO, IL 60612 | - | | | | X | | 304.00 | 0.00 | 304.00 |
| Account No. **Young, Jeremiah** 567 N. Long Chicago, IL 60644 | - | | | | X | | 814.00 | 0.00 | 814.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **59** of **60** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    1,468.00    0.00    1,468.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Family Security Door & Window, Inc.**                          ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 941 4th Quarter 2007 | | | | | | |
| Department of the Treasury Cincinnati, OH 45999-0039 | | - | | | | | | 0.00 | |
| | | | | | | | 78,100.00 | | 78,100.00 |
| Account No. | | | 941 3rd Quarter 2007 | | | | | | |
| Department of the Treasury Cincinnati, OH 45999-0039 | | - | | | | | | 0.00 | |
| | | | | | | | 42,369.00 | | 42,369.00 |
| Account No. | | | IL 941 4th Quarter 2007 | | | | | | |
| IL Department of Revenue | | - | | | | | | 0.00 | |
| | | | | | | | 7,562.31 | | 7,562.31 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __60__ of __60__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 128,031.31 | 128,031.31 |
| Total | 281.00 | |
| (Report on Summary of Schedules) | 382,594.80 | 382,313.80 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Family Security Door & Window, Inc.**                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Albany Door** <br> **5846 W. 66TH ST.** <br> **Bedford Park, IL 60638** | - | | | | raw material | | | | **4,603.65** |
| Account No. **FAM101** <br><br> **Albany Hardware** <br> **6740 BELL CIRCLE DR.** <br> **Bedford Park, IL 60638** | | | | | raw material | | | | **4,317.13** |
| Account No. **286812** <br><br> **Albany Steel & Brass** <br> **1900 W. GRAND AVE.** <br> **Chicago, IL 60622-6734** | - | | | | raw material | | | | **3,449.59** |
| Account No. **21010** <br><br> **Alfa Tools** <br> **7845 N. Merrimac Ave.** <br> **Morton Grove, IL 60053** | - | | | | | | | | **3,449.59** |
| __15__   continuation sheets attached | | | | | | Subtotal <br> (Total of this page) | | | **15,819.96** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        S/N:33609-071227    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Allegra Printing<br>12549 S. HOLIDAY DR.<br>Alsip, IL 60803 | - | | raw material | | | | 1,407.20 |
| Account No. **3-0721-0001964**<br><br>**ALLIED WASTE SERVICES**<br>**13701 South Kostner**<br>**Crestwood, IL 60445** | - | | utilities | | | | 1,221.77 |
| Account No. **267175**<br><br>**ALLMETAL**<br>**P.O. BOX 850**<br>**Bensenville, IL 00060-1096** | - | | raw material | | | | 1,383.47 |
| Account No.<br><br>**Alternative Business Suppliers, Inc.**<br>**7101 S. ADAMS, UNIT#4**<br>**Willowbrook, IL 60527** | - | | raw material | | | | 240.25 |
| Account No.<br><br>**AMERICAN EAGLE SECURITY, INC.**<br>**6844 WEST 95TH STREET**<br>**Oak Lawn, IL 60453** | - | | utilities | | | | 636.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,888.69**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3783-643784-62000**  **American Express P.O. BOX 247018 Omaha, IL 68124** | | - | | | raw material | | | | 14,500.60 |
| Account No.  **Armstrong Doors 7438 W. 90TH ST. Bridgeview, IL 60453** | | - | | | raw material | | | | 14,930.43 |
| Account No.  **ASC WINDOW CORPORATION 7649 South Racine Chicago, IL 60620** | | - | | | raw material | | | | 574.40 |
| Account No. **827254622**  **AT& T MOBILITY P.O. BOX 6463 Carol Stream, IL 60197-6463** | | - | | | utilities | | | | 9,093.71 |
| Account No. **7739623050599 7**  **AT&T P.O.BOX 8100 Aurora, IL 60507** | | - | | | utilities | | | | 2,337.71 |

Sheet no. __**2**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,436.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **773238-4088 035 1**<br><br>**AT&T**<br>**P.O.BOX 8100**<br>**Aurora, IL 60507** | - | | utilties | | | | 530.92 |
| Account No. **500201569**<br><br>**AT&T REAL YELLOW PAGES**<br>**8519 INNOVATION WAY**<br>**Chicago, IL 60682** | - | | advertising | | | | 9,750.00 |
| Account No. **0101944775**<br><br>**AVAYA , INC**<br>**3795 DATA DRIVE**<br>**Norcross, GA 30092** | - | | utilities | | | | 283.84 |
| Account No.<br><br>**B.E. Atlas**<br>**4300 N. KILPARTICK**<br>**Chicago, IL 60641** | - | | raw material | | | | 1,821.59 |
| Account No.<br><br>**CHICAGO SUBURBAN EXPRESS INC**<br>**P.O. BOX 388568**<br>**Chicago, IL 60638** | - | | freight forwards | | | | 60.61 |

Sheet no. __**3**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,446.96**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **042440005** <br><br> **Chicago Suntimes** <br> **P.O. BOX 1003** <br> **Tinley Park, IL 60477** | | - | | advertising | | | | 34,378.72 |
| Account No. **259921** <br><br> **Chicago Tube** <br> **ONE CHICAGO TUBE DRIVE** <br> **Romeoville, IL 60446** | | - | | raw material | | | | 8,696.83 |
| Account No. **7527065002** <br><br> **ComEd** <br> **ComED Bill Payment Center** <br> **Chicago, IL 06066-8001** | | - | | utilities | | | | 391.64 |
| Account No. **7527065007** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668-0001** | | - | | utilities | | | | 458.78 |
| Account No. <br><br> **ComEd 8776756004** <br> **ComED Bill Payment Center** <br> **Chicago, IL 06066-8001** | | - | | utilities | | | | 1,450.43 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,376.40

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.** _____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No.<br><br>**COMO'S WINDOWS**<br>**4049 W. OGDEN AVE.**<br>**Chicago, IL 60623** | - | | | raw material | | | | 1,037.15 |
| Account No.<br><br>**COMPLUS Professional Controllers**<br>**9500 S. Vanderpoel Ave.**<br>**Chicago, IL 06064-3128** | - | | | office services | | | | 5,840.00 |
| Account No.<br><br>**Cresent City Iron**<br>**2033 N. 17TH AVE.**<br>**Melrose Park, IL 00060-1960** | - | | | raw material | | | | 3,027.00 |
| Account No. **0012457**<br><br>**Custom Craft Plastics**<br>**100 King Arthur's Court**<br>**PO Box 6029**<br>**North Brunswick, NJ 08902** | - | | | | | | | 220.58 |
| Account No.<br><br>**D. Wexler & Sons, Inc.**<br>**4821 S. Aberdeen St.**<br>**Chicago, IL 60609** | - | | | raw material | | | | 7,478.22 |

Sheet no. __5__ of __15__ sheets attached to Schedule of                    Subtotal              | 17,602.95 |
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | installation services | | | | |
| DOOR & LOCK 440 STEVENS DR.,Ste. 105 Addison, IL 60101 | - | | | | | | | 1,925.00 |
| Account No. | | | | raw material | | | | |
| Dupont Powder Paint 9800 GENARD RD. Houston, TX 77041 | - | | | | | | | 2,515.78 |
| Account No. | | | | raw material | | | | |
| Fastemp Glass 1110 LOWELL ST. Newport, KY 41071 | - | | | | | | | 633.96 |
| Account No. | | | | | | | | |
| FHC 11150 S. Cicero Alsip, IL 60803 | - | | | | | | | 242.28 |
| Account No. | | | | installation services | | | | |
| FREEMAN FENCE INC. 3515 CLEVELAND AVE. Brookfield, IL 60513 | - | | | | | | | 6,500.00 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,817.02

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | insurance premiums | | | | |
| **GRANGE LIFE INSURANCE P.O. BOX 740604 Cincinnatti, OH 45274-0604** | | - | | | | | 1,144.40 |
| Account No. | | | raw material | | | | |
| **Home Depot P.O. BOX 6029 The Lakes, NV 88901** | | - | | | | | 2,011.80 |
| Account No. | | | insurance premiums | | | | |
| **Hunt Insurance 12000 S. HARLEM Palos Heights, IL 60463** | | - | | | | | 515.00 |
| Account No. | | | utilities | | | | |
| **Ice Mountain P.O. BOX 856680 Louisville, KY 40285** | | - | | | | | 58.60 |
| Account No. | | | utilities | | | | |
| **J & H DISPOSAL SERVICE, INC. 7309 W. 55TH PLACE Summit, IL 60501-1209** | | - | | | | | 1,477.15 |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,206.95

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                              ,   Case No. _____

                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | raw material | | | | | |
| **J&L Metal Doors** **P.O. BOX 671** **Chicago Heights, IL 60412** | - | | | | | | | 10,105.28 |
| Account No. | | | raw material | | | | | |
| **JED'S PACKING SUPPLIES** **10446 S. TRUMBULL AVE.** **Chicago, IL 60655** | - | | | | | | | 4,764.00 |
| Account No. | | | raw material | | | | | |
| **JORDAN** **P.O. BOX 1000 DEPT. 457** **Memphis, TN 38148-0457** | - | | | | | | | 148.96 |
| Account No. | | | raw material | | | | | |
| **KCI CHEMICAL CO.** **4248 OAKWOOD LANE** **Matteson, IL 60443** | - | | | | | | | 1,002.50 |
| Account No. | | | raw material | | | | | |
| **KWIKSET LOCK** **12340 COLLECTIONS CENTER DR.** **Chicago, IL 66963** | - | | | | | | | 4,654.35 |

Sheet no. __8___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      20,675.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | raw material | | | | |
| Lewis Supply 901 W. LAKE ST. Melrose Park, IL 60160 | - | | | | | | | 814.88 |
| Account No. | | | | raw material | | | | |
| Loxcreen 100 WESTHEIMER DR. Middletown, OH 45044 | - | | | | | | | 5,458.36 |
| Account No. | | | | utilities | | | | |
| Macke Water Systems, Inc. P.O. Box 545 Wheeling, IL 60090-0545 | - | | | | | | | 254.08 |
| Account No. | | | | raw material | | | | |
| Marks  Hardware 5300 NEW HORIZONS BLVD. Amityville, NY 11701 | - | | | | | | | 3,918.79 |
| Account No. | | | | raw material | | | | |
| Merchants metals P.O. BOX 404259 Atlanta, GA 30384-4259 | - | | | | | | | 5,118.20 |

Sheet no. __9___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **15,564.31**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.** _____,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | workmen's comp case # 07 WC 51714 | | | | |
| Michael G. Rasmason 20506 Frankfort Sq. Dr. Frankfort, IL 60423 | - | | | | | | | | **Unknown** |
| Account No. | | | | | raw material | | | | |
| Morgan Locksmiths 1825 W. 103rd Street Chicago, IL 60643 | - | | | | | | | | **554.28** |
| Account No. | | | | | raw material | | | | |
| NATIONWIDE INDUSTRIES 10333 WINDHORST RD. Tampa, FL 33619 | - | | | | | | | | **1,705.00** |
| Account No. | | | | | freight forwards | | | | |
| Old Dominion Freight 500 OLD DOMINION WAY Thomasville, NC 27360 | - | | | | | | | | **127.92** |
| Account No. | | | | | installation services | | | | |
| Parkside Window Company 2649 N. Kildare Avenue Chicago, IL 60639-2051 | - | | | | | | | | **23,224.22** |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,611.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | utilities | | | | | |
| **PEOPLES ENERGY-3 5000 4757 8777 Chicago, IL 60687-0001** | - | | | | | | | 5,856.36 |
| Account No. | | | utilities | | | | | |
| **PEOPLES ENERGY-4 5000 1744 8743 Chicago, IL 06068-7001** | - | | | | | | | 255.17 |
| Account No. | | | utilities | | | | | |
| **PEOPLES ENERGY-9 5000 2024 7538 Chicago, IL 06068-7001** | - | | | | | | | 2,278.88 |
| Account No. | | | utilities | | | | | |
| **PITNEY BOWES CREDIT CORPORATION P.O. BOX 856460 Louisville, KY 40285-6460** | - | | | | | | | 47.97 |
| Account No. | | | raw material | | | | | |
| **Praxair 941 PRAXAIR DISTRIBUTION INC. DEPT CH 10660 Palatine, IL 60055** | - | | | | | | | 4,850.20 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **13,288.58**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | advertising | | | | |
| R.R. Donnelly Liquidebt Systems, Inc. 29 W. 110 BUTTERFIELD, Ste.108 Warrenville, IL 60555 | | - | | | | | | | 13,915.00 |
| Account No. | | | | | raw material | | | | |
| RIDGE FENCE SUPPLY 6645 WEST 95TH STREET Chicago Ridge, IL 60415 | | - | | | | | | | 17,582.31 |
| Account No. | | | | | raw material | | | | |
| Shell Oil P.O. BOX 689081 Des Moines, IA 50388 | | - | | | | | | | 6,565.07 |
| Account No. | | | | | advertising | | | | |
| SOUTHWEST COMMUNITY NEWSPAPER 6225 S. KEDZIE Chicago, IL 60620 | | - | | | | | | X | 4,162.43 |
| Account No. | | | | | raw material | | | | |
| State Street Steel 6418 S. STATE ST. Chicago, IL 60637 | | - | | | | | | | 2,690.41 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        44,915.22

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                    ,        Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | raw material | | | | | |
| The Detroit Tubing Mill Inc. 12871 Eaton Detroit, MI 48227 | - | | | | | | | 8,020.90 |
| Account No. | | | raw material | | | | | |
| TMI OF MICHIGAN, INC. P.O. BOX 262 Hazel Park, MI 48030 | - | | | | | | | 1,388.95 |
| Account No. | | | raw material | | | | | |
| Trans Atlantic 440 FAIRMOUNT AVE. Philadelphia, PA 19123 | - | | | | | | | 7,436.13 |
| Account No. | | | freight forwards | | | | | |
| UPS LOCKBOX 577 Carol Stream, IL 60132 | - | | | | | | | 36.40 |
| Account No. | | | freight forwards | | | | | |
| US POSTAGE METER CENTER 28231 AVE. CROCKER #120 Valencia, CA 91355 | - | | | | | | | 152.49 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **17,034.87**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                    ,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | ✓ | raw material | | | | |
| **Vinyl Kraft** **3404 Rhodes Avenue** **New Boston, OH 45662** | | - | | | | | | 21,659.56 |
| Account No. | | | | raw material | | | | |
| **Vitracoat America, Inc.** **52817 Marina Dr.** **Elkhart, IN 46514** | | - | | | | | | 521.73 |
| Account No. | | | | raw material | | | | |
| **W.F. D'Allaird Company, Inc.** **1088 LUNT AVE.** **Schaumburg, IL 60193** | | - | | | | | | 1,590.97 |
| Account No. | | | | raw material | | | | |
| **Wagner Co** **4480 N. 124TH ST.** **Butler, WI** | | - | | | | | | 2,716.34 |
| Account No. | | | | raw material | | | | |
| **WRIGHT PRODUCTS** **P.O. BOX 601053** **Charlotte, NC 28260** | | - | | | | | | 153.36 |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,641.96

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Family Security Door & Window, Inc.**                                  ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | advertising | | | | |
| Yellow Book USA P.O. BOX 586 Newark, NJ 07101 | | | | | | | | 36,194.79 |
| Account No. | | - | | advertising | | | X | |
| Yellow PAGES P.O. 470589 Tulsa, OK 74147 | | | | | | | | 297.00 |
| Account No. | | - | | freight forwards | | | | |
| Yellow Transportation, Inc. P.O. Box 73149 Chicago, IL 60673-7149 | | | | | | | | 2,195.10 |
| Account No. | | - | | raw material | | | | |
| Zip Products 1590 TEXAS ST. Memphis, TN 38106 | | | | | | | | 4,540.51 |
| Account No. | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 43,227.40 |
| Total (Report on Summary of Schedules) | | 361,554.63 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Family Security Door & Window, Inc.** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **George Loung**<br>**PO Box 278416**<br>**Riverdale, IL 60827** | **month to month tenancy (no lease) at 10243 S. Western Ave., Chicago, IL @ $1,200.00/month** |
| **Starr/Reuter/Jackson** | **oral $9900/month net, net, net at 270 W. 83rd Street, Chicago, IL** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Family Security Door & Window, Inc.** ,            Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Family Security Door & Window, Inc.**

_____  Case No. _____

Debtor(s)    Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**87**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 10, 2008** _____    Signature    **/s/ Robert Starr** _____

**Robert Starr**
**President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Family Security Door & Window, Inc.**                                   Case No.    _____
                                                         Debtor(s)          Chapter       **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

———————————————————

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT  |  SOURCE  |
| --- | --- |
| **$4,379,334.00** | **2006 1120S** |
| **$4,293,689.00** | **2005 1120S** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

### 3. Payments to creditors

**None**
■

**Complete a. or b., as appropriate, and c.**

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Albany Door**<br>**5846 W. 66TH ST.**<br>**Bedford Park, IL 60638** | **12/6/2007 -  12/31/2007** | **$30,696.55** | **$4,603.65** |
| **American Express**<br>**P.O. BOX 247018**<br>**Omaha, IL 68124** | **10/31/2007 - 11/30/2007** | **$10,500.00** | **$14,500.60** |
| **Armstrong Doors**<br>**7438 W. 90TH ST.**<br>**Bridgeview, IL 60453** | **10/31/2007 - 12/31/2007** | **$41,020.47** | **$14,930.43** |
| **AT&T**<br>**P.O.BOX 8100**<br>**Aurora, IL 60507** | **10/31/2007 - 12/31/2007** | **$6,117.17** | **$2,337.71** |
| **James Castro**<br>**6865 W. 176th Place**<br>**Tinley Park, IL 60477** | **10/12/2007 - 12/28/2007** | **$6,625.00** | **$0.00** |
| **Central Steel** | **10/31/2007 - 12/31/2007** | **$17,753.33** | **$0.00** |
| **Chicago Tube**<br>**ONE CHICAGO TUBE DRIVE**<br>**Romeoville, IL 60446** | **10/31/2007 -11/30/2007** | **$5,321.57** | **$8,696.83** |
| **Continental Group** | **10/31/2007** | **$7,934.64** | **$0.00** |
| **Cresent City Iron**<br>**2033 N. 17TH AVE.**<br>**Melrose Park, IL 00060-1960** | **10/31/2007 - 12/31/2007** | **$12,707.05** | **$3,027.00** |
| **David Dodd**<br>**11234 S. Stewart**<br>**Chicago, IL 60628** | **10/5/2007 - 12/28/2007** | **$7,930.00** | **$0.00** |
| **Thomas Donnelly**<br>**17414 POE**<br>**Hazel Crest, IL 60429** | **10/5/2007 - 12/28/2007** | **$16,250.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Dennis Duszynski**<br>621 W. 43 Street<br>Chicago, IL 60609 | **10/5/2007 - 12/28/2007** | **$7,136.50** | **$0.00** |
| **Joan Duszynski**<br>621 W. 43rd Street<br>Chicago, IL 60609 | **10/5/2007 - 12/28/2007** | **$7,348.00** | **$0.00** |
| **Edward H. Yarberry**<br>9615 S MELVINA<br>Hometown, IL 60456 | **10/31/2007 - 12/31/2007** | **$9,213.50** | **$0.00** |
| **FHC**<br>11150 S. Cicero<br>Alsip, IL 60803 | **10/31/2007 -  12/31/2007** | **$7,750.73** | **$242.28** |
| **Home Guard** | **10/31/2007 - 12/31/2007** | **$9,776.74** | **$0.00** |
| **Humana** | **10/31/2007 - 12/21/2007** | **$26,072.10** | **$0.00** |
| **IL Department of Revenue** | **12/6/2007 - 11/30/2007** | **$33,519.70** | **$5,472.00** |
| **Stephan Jackson**<br>6911 Westview Drive<br>Oak Forest, IL 60452 | **10/5/2007 - 12/28/2007** | **$10,638.00** | **$0.00** |
| **JMC** | **10/31/2007 - 12/31/2007** | **$6,885.00** | **$0.00** |
| **Joseph Kramer**<br>8800 S. Harlem Lot 107<br>Bridgeview, IL 60455 | **10/5/2007 - 12/28/2007** | **$9,240.00** | **$0.00** |
| **KWIKSET LOCK**<br>12340 COLLECTIONS CENTER DR.<br>Chicago, IL 66963 | **10/31/2007 - 11/30/2007** | **$9,455.50** | **$4,654.35** |
| **Loxcreen**<br>100 WESTHEIMER DR.<br>Middletown, OH 45044 | **10/31/2007 - 12/31/2007** | **$9,186.96** | **$5,458.36** |
| **Luis Trinidad**<br>4135 W 81ST<br>Chicago, IL 60652 | **10/31/2007 - 12/31/2007** | **$9,989.66** | **$0.00** |
| **Georgia Martrer**<br>99 OGLESBY AVENUE<br>Calumet City, IL 60409 | **10/31/2007 - 12/31/2007** | **$9,848.66** | **$0.00** |
| **Marvin Gill**<br>16310 Lawndale<br>Harvey, IL 60426 | **10/31/2007 - 12/21/2007** | **$5,312.00** | **$0.00** |
| **Alfred Monroe**<br>1328 W. 109th Place<br>Chicago, IL 60643 | **10/5/2007 - 12/28/2007** | **$627.27** | **$0.00** |
| **NATIONWIDE INDUSTRIES**<br>10333 WINDHORST RD.<br>Tampa, FL 33619 | **11/30/2007 - 12/31/2007** | **$5,155.00** | **$1,705.00** |
| **Parkside Window Company**<br>2649 N. Kildare Avenue<br>Chicago, IL 60639-2051 | **10/31/2007 - 12/31/2007** | **$37,854.12** | **$23,224.22** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **PEOPLES ENERGY-3 5000 4757 8777** Chicago, IL 60687-0001 | **11/30/2007** | **$6,742.00** | **$2,630.19** |
| **Diane B. Perry** 7531 S. May Chicago, IL 60620 | **10/5/2007 - 12/28/2007** | **$9,720.00** | **$0.00** |
| **Phillip Smith** 506 E 88TH Place Chicago, IL 60619 | **10/31/2007 - 12/31/2007** | **$11,798.50** | **$0.00** |
| **Timothy Ramos** 9808 S. Natoma Oak Lawn, IL 60453 | **10/5/2007 - 12/28/2007** | **$7,125.00** | **$0.00** |
| **Michael G. Rasmason** 7800 Harvest Drive Frankfort, IL 60423 | **10/5/2007 - 12/28/2007** | **$12,753.00** | **$0.00** |
| **RIDGE FENCE SUPPLY** 6645 WEST 95TH STREET Chicago Ridge, IL 60415 | **10/31/2007 - 11/30/2007** | **$9,526.00** | **$17,582.31** |
| **Kathleen Ruiter** 17736 Pheasant Drive Tinley Park, IL 60477 | **10/5/2007 - 12/28/2007** | **$8,580.00** | **$0.00** |
| **Samule Ruiter** 17736 Pheasant Drive Tinley Park, IL 60477 | **10/5/2007 - 12/28/2007** | **$5,555.00** | **$0.00** |
| **Timothy Scruggs** 5948 S. LaSalle Chicago, IL 60621 | **10/5/2007 - 12/28/2007** | **$6,391.00** | **$0.00** |
| **Shell Oil** P.O. BOX 689081 Des Moines, IA 50388 | **10/31/2007 - 12/31/2007** | **$8,400.00** | **$6,565.07** |
| **Carolyn Smarz** 7830 W. 99th Street Hickory Hills, IL 60457 | **10/5/2007 - 12/28/2007** | **$5,591.43** | **$0.00** |
| **Michael Starr** 3810 S. Winchester Chicago, IL 60609 | **10/5/2007 - 12/28/2007** | **$7,800.00** | **$0.00** |
| **David Swann** 5800 W. Victoria Drive Oak Forest, IL 60452 | **10/5/2007 - 12/28/2007** | **$13,000.00** | **$0.00** |
| **Thomas Swann** 15339 Sequoia Drive Oak Forest, IL 60452 | **10/5/2007 - 12/28/2007** | **$9,005.00** | **$0.00** |
| **Gus Swift** 2427 W. Marquette Road Chicago, IL 60609 | **10/5/2007 - 12/28/2007** | **$5,194.25** | **$0.00** |
| **Ruth Thomas** 8041 S. Morgan Chicago, IL 60620 | **10/5/2007 -  12/28/2007** | **$6,795.74** | **$0.00** |
| **Leovigildo Venegas** 3322 W. 66th Street Chicago, IL 60629 | **10/5/2007 - 12/28/2007** | **$6,345.95** | **$0.00** |

5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Victor Zizumbo**<br>**1920 S 48th Ct.**<br>**Cicero, IL 60804** | **10/31/2007 - 12/31/2007** | **$11,162.07** | **$0.00** |
| **Wanda Vazquez**<br>**4630 W. Dickens**<br>**Chicago, IL 60639** | **10/31/2007 - 12/31/2007** | **$19,212.63** | **$0.00** |
| **D. Wexler & Sons, Inc.**<br>**4821 S. Aberdeen St.**<br>**Chicago, IL 60609** | **10/31/2007 -  11/30/2007** | **$6,029.79** | **$7,478.22** |
| **Willie Wilson**<br>**11234 S. Stewart**<br>**Chicago, IL 60628** | **10/5/2007 - 12/28/2007** | **$14,840.00** | **$0.00** |
| **Brian Young**<br>**15428 Hamlin**<br>**Harvey, IL 60426** | **10/5/2007 - 12/28/2007** | **$10,375.00** | **$0.00** |
| **Zenith Ins.** | **10/31/2007 - 11/30/2007** | **$16,182.00** | **$0.00** |
| **Zip Products**<br>**1590 TEXAS ST.**<br>**Memphis, TN 38106** | **10/31/2007 - 12/31/2007** | **$14,125.43** | **$4,540.51** |

None  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐  creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Robert Starr**<br>**6924 W. 113th Street**<br>**Worth, IL 60482**<br>    **shareholder** | **Wages**<br>**1/31/2006 - 12/31/2007** | **$105,034.02** | **$0.00** |
| **Gordon Jackson**<br>**6911 Westview Drive**<br>**Oak Forest, IL 60452**<br>    **shareholder** | **Wages**<br>**1/31/2006 - 12/31/2007** | **$99,977.12** | **$0.00** |
| **Leon Reuter**<br>**17736 Pheasant Drive**<br>**Tinley Park, IL 60487**<br>    **shareholder** | **Wages**<br>**1/31/2006 - 12/31/2007** | **$99,324.50** | **$0.00** |
| **Robert Starr**<br>**6924 W. 113th Street**<br>**Worth, IL 60482** | **Rent**<br>**1/31/2007 - 12/31/2007** | **$36,542.12** | **$0.00** |
| **Gordon Jackson**<br>**6911 Westview Drive**<br>**Oak Forest, IL 60452** | **Rent**<br>**1/31/2007 - 12/31/2007** | **$36,542.10** | **$0.00** |
| **Leon Reuter**<br>**17736 Pheasant Drive**<br>**Tinley Park, IL 60487** | **Rent**<br>**1/31/2007 - 12/31/2007** | **$36,542.10** | **$0.00** |
| **Jackson/Reuter/Starrr** | **Additional Rents**<br>**2/28/2006  - 12/15/2006** | **$84,465.11** | **$0.00** |

6

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
　　a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ige Adebisi 07 M1 18219** | **negligence** | **Circuit Court of Cook County** | **pending** |
| **Swan v. Vasquez 06 L 009524** | **negligence** | **Cook County** | **pending** |
| **Chael Rasmason 07 WC 51714** | **Workmen's Comp** | **Cook County** | **pending** |
| **Henry Bobbie v. Family Security 2007 M1 40018** | | **Cook County** | **settled** |
| **Swan v. Family Security 06 WC 35057** | **workmen's comp** | **Cook County** | **settled** |

None
■
　　b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■
　　List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■
　　a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
　　b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

7

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Standard Bank** | **...0004** | **September 2007 closed** |

8

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

9

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Alecia A. Staniszewski**<br>**11516 W. 18rd Street NW**<br>**Orland Park, IL 60467** | **1989 to present** |

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Leon Reuter, treasurer** | |

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **New City Bank** | **March 2007** |

### 20. Inventories

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **November 30, 2007** | **Leon Reuter** | |
| **October 31, 2007** | **Leon Reuter** | |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **November 30, 2007** | **Leon Reuter** |
| **October 31, 2007** | **Leon Reuter** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Starr, President**<br>**6924 W. 113th Street**<br>**Worth, IL 60482** | **shareholder** | **33 1/3** |
| **Gordon Jackson, secretary**<br>**6911 Westview Drive**<br>**Oak Forest, IL 60452** | **shareholder** | **33 1/3** |
| **Leon Reuter, treasurer**<br>**17736 Pheasant Drive**<br>**Tinley Park, IL 60487** | **shareholder** | **33 1/3** |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

12

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    __**January 10, 2008**_____          Signature    __**/s/ Robert Starr**_____
                                                                                            **Robert Starr**
                                                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Family Security Door & Window, Inc.**                                      ,    Case No. _____

                                                                    Debtor

                                                                                          Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**January 10, 2008**_____    Signature _**/s/ Robert Starr**_____

                                                                            **Robert Starr**
                                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Family Security Door & Window, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **374**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **January 10, 2008**

**/s/ Robert Starr**

**Robert Starr**/**President**
Signer/Title

Albany Door
5846 W. 66TH ST.
Bedford Park, IL 60638

Albany Hardware
6740 BELL CIRCLE DR.
Bedford Park, IL 60638

Albany Steel & Brass
1900 W. GRAND AVE.
Chicago, IL 60622-6734

ALEXANDER & ASTOR-76815
ASTOR PALCE TOWN HOMES
NAPERVILLE, IL 60512

Alfa Tools
7845 N. Merrimac Ave.
Morton Grove, IL 60053

Allegra Printing
12549 S. HOLIDAY DR.
Alsip, IL 60803

ALLIED WASTE SERVICES
13701 South Kostner
Crestwood, IL 60445

ALLMETAL
P.O. BOX 850
Bensenville, IL 00060-1096

Alternative Business Suppliers, Inc.
7101 S. ADAMS, UNIT#4
Willowbrook, IL 60527

AMERICAN EAGLE SECURITY, INC.
6844 WEST 95TH STREET
Oak Lawn, IL 60453

American Express
P.O. BOX 247018
Omaha, IL 68124

```
ANTHONY, MARY - 82391
16437 OXFORD
MARKHAM, IL 60428


Armstrong Doors
7438 W. 90TH ST.
Bridgeview, IL 60453


ARNOLD, SILVIA & DENNIS - 83052
935 W 54TH ST
CHICAGO, IL 60609


ARTS AUTO - 82710
C/O LARRY WATSON
CHICAGO, IL 60636


ASC WINDOW CORPORATION
7649 South Racine
Chicago, IL 60620


AT& T MOBILITY
P.O. BOX 6463
Carol Stream, IL 60197-6463


AT&T
P.O.BOX 8100
Aurora, IL 60507


AT&T REAL YELLOW PAGES
8519 INNOVATION WAY
Chicago, IL 60682


AUSTIN, ARRON-80937
7537 S.DAMEN AVE
CHICAGO, IL 60620


AVANT, MARVIN - 83003
12408 S STATE ST
CHICAGO, IL 60628


AVANT, MARVIN - 83004
12408 S STATE ST
CHICAGO, IL 60628
```

```
AVAYA , INC
3795 DATA DRIVE
Norcross, GA 30092


B.E. Atlas
4300 N. KILPARTICK
Chicago, IL 60641


BAKER, DAVID - 82908
1906 N FREMONT
CHICAGO, IL 60614


BANKS, ROBERT - 82938
8635 S COLFAX
CHICAGO, IL 60617


BANKS, ROBERT - 82939
8635 S COLFAX
CHICAGO, IL 60617


BARAZI, BASSAM - 83030
1349 W FILLMORE
CHICAGO, IL 60607


BARAZI, BASSAM - 83031
1349 W FILLMORE
CHICAGO, IL 60607


BARRON, LINDA - 83093
7820 S MICHIGAN
CHICAGO, IL 60619


Barron, Linda 83169
7820 S. Michigan
Chicago, IL 60619


BECKER, DEREK - 82937
2232 N SAWYER
CHICAGO, IL 60647


BEDAR, EDGAR - 82949
9008 S ADA
CHICAGO, IL 60620
```

BEHM, MAUA YE NIARA - 83048
4721 S ST LAWRENCE
CHICAGO, IL 60615


BERRY, DEVON - 82965
8126 S JEFFREY
CHICAGO, IL 60617


BESS, GREGORY - 83013
8832 S HARPER
CHICAGO, IL 60619


BLACKWELL, KEN - 83042
8128 S RHODES
CHICAGO, IL 60619


Blevins, Marion - 83064
3980 S. Lake Park
Chicago, IL 60653


BONHEUR REALTY SERVICE - 83095
711 S INDIANAPOLIS
CHICAGO, IL 60624


BONHEUR REALTY SERVICE - 83096
600 E 41ST ST
CHICAGO, IL 60653


BORGE, AL - 83094
7743 S WABASH
CHICAGO, IL 60619


BORKOWSKI, IRENE - 83059
3229 NORTH NEWLAND
CHICAGO, IL 60634


BOYD, ZAUNDRA - 82859
8241 S RHODES
CHICAGO, IL 60619


BRADFORD, JOAN - 82917
4430 FLOSSMOOR
COUNTRY CLUB HILLS, IL 60478

BRANCH, PERSAIL - 82473
3261 W 85TH ST
CHICAGO, IL 60652


BRANCH, PERSAIL - 82474
3261 W 85TH ST
CHICAGO, IL 60652


BREWER, WILLA - 82999
7231 S LANGLEY
CHICAGO, IL 60619


BRICE, JOSE - 83071
8600 S EXCHANGE
CHICAGO, IL 60617


BRIDGES, DON - 82592
16359 S ASHLAND
MARKHAM, IL 60428


BROOKS, DAVID - 82729
1906 N SHEFFIELD
CHICAGO, IL 60614


Brown, Alfred - 83113
8201 S. Honore
Chicago, IL 60620


BROWN, ANDRE-80619
15314 ROBEY
HARVEY, IL 60426


BROWN, ROBERT - 82671
5400 S PAULINA
CHICAGO, IL 60609


BURKE, CAROLYN - 83027
8208 S WHIPPLE
CHICAGO, IL 60652


BURNETT, MICHAEL - 83029
4505  203RD ST
MATTESON, IL 60443

Burns, Ellen - 83127
404 Main Street
Hometown, IL 60456


BUTLER, DANNY - 83015
1658 W 101ST PL
CHICAGO, IL 60643


Byrd, RL & Hattie - 83131
7609 S. Luella Ave
Chicago, IL 60649


CAGE, DONNA - 82890
11646 S ABERDEEN
CHICAGO, IL 60643


CAMARENA, JAIME - 82984
3827 W 55TH ST
CHICAGO, IL 60632


CANNON, AARON - 82878
9428 S FRANCISCO
EVERGREEN PARK, IL 60643


CANNON, DONNA - 82583
8319 S ADA
CHICAGO, IL 60620


CARLSON, HEATHER - 83104
4014 N ALBANY
CHICAGO, IL 60618


CARR, NICOLE A - 82214
1344 W 96TH STREET
CHICAGO, IL 60643


CARR, NICOLE A - 82293
1344 W 96TH STREET
CHICAGO, IL 60643


CARTER, DOMINQUE - 83100
6431 GREENWOOD
CHICAGO, IL 60637

```
CATLIN, VANCE - 82925
1038 E 153RD ST
SOUTH HOLLAND, IL 60473


CHICAGO SUBURBAN EXPRESS INC
P.O. BOX 388568
Chicago, IL 60638


Chicago Suntimes
P.O. BOX 1003
Tinley Park, IL 60477


Chicago Tube
ONE CHICAGO TUBE DRIVE
Romeoville, IL 60446


Clohisy, Marguerite-83157
10920 S. Lowe
Chicago, IL 60634


COBB, DELMARIE - 82967
3533 S KING DRIVE
CHICAGO, IL 60653


COLEMAN, GLADYS - 82733
5938 S ELIZABETH
CHICAGO, IL 60636


COLEMAN, LORETTA - 83018
1701 W 91ST ST
CHICAGO, IL 60620


COLEMAN, LORETTA - 83082
1701 W 91ST ST
CHICAGO, IL 60620


ComEd
ComED Bill Payment Center
Chicago, IL 06066-8001


ComEd
Bill Payment Center
Chicago, IL 60668-0001
```

```
ComEd 8776756004
ComED Bill Payment Center
Chicago, IL 06066-8001


COMO'S WINDOWS
4049 W. OGDEN AVE.
Chicago, IL 60623


COMPLUS Professional Controllers
9500 S. Vanderpoel Ave.
Chicago, IL 06064-3128


COOK, BEVERLY - 83083
6913 S VERNON
CHICAGO, IL 60637


COOMBS, MARJORIE - 82966
9754 S INDIANA
CHICAGO, IL 60628


COPELAND, VADLESS - 82832
349 W 101ST PL
CHICAGO, IL 60628


CRAIG, BETTY - 82941
812 W 53RD ST
CHICAGO, IL 60609


Cresent City Iron
2033 N. 17TH AVE.
Melrose Park, IL 00060-1960


CROWNCO - 82933
PO BOX 622
WILMETTE, IL 60091


CRUZ, EDWIN-80108
9264 S. 51ST AVE.
OAK LAWN, IL 60453


CURE, SONSAREE - 83069
1108 W VERMONT
CALUMET PARK, IL 60827
```

Custom Craft Plastics
100 King Arthur's Court
PO Box 6029
North Brunswick, NJ 08902


D. Wexler & Sons, Inc.
4821 S. Aberdeen St.
Chicago, IL 60609


DANIEL, RITA - 82918
1044 W LOYOLA
CHICAGO, IL 60626


DAVIS, DELOIS - 83065
510 W 111TH ST
CHICAGO, IL 60628


DAVIS, DELOIS - 83066
510 W 111TH ST
CHICAGO, IL 60628


DAVIS, DELOIS - 83067
510 W 111TH ST
CHICAGO, IL 60628


DAVIS, DELOIS - 83068
510 W 111TH ST
CHICAGO, IL 60628


DENMAN, WILLA - 82279
10919 S PEORIA
CHICAGO, IL 60643


Department of the Treasury
Cincinnati, OH 45999-0039


DIXON, RETHEL-82587
8004 S. CONTANCE
CHICAGO, IL 60617


DONALDSON, RANA - 82727
1235 E 77TH PL
CHICAGO, IL 60628

DOOR & LOCK
440 STEVENS DR.,Ste. 105
Addison, IL 60101


DUFFIELD, CHARLES - 82940
4336 N ASHLAND
CHICAGO, IL 60613


Dupont Powder Paint
9800 GENARD RD.
Houston, TX 77041


Edwards, Carol - 83131
12538 S. Wood St.
Riverdale, IL 60827


Effinger, Sylvester - 83154
1210 Memorial Dr.
Calumet City, IL 60409


ELLISON, ARNETTA - 82781
8046 S WENTWORTH
CHICAGO, IL 60620


ENG, JASHUA - 83016
1311 PLYMOUTH COURT UNIT D
CHICAGO, IL 60605


FANG, SHIRLEY - 82985
2541 S NORMAL
CHICAGO, IL 60616


Fastemp Glass
1110 LOWELL ST.
Newport, KY 41071


Fedele, Dave - 83036
5413 W. Wilson Ave.
Chicago, IL 60630


FHC
11150 S. Cicero
Alsip, IL 60803

```
FREEMAN FENCE INC.
3515 CLEVELAND AVE.
Brookfield, IL 60513


GAINES, MICHAEL - 82731
9234 S JUSTINE
CHICAGO, IL 60620


GARCIA, ED RAPHAEL - 82896
5800 S SPAULDING
CHICAGO, IL 60629


GARDNER, CARRIE - 82656
15629 ASHLAND
HARVEY, IL 60426


GARTH, SABRINA - 82346
13729 S ATLANTIC
RIVERDALE, IL 60827


GAY, ROBERT - 82746
15831 S ST LOUIS
MARKHAM, IL 60428


George Loung
PO Box 278416
Riverdale, IL 60827


GIBBS, BARBARA A.-82510
7805 S. MICHIGAN
CHICAGO, IL 60619


GILLARD, JAMES - 83091
8615 S LOOMIS
CHICAGO, IL 60620


GIVENS, EALUNDE - 82867
14232 S INDIANA
RIVERDALE, IL 60827


GLADNEY, E.C.-79052
5430 DAMEN
CHICAGO, IL 06069
```

```
GOMEZ, TRINIDAD - 82980
11621 S. AVENUE "J"
CHICAGO, IL 60617


GONZALEZ, HOPE - 82895
3934 W 67TH PL
CHICAGO, IL 60629


GOODS, BUNNY - 82620
8146 S PEORIA
CHICAGO, IL 60620


GORDON, KEITH/LATRICIA - 82883
10227 S MAY ST
CHICAGO, IL 60643


GRANGE LIFE INSURANCE
P.O. BOX 740604
Cincinnatti, OH 45274-0604


GRAVES, LYCRECIA - 82168
1552 W 123RD ST
CHICAGO, IL 60643


GRAY, IRENE - 82159
9020 S SACRAMENTO
EVERGREEN PARK, IL 60805


GRAY, JENAI - 83060
7552 S ESSEX UNIT 1A
CHICAGO, IL 60649


GREEN, CYNTHIA- 81599
7748 S. WOLCOTT
CHICAGO, IL 60620


GREENE, BEVERLY - 82960
9112 S ASHLAND AVE
CHICAGO, IL 60620


Gregwor, Yvonne - 83195
7254 S Prairie
Chicago, IL 60619
```

GROSVENOR, RAMONA - 82865
9830 SAYRE AVE
CHICAGO RIDGE, IL 60415


HAMID, MARC - 82982
1041 W GRACE ST
CHICAGO, IL 60613


HAMID, MARC - 82983
1041 W GRACE ST
CHICAGO, IL 60613


HAMPTON, KIM - 83106
9929 S PERRY
CHICAGO, IL 60628


HANTELMANN, JULIE-82071
4515 N WOLCOTT 2A
CHICAGO, IL 60640


HARRIS, RON - 83012
5108 S HARPER
CHICAGO, IL 60615


HARVEY, BRENDA - 83022
8123 S CARPENTER
CHICAGO, IL 60620


Harvey, Junior - 83132
10920 S. Lowe
Chicago, IL 60628


HARVEY, PAULETTE - 82997
5246 W BLOOMINGTON
CHICAGO, IL 60639


HAWKINS, JEFFREY - 83123
1315 S PLYMOUTH CT UNIT E
CHICAGO, IL 60605


HAYES, ETHEL - 82942
8718 S KING DR
CHICAGO, IL 60619

```
HAYGOOD, HENRIETTA - 83035
8101 S WASHTENAW
CHICAGO, IL 60620


HENKE, JEFF - 82663
NANCY LUPO
FRANKLIN PARK, IL 60652


HEREFORD, CLAYTON - 83122
8613 S LOWE
CHICAGO, IL 60620


HERNANDEZ, DANIEL - 83055
1107 S INDEPENDENCE GARDEN UNIT #1
CHICAGO, IL 60624


HERNANDEZ, DANIEL - 83056
1107 S INDEPENDENCE GARDEN UNIT #1
CHICAGO, IL 60624


HERNANDEZ, DANIEL - 83057
1107 S INDEPENDENCE GARDEN UNIT #1
CHICAGO, IL 60624


HICKS,THERESA-80967
18012 CHANTILLY
HQAZEL CREST, IL 60429


HILL, JOHN - 82927
2406 W LEXINGTON
CHICAGO, IL 60624


HOGAN, SUSAN - 82885
10943 S CAMPBELL
CHICAGO, IL 60655


HOLMES, RUFUS - 82819
2211 EMERSON
EVANSTON, IL 60201


Home Depot
P.O. BOX 6029
The Lakes, NV 88901
```

HOUSE, ROBERT - 82934
18600 NEAL CIRCLE
COUNTRY CLUB HILLS, IL 60478

HUGHES, VERNEICE - 82682
10110 S UNION
CHICAGO, IL 60628

Hunt Insurance
12000 S. HARLEM
Palos Heights, IL 60463

HUNTER, DAVIDA - 83114
7232 S. WOODLAWN
CHICAGO, IL 60619

HYMAN, ROBERT - 82958
7544 S LAFAYETTE
CHICAGO, IL 60620

Ice Mountain
P.O. BOX 856680
Louisville, KY 40285

IDEAL SERVICES - 82951
C/O VICKIE EVANS
BRIDGEVIEW, IL 60455

IL Department of Revenue

IRISH, RAYMOND - 83008
7040 S PAULINA
CHICAGO, IL 60636

IRISH, RAYMOND - 83009
7040 S PAULINA
CHICAGO, IL 60636

ISAAC, BOBBIE J - 82841
7440 W 64TH ST
SUMMIT, IL 60501

```
IVORY, JOANNE-79609
519 S. 46TH AVE.
BELLWOOD, IL 60104


J & H DISPOSAL SERVICE, INC.
7309 W. 55TH PLACE
Summit, IL 60501-1209


J&L Metal Doors
P.O. BOX 671
Chicago Heights, IL 60412


JACKSON, JOHN L - 83050
14723 COOPER AVE
HARVEY, IL 60426


JACKSON, ROXANNE - 83032
7204 S RHODES
CHICAGO, IL 60619


JACKSON. TOMURA - 83073
702 E 89TH PL
CHICAGO, IL 60619


JACKSON. TOMURA - 83074
702 E 89TH PL
CHICAGO, IL 60619


JAWORSKI, JILL - 83075
1311 UNIT H S PLYMOUTH CT
CHICAGO, IL 60605


JED'S PACKING SUPPLIES
10446 S. TRUMBULL AVE.
Chicago, IL 60655


JOHNSON, CLAUDE - 82624
7709 S HERMITAGE
CHICAGO, IL 60620


JOHNSON, LUCY - 83051
7816 S DREXEL
CHICAGO, IL 60636
```

```
JOHNSON, PRINCESS-79352
3433 W. 76TH PL.
CHICAGO, IL 60652


JONES, HONORA-81518
8022 S KENWOOD
CHICAGO, IL 60619


JORDAN
P.O. BOX 1000 DEPT. 457
Memphis, TN 38148-0457


JORDAN, IRENE - 82792
7834 S CONSTANCE
CHICAGO, IL 60649


JURINAK, KENNETH - 82812
2518 W EASTWOOD
CHICAGO, IL 60625


KAAPKE, BUD - 82884
11128 S WESTERN
CHICAGO, IL 60643


KCI CHEMICAL CO.
4248 OAKWOOD LANE
Matteson, IL 60443


Kilijanski, Letitia - 83182
9701 S. Homan
Evergreen Park, IL 60805


KILPATRICK, TWANA - 82948
6113 S CALIFORNIA AVE
CHICAGO, IL 60629


KING, AMY - 82961
6755 W HIGGINS ROAD
CHICAGO, IL 60656


KING, JEFFREY M. - 83115
8518 S MICHIGAN
CHICAGO, IL 60619
```

KUZNIAR, EDWIN-82525
11333 S. AVE. N
CHICAGO, IL 60617

KWIKSET LOCK
12340 COLLECTIONS CENTER DR.
Chicago, IL 66963

LACY, HOWARD - 82978
8417 S KENWOOD
CHICAGO, IL 60619

LACY, LEMUEL - 83011
3314 W 84TH PL
CHICAGO, IL 60652

LANDEVERDE, RICHARD - 82990
1461 E 72ND ST
CHICAGO, IL 60619

LARK, SHIRLEY - 82655
11143 S PARNELL
CHICAGO, IL 60628

Lassai, Lynette - 83181
8343 S. State
Chicago, IL 60620

LEE, MURIEL - 82797
1618 RIDGE ROAD
HOMEWOOD, IL 60430

LEE, MURIEL - 82798
1618 RIDGE ROAD
HOMEWOOD, IL 60430

LEE, TANYA - 82817
6334 S NORMAL
CHICAGO, IL 60621

Lesure, Antoinette - 83098
5611 W 82nd Street
Chicago, IL 60652

Levin, Harvey - 83130
1501 W. Oakdale
Chicago, IL 60657


LEVINSON, JESSICA - 82795
11511 S AVE "J"
CHICAGO, IL 60617


Lewis Supply
901 W. LAKE ST.
Melrose Park, IL 60160


Lewis, Carla - 83155
741 #4 Sandpiper Court
Park Forest, IL 60466


LINDSEY, BRANDON - 82955
2022 W 119TH ST
CHICAGO, IL 60643


Linear, Dwain - 83160
5362 W. Crystal
Chicago, IL 60644


LOVE, YVONNE - 83116
9346 S. LOOMIS
CHICAGO, IL 60620


Loxcreen
100 WESTHEIMER DR.
Middletown, OH 45044


LUI, CHRIS - 82887
1925 W 34TH ST UNIT E
CHICAGO, IL 60608


LYONS, CALVIN - 82879
9534 S INDIANA
CHICAGO, IL 60628


Macke Water Systems, Inc.
P.O. Box 545
Wheeling, IL 60090-0545

Manos, Bill - 83159
3247 N. Rutherford
Chicago, IL 60634


MARIJAN, MIKE -83041
3611 S WOOD
CHICAGO, IL 60609


Marks  Hardware
5300 NEW HORIZONS BLVD.
Amityville, NY 11701


MARTIN, BOBBY - 82821
8455 S KINGSTON
CHICAGO, IL 60617


MARTIN, ESSIE - 82986
1232 S SPAULDING
CHICAGO, IL 60623


MARTY, BONNIE - 82928
2408 W LEXINGTON
CHICAGO, IL 60612


MATECKI, DANIEL - 82190
10341 S SAWYER
CHICAGO, IL 60655


Matthews, Marcia L - 83158
746 N. Taylor
Oak Park, IL 60302


MATTISON, LINDA - 82931
6809 S EVANS
CHICAGO, IL 60637


MCALPIN, LILLIAN - 82828
10713 S PEORIA
CHICAGO, IL 60643


MCCARRELL CRAIG & ADDIS - 83044
10645 S VERNON
CHICAGO, IL 60628

MCCARRELL, CRAIG & ADDIS - 83043
10645 S VERNON
CHICAGO, IL 60628


MCCARRELL, CRAIG & ADDIS - 83045
10645 S VERNON
CHICAGO, IL 60628


MCCLAIN, WAYNE-77984
6930 S. LAFIN
CHICAGO, IL 60636


MCCONNELL, BITOY - 82536
7823 S AVALON
CHICAGO, IL 60619


McGann, Willia & Beverly Woods-80533
11632 S. S. WESTERN AVE.
CHICAGO, IL 60643


MCWILLIAMS, JIMMYE - 82661
6758 S HONORE
CHICAGO, IL 60636


Merchants metals
P.O. BOX 404259
Atlanta, GA 30384-4259


Michael G. Rasmason
20506 Frankfort Sq. Dr.
Frankfort, IL 60423


MIKE'S CONSTRUCTION - 83124
823 W. 42ND ST.
CHICAGO, IL 60609


MODERN MILLWORK - 82897
3004-06 S ARCHER
CHICAGO, IL 60608


MOMAN, VELMA A - 82724
8521 S CONSTANCE
CHICAGO, IL 60617

```
MOORE, MARC - 82423
7448 S INDIANA
CHICAGO, IL 60619


MOORE, MOLLIE - 82844
2111 W 72ND PL
CHICAGO, IL 60636


MOORE, THERESA - 82970
9832 S CLAREMONT
CHICAGO, IL 60643


Morgan Locksmiths
1825 W. 103rd Street
Chicago, IL 60643


MOSLEY, ARTRA - 82886
6753 S ABERDEEN
CHICAGO, IL 60636


MURPHY, BRENDA - 83077
15940 MINERVA
SOUTH HOLLAND, IL 06473


NASH, MARINETTA - 82930
35 N LATROBE AVE
CHICAGO, IL 60644


NATIONWIDE INDUSTRIES
10333 WINDHORST RD.
Tampa, FL 33619


NEWSOM, ROXANNE-81123
3102 223 RD PL
SAUK VILLAGE, IL 60411


NEWSOME, THEO - 82192
14231 WALLACE
RIVERDALE, IL 60827


NICPON, SHANNON - 82765
1 HAWTHORN ROAD
LAKE IN THE HILLS, IL 60156
```

```
NIEVES, RAMON/MARTHA - 83105
1948 W ARMITAGE AVE
CHICAGO, IL 60622


NOBLE-KING, LAVONIA - 82811
7817 S PHILLIPS
CHICAGO, IL 60636


NOBLE-KING, LAVONIA -82808
7817 S PHILLIPS
CHICAGO, IL 60636


NORTHCUTT, CLEVELAND - 83024
7955 S INDIANA
CHICAGO, IL 60619


Old Dominion Freight
500 OLD DOMINION WAY
Thomasville, NC 27360


OOSTON,  STEPHEN 81086
5143 S. GREENWOOD AVE
CHICAGO, IL 60615


ORLOSKI, JEFF - 82924
1020 W WELLINGTON
CHICAGO, IL 60657


OSTROWSKI, BOGUS - 82762
736 RODGER AVE
KENILWORTH, IL 60043


OWENS, ROBERT - 82645
5920 S ELIZABETH
CHICAGO, IL 60636


PARKER, FRED - 82640
17706 DOGWOOD LANE
HAZELCREST, IL 60429


Parkside Window Company
2649 N. Kildare Avenue
Chicago, IL 60639-2051
```

PATRICK, LAMAR - 82040
11227 S WALLACE
CHICAGO, IL 60628

PEEPLES, FANNIE - 82882
12237 S ABERDEEN
CHICAGO, IL 60643

PEOPLES ENERGY-3 5000 4757 8777
Chicago, IL 60687-0001

PEOPLES ENERGY-4 5000 1744 8743
Chicago, IL 06068-7001

PEOPLES ENERGY-9 5000 2024 7538
Chicago, IL 06068-7001

PETTA, TOM - 83049
12225 S WESTERN
BLUE ISLAND, IL 60406

PINTADO, MANUEL - 83078
5427 S MAPLEWOOD
CHICAGO, IL 60625

PITNEY BOWES CREDIT CORPORATION
P.O. BOX 856460
Louisville, KY 40285-6460

POGNANT, JOHN - 82540
8327 S KILDARE
CHICAGO, IL 60652

Powell, Louise - 83301
5127 S. Loomis
Chicago, IL 60609

Praxair
941 PRAXAIR DISTRIBUTION INC.
DEPT CH 10660
Palatine, IL 60055

PREWITT, CHRISTY - 83058
14225 COTTAGE GROVE
DOLTON, IL 60419


PRICE, AARON/DAVIS, DOROTHY - 83103
9904 S YATES BLVD
CHICAGO, IL 60617


PRIES, DONNA - 82845
10059 S SPAULDING
CHICAGO, IL 60805


PRINCE, VALARIE - 82866
1238 W 74TH ST
CHICAGO, IL 60636


PRUITT, CHARITA - 83020
8144 S YALE
CHICAGO, IL 60620


R.R. Donnelly
Liquidebt Systems, Inc.
29 W. 110 BUTTERFIELD, Ste.108
Warrenville, IL 60555


Reed, Darryl - 83192
58 W 99th Street
Chicago, IL 60628


REED, LARRY - 83007
PO BOX 288375
CHICAGO, IL 60628


Rice, Samuel - 83194
8335 S. Kenwood
Chicago, IL 60619


RIDGE FENCE SUPPLY
6645 WEST 95TH STREET
Chicago Ridge, IL 60415


RIGHT LINE BLDRS - 82711
11006 S INDIANA
CHICAGO, IL 60628

ROBINSON, CHRIS - 82771
6856-58 S KING DR
CHICAGO, IL 60637

Robinson, Daniel - 82888
917 Purdue
Matteson, IL 60443

ROBINSON, EDWARD - 82498
7143 S MAPLEWOOD
CHICAGO, IL 60629

ROBINSON, FLORA - 82725
8624 S WOLCOTT
CHICAGO, IL 60620

ROBINSON, GRACE - 83005
8434 S HERMITIAGE
CHICAGO, IL 60620

ROBINSON, JOHNNIE - 83090
5225 W OHIO ST
CHICAGO, IL 60644

ROBINSON, PHYLLIS - 82891
1038 W 109TH ST
CHICAGO, IL 60643

ROBINSON, TRACY - 83014
1321 S PLYMOUTH CT UNIT A
CHICAGO, IL 60605

ROUNDS, WILLIE - 83025
17407 KEDZIE
HAZEL CREST, IL 60402

ROZELL, DESIREE - 82892
10834 S PROSPECT
CHICAGO, IL 60643

ROZMUS, MICHAEL - 82943
6540 HIGGINS ROAD
CHICAGO, IL 60656

RYAN, BEVERLY-81461
573 SUNDANCE DR
BOLINGBROOK, IL 60439


SAFFORD, CHARO' - 82835
736 S KEDZIE
CHICAGO, IL 60612


SANDIFER, CYNTHIA-81652
1362 MACKINAW
CALUMET CITY, IL 60409


SCOTT, TINA - 83038
9154 S. URVAN 10E
CHICAGO, IL 60619


SEDIO, JAN - 82926
2255 W CERMAK
CHICAGO, IL 60608


SHABAZZ, LINDA - 82894
12056 S HARVARD
CHICAGO, IL 60628


SHANNON, PATRICIA & WILLIAM - 83010
15341 MERLIN COURT
OAK FOREST, IL 60453


Shell Oil
P.O. BOX 689081
Des Moines, IA 50388


SHELTON, DARRYL - 83147
7737 S CALUMET
CHICAGO, IL 60619


SILVA, ALBERT & LARRY - 82509
2449 S KEDZIE
CHICAGO, IL 60623


Smith Mechanical
c/o Rosie Smith
11415 S. Union
Chicago, IL 60628

SMITH, DAVINE - 83006
1304 W 96TH ST
CHICAGO, IL 60643


Smith, Jameelah - 83129
8247 S Albany
Chicago, IL 60652


Sommerfield, Ron - 83150
3931 W 49th St
Chicago, IL 60632


Sommerfield, Ron - 83151
3931 W 49th St
Chicago, IL 60632


Sommerfield, Ron - 83153
3931 W 49th St
Chicago, IL 60632


SOUTHWEST COMMUNITY NEWSPAPER
6225 S. KEDZIE
Chicago, IL 60620


SPANN, LOVIE - 82188
8357 S ADA
CHICAGO, IL 60620


SPECTOR, BRIAN - 83019
1812 S STATE
CHICAGO, IL 60616


SPRAWLS, ENOS - 82666
7010 S BELL
CHICAGO, IL 60636


STAPLES, SADE - 82998
1047 N ST LOUIS
CHICAGO, IL 60651


Starr/Reuter/Jackson

State Street Steel
6418 S. STATE ST.
Chicago, IL 60637


STEWART, RALPH/AUSTINE - 82751
4113 S INDIANA
CHICAGO, IL 60653


STEWART, THELMA-81290
7700 .S LAFLIN
CHICAGO, IL 60620


STOVER, MARK - 83072
6651-55 S OAKLEY AVE
CHICAGO, IL 60636


STROGER, TODD - 82559
8534 S BLACKSTONE
CHICAGO, IL 00060-9619


SULLIVAN, ARTHUR - 82963
7607 W 63RD PL
CHICAGO, IL 60501


SWAIN, VERONICA - 83108
111637 S ADA ST
CHICAGO, IL 60643


TARVER, MARGO-80140
1501 E. 76TH PL.
CHICAGO, IL 60619


TATE, KATHLEEN - 82744
14319 S PARNELL
HARVEY, IL 60426


TAYLOR, BRYAN - 83028
7308 S RIDGELAND
CHICAGO, IL 60649


TAYLOR, DEBORAH - 82952
8554 S JUSTINE
CHICAGO, IL 60620

TENORIO, FIDEL - 82935
4969 N MASON
CHICAGO, IL 60630


TERRELL, KAMITA - 82993
6632 S WOOD
CHICAGO, IL 60636


TERRIE, ARTHER - 83021
965 E 100TH PL
CHICAGO, IL 60628


The Detroit Tubing Mill Inc.
12871 Eaton
Detroit, MI 48227


TMI OF MICHIGAN, INC.
P.O. BOX 262
Hazel Park, MI 48030


Trans Atlantic
440 FAIRMOUNT AVE.
Philadelphia, PA 19123


TRENT, CAROL - 82863
16005 S MYRTLE
HARVEY, IL 60426


TRENT, CAROL - 83026
16005 S MYRTLE
HARVEY, IL 60426


TRINITY A& P INVESTMENTS - 83023
9824 S KING DR
CHICAGO, IL 60628


TRIPLETT, BRIAN - 82743
16624 CARSE
HARVEY, IL 60426


Triplett, Rose - 83152
12230 S Racine
Chicago, IL 60643

Tyson, Robert - 83097
8636 S Woodlawn
Chicago, IL 60619


UPS
LOCKBOX 577
Carol Stream, IL 60132


US POSTAGE METER CENTER
28231 AVE. CROCKER #120
Valencia, CA 91355


VANPELT, SUZANNE - 83039
1313 PLYMOUTH COURT UNIT A
CHICAGO, IL 60605


VAUGHN, RAYMOND - 82750
400 SPRINGFIELD ST
PARK FOREST, IL 60466


Vinyl Kraft
3404 Rhodes Avenue
New Boston, OH 45662


Vitracoat America, Inc.
52817 Marina Dr.
Elkhart, IN 46514


W.F. D'Allaird Company, Inc.
1088 LUNT AVE.
Schaumburg, IL 60193


WADE, BARBARA-75578
7207 S. SPAULIDING
CHICAGO, IL 60629


Wagner Co
4480 N. 124TH ST.
Butler, WI


Waller, Kevin - 83117
544 E 44th Street
Chicago, IL 60653

```
WALSTON, VALORIE/RAYMOND - 82991
7351 S MERRILL AVE
CHICAGO, IL 60649


WATSON, WILLIAM - 82459
7448 SOUTHSHORE DR
CHICAGO, IL 60649


WEATHERS, SHIRLEY-78658
3524 W. COLUMBUS
CHICAGO, IL 60652


WEATHERSPOON, EDDIE - 83002
7422 S BENNETT
CHICAGO, IL 60649


WHITE, BRINT - 82954
12012 PRINCETON
CHICAGO, IL 60628


WHITE, CECIL - 83079
1760 E 73RD ST
CHICAGO, IL 60649


WHITE, GEORGIA - 83001
12437 S THROOP ST
CALUMET PARK, IL 60827


WHITE, HENRY G - 83061
558 E OAKWOOD
CHICAGO, IL 60653


WHITTED, ADRIENNE -82846
320 W 105TH PL
CHICAGO, IL 60628


WILLIAMS, CHARLENE - 82893
1554 W 123RD ST
CHICAGO, IL 60643


WILLIAMS, KAREN-81837
7248 S COLES UNIT E
CHICAGO, IL 60649
```

```
WILLIAMS, LURETHA - 83040
9238 S ELLIS AVE.
CHICAGO, IL 60619


WILLIAMS, ONETTA - 82747
8453 S KARLOV
CHICAGO, IL 60652


WILLIAMS, PAMELA - 83086
1164 LUCAS
CALUMET CITY, IL 60409


Williams, Pamela - 83156
1164 Lucas
Calumet City, IL 60409


WILLIAMS, THOMAS - 83125
16330 MAPLE ST
SOUTH HOLLAND, IL 60473


WILLIAMS, WARREN - 82376
5425 S MORGAN
CHICAGO, IL 60609


WILSON, DAMON - 83017
5542 S WOLCOTT
CHICAGO, IL 60636


WILSON, NEKELA - 83111
538 W. 44TH ST. UNIT 1
CHICAGO, IL 60653


Wimms, Jacqueline - 83120
925 W 50th Street
Chicago, IL 60609


Winston, Percy - 83118
921 W 50th Street
Chicago, IL 60609


WOJCIK, LARRY - 82659
16724 HILLSIDE
TINLEY PARK, IL 60477
```

WOODBURY, LILLIE - 82670
7941 S KINGSTON
CHICAGO, IL 60617


WOODS, LAWRENCE - 82649
9611 S CARPENTER
CHICAGO, IL 60643


WRIGHT PRODUCTS
P.O. BOX 601053
Charlotte, NC 28260


WRIGHT, LILLIAN - 82064
8529 S ST LAWRENCE
CHICAGO, IL 60619


WU, DANIEL  DR. - 82957
2102 S CHINA PLACE
CHICAGO, IL 60616


YACH, STEVE - 82929
712 S WESTERN
CHICAGO, IL 60612


Yellow Book USA
P.O. BOX 586
Newark, NJ 07101


Yellow PAGES
P.O. 470589
Tulsa, OK 74147


Yellow Transportation, Inc.
P.O. Box 73149
Chicago, IL 60673-7149


Young, Jeremiah
567 N. Long
Chicago, IL 60644


Zip Products
1590 TEXAS ST.
Memphis, TN 38106

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Family Security Door & Window, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Family Security Door & Window, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 10, 2008**

Date

**/s/ Robert R. Benjamin**

**Robert R. Benjamin 0170429**

Signature of Attorney or Litigant

Counsel for  **Family Security Door & Window, Inc.**

**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000 Fax:(312)540-0578**
**rbenjamin@querrey.com**