# EXHIBIT A

# *Querrey* & *Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

SEPTEMBER 19, 2008

TO: Family Security Door & Window, Inc.
     6924 West 113th Street
     Worth, IL  60482
     Attn:  Robert Starr

For Legal Services Rendered in Connection With:

03364 - 011 / 37612

Family Security Door & Window Chptr 11
Court Number           :    08B 00502
CMR Number             :    37612000

Enclosed is our statement for services and costs advanced
through SEPTEMBER 16, 2008.

Very truly yours

QUERREY & HARROW, LTD.

Billing Department

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check


Family Security Door & Window, Inc.        BILLING ATTORNEY  - RRB
6924 West 113th Street
Worth, IL  60482                           INVOICE # :  474566

Attn:  Robert Starr                        SEPTEMBER 19, 2008


CLIENT NUMBER - 03364 - 011


RE:   Family Security Door & Window Chptr 11      MATTER # 37612
      Court Number            08B 00502
      CMR Number              37612000

FOR PROFESSIONAL SERVICES RENDERED


| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| **Administration** | | | | |
| ADM | 5/16/08 | Review draft of April monthly report and return with comments. | RRB | .40 |
| ADM | 5/16/08 | Draft fee petition for accountant. | BER | .80 |
| ADM | 5/16/08 | Responding e-mail correspondence to A. Staniszewski regarding status of her Fee Petition. | KCS | .10 |
| ADM | 5/21/08 | Continue drafting accountant's fee petition. | BER | .30 |
| ADM | 5/23/08 | Review and approve for filing April monthly report. | RRB | .40 |
| ADM | 6/09/08 | Call from R. Starr discuss collection efforts anticipated against deposit creditor who questions balance due, R. S. will write letter stating ready and able to complete project and if customer fails to agree will forfeit initial deposit; expects to close next week wants to make | RRB | .20 |

# *Querrey & Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11          MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| | | sure all joint fees and costs are paid in advance of closing, 8 min. | | |
| ADM | 6/09/08 | Phone call with Gerry Prendergast regarding payment of U.S. Trustee Fees and escrow account (12  min.) | KCS | .20 |
| ADM | 6/11/08 | Court appearance on Motions to approve interim compensation for accountant and attorney. | RRB | .70 |
| ADM | 6/11/08 | E-mail correspondence to A. Staniszewski regarding Order granting First Interim Fee Petition of Accountant. | KCS | .10 |
| ADM | 6/12/08 | Receive and review May monthly report. | KCS | .20 |
| ADM | 6/12/08 | Phone call with T. Abbott regarding May monthly report (6 min.). | KCS | .10 |
| ADM | 6/12/08 | Receive and review second draft of May monthly report. | KCS | .10 |
| ADM | 6/13/08 | Phone call from L. Reiter regarding signature pages for May monthly report, Quarterly Fees, and Fee Petitions (4 min.). | KCS | .10 |
| ADM | 6/16/08 | Receive signature pages from L. Reiter and prepare May monthly report for filing. | KCS | .20 |
| ADM | 6/17/08 | Review and approve for filing May monthly report. | RRB | .40 |
| ADM | 6/17/08 | Prepare and file May monthly report. | KCS | .30 |
| ADM | 6/20/08 | Call to R. Starr regarding ability to lend more money for material for continuing operations; discuss status of sale of property and moving time | RRB | .30 |

# *Querrey* & *Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| | | frame; discuss options in the event unable to reach projections. 14 min. | | |
| ADM | 6/24/08 | Phone call from A. Stanciewski regarding Court Order and payment of fees (3 min.) | KCS | .10 |
| ADM | 6/24/08 | Phone conversation with L. Ruiter regarding Agebisi Ige matter, payment of attorneys fees (6 min.) | KCS | .10 |
| ADM | 6/25/08 | Return call to R. Starr discuss letter and anticipated sale of premises to permit DIP to relocate; authorized lending up to an additional $100,000.00. 13 min. | RRB | .30 |
| ADM | 6/26/08 | Phone call with L. Ruiter regarding payment of attorneys and accountant fees and Motion for Unsecured Post-Petition Financing and Ige Rule to Show Cause (10 min). | KCS | .20 |
| ADM | 7/10/08 | Return call to R. Starr regarding additional financing terms; general discussion of status of case. 14 min. | RRB | .30 |
| ADM | 7/14/08 | E-mail correspondence to T. Abbott regarding June monthly report. | KCS | .10 |
| ADM | 7/14/08 | Receive and review first draft of June monthly report. | KCS | .10 |
| ADM | 7/15/08 | Court appearance on Rule to Show Cause vs. Adebisi Ige; based upon representations to Court that she will withdraw Citation to Discover Assets, matter withdrawn. | RRB | .70 |
| ADM | 7/15/08 | Review and approve for filing | RRB | .40 |

# *Querrey & Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11          MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| | | June monthly report. | | |
| ADM | 7/15/08 | Phone conversation with L. Ruiter regarding Motion for Rule to Show Cause against Ige (3 min.). | KCS | .10 |
| ADM | 7/23/08 | Prepare and file June monthly report. | KCS | .20 |
| ADM | 7/23/08 | Prepare Quarterly Report for second quarter 2008.  Send the same to client for signature. | KCS | .10 |
| ADM | 8/11/08 | Review file and e-mail correspondence with RRB with respect to citation against Lee Ruiter in preparation for court hearing. | CON | .50 |
| ADM | 8/11/08 | Appear for hearing on Plaintiff Agebisi's motion/citation against Lee Ruiter. | CON | .50 |
| ADM | 8/14/08 | Review July monthly report. | KCS | .10 |
| ADM | 8/29/08 | Review three (3) electronic notices/court order re: filing. | EEM | .30 |
| ADM | 9/09/08 | Prepare and file July monthly report. | KCS | .20 |
| ADM | 9/11/08 | E-mail to accountant regarding final fee petition. | BER | .20 |
| ADM | 9/11/08 | Review of claims for possible objections. | BER | 1.40 |
| ADM | 9/12/08 | Receive and review first draft of August monthly report. | KCS | .20 |
| ADM | 9/12/08 | Phone conversation with T. Abbott regarding August monthly report. | KCS | .10 |
| ADM | 9/12/08 | Draft U.S. Trustee 3rd Quarter Report. | KCS | .10 |
| ADM | 9/16/08 | Call from L Reiter re: check to UST 5 min. | RRB | .10 |

|  | SUB TOTAL TIME | 11.30 | 2,988.00 |
|--|----------------|-------|----------|

# *Querrey & Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11          MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|

### FEES SUMMARY BY TIMEKEEPER

| Name (Initials) | Hours | Rates | Total |
|-----------------|-------|-------|-------|
| Robert R. Benjamin(RRB) | 2.80 | 320.00 | 896.00 |
| Robert R. Benjamin(RRB) | 1.40 | 480.00 | 672.00 |
| Beverly A. Berneman(BER) | 2.70 | 320.00 | 864.00 |
| Francisco E. Connell(CON) | 1.00 | 225.00 | 225.00 |
| Eileen E. Madda(EEM) | .30 | 225.00 | 67.50 |
| Kathryn C. Sheldon(KCS) | 3.10 | 85.00 | 263.50 |
| | 11.30 | | 2,988.00 |

Automatic Stay

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| AUTST | 6/24/08 | Review documents regarding creditor, Ige, continuing debt collection activity despite automatic stay. | BER | .40 |
| AUTST | 6/24/08 | Draft motion for rule to show cause against Ige for violating automatic stay. | BER | 2.00 |
| AUTST | 8/08/08 | Return call to K. Ruiter regarding Ige and Monday court appearance. 7 min. | RRB | .20 |

|  | SUB TOTAL TIME | | 2.60 | 832.00 |

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11          MATTER NUMBER - 37612

### FEES SUMMARY BY TIMEKEEPER

| Name (Initials) | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin(RRB) | .20 | 320.00 | 64.00 |
| Beverly A. Berneman(BER) | 2.40 | 320.00 | 768.00 |
| | 2.60 | | 832.00 |

Claims

| CLM | 5/27/08 | Return call to L. R. explain basis for subordination of insider's prepetition claims. 4 min. | RRB | .10 |
|---|---|---|---|---|
| CLM | 5/28/08 | Return call to L. R. explain basis for subordination of insider prepetition claims. 4 min. | RRB | .10 |
| CLM | 6/09/08 | Phone call with deposit creditor Ramona Grosvenor regarding patio door installed in 2003, not locking.  Door that was installed in 2008 (with deposit listed on Sch. E) was installed correctly. | KCS | .10 |
| CLM | 6/09/08 | (17 min) Phone call with deposit creditor Winnie Grovesnor, mother of Ramona Grovesnor, regarding 2003 door installation; problem with 2008 door installation.  Debtor has not fixed door to their liking. They did not realize Querrey & Harrow were the debtors attorney.  I advised creditors if they wanted to seek legal advise they would need to contact their own attorney, | KCS | .30 |

# *Querrey & Harrow*

175 West Jackson Blvd. · Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours | |
|------|------|----------|------|-------|---|
| | | since we represent Debtor. | | | |
| CLM | 8/12/08 | Call from Attorney Zagerty who represents a customer with a lien claim. | BER | .20 | |
| CLM | 8/20/08 | Review file and Ige's motion to file a late proof of claim in preparation for motion hearing. | CON | .30 | |
| CLM | 8/20/08 | Appear on Ige's motion to file a late proof of claim. | CON | 1.00 | |
| | | SUB TOTAL TIME | | 2.10 | 454.50 |

FEES SUMMARY BY TIMEKEEPER

| Name (Initials) | Hours | Rates | Total |
|-----------------|-------|-------|-------|
| Robert R. Benjamin(RRB) | .20 | 320.00 | 64.00 |
| Beverly A. Berneman(BER) | .20 | 320.00 | 64.00 |
| Francisco E. Connell(CON) | 1.30 | 225.00 | 292.50 |
| Kathryn C. Sheldon(KCS) | .40 | 85.00 | 34.00 |
| | 2.10 | | 454.50 |

Fee Petition

| FEE | 9/11/08 | Review of attorney and account fee petitions for drafting final fee petitions. | BER | .40 | |
|-----|---------|------|------|------|---|
| | | SUB TOTAL TIME | | .40 | 128.00 |

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check


RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

### FEES SUMMARY BY TIMEKEEPER

| Name (Initials) | Hours | Rates | Total |
|---|---|---|---|
| Beverly A. Berneman(BER) | .40 | 320.00 | 128.00 |
| | .40 | | 128.00 |

Financing

| | | | | | |
|---|---|---|---|---|---|
| FIN | 6/25/08 | Conference with RRB regarding second motion for extension of credit. | BER | .20 | |
| FIN | 6/25/08 | Draft second motion to approve unsecured financing. | BER | 1.30 | |
| FIN | 7/10/08 | Two phone conversations with R. Starr (10 min. total) regarding Motion to Approve Unsecured Post-Petition Financing. | KCS | .20 | |
| FIN | 7/15/08 | Revise draft Order for additional interim financing. | RRB | .60 | |
| | | SUB TOTAL TIME | | 2.30 | 689.00 |

### FEES SUMMARY BY TIMEKEEPER

| Name (Initials) | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin(RRB) | .60 | 320.00 | 192.00 |
| Beverly A. Berneman(BER) | 1.50 | 320.00 | 480.00 |
| Kathryn C. Sheldon(KCS) | .20 | 85.00 | 17.00 |
| | 2.30 | | 689.00 |

Plan

| | | | | |
|---|---|---|---|---|
| PLN | 5/14/08 | Call to Cathy regarding | BER | .10 |

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| | | financial information needed for plan. | | |
| PLN | 5/14/08 | Continue drafting plan. | BER | 1.20 |
| PLN | 5/15/08 | Conference with BAB regarding proposals for Plan. | RRB | 1.00 |
| PLN | 5/15/08 | Continue drafting plan and disclosure statement. | BER | .60 |
| PLN | 5/15/08 | Conference with RRB regarding Plan terms and distribution percentages. | BER | 1.00 |
| PLN | 5/16/08 | E-mail exchange with RRB regarding status of drafting and meeting with client. | BER | .20 |
| PLN | 5/16/08 | Continue drafting plan and disclosure statement. | BER | .90 |
| PLN | 5/19/08 | Continue drafting plan and disclosure statement. | BER | .70 |
| PLN | 5/20/08 | Continue drafting plan and disclosure statement. | BER | 2.40 |
| PLN | 5/21/08 | Continue drafting plan and disclosure statement. | BER | 2.30 |
| PLN | 5/22/08 | Call from L. R. regarding today's meeting, explain purpose and anticipated info gathering goals. 12 min. | RRB | .20 |
| PLN | 5/22/08 | Return call to R. S. discuss purpose and goals of meeting. 8 min. | RRB | .20 |
| PLN | 5/22/08 | Conference with all shareholders, prospective purchasers of reorganized debtor, counsel for shareholders who are LLs and BAB to discuss Plan and Disclosure Statement. | RRB | 1.80 |
| PLN | 5/22/08 | Preparation for conference with RRB and clients regarding plan provisions and disclosures for disclosure statement. | BER | .40 |

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| PLN | 5/22/08 | Conference with RRB and clients regarding plan provisions and disclosures for disclosure statement. | BER | 1.80 |
| PLN | 5/23/08 | Continue drafting plan and disclosure statement. | BER | .20 |
| PLN | 5/23/08 | Continue drafting plan and disclosure statement. | BER | 1.00 |
| PLN | 5/27/08 | Continue drafting plan and disclosure statement. | BER | 1.10 |
| PLN | 5/28/08 | Continue drafting plan and disclosure statement. | BER | .50 |
| PLN | 5/29/08 | Continue drafting plan and disclosure statement. | BER | .40 |
| PLN | 6/01/08 | Continue drafting plan and disclosure statement. | BER | 1.60 |
| PLN | 6/02/08 | Continue drafting plan and disclosure statement. | BER | 3.00 |
| PLN | 6/03/08 | Review of initial draft of Plan and memo to BAB regarding bidders and management; directions to contact Starr to obtain history and plans. | RRB | 1.50 |
| PLN | 6/03/08 | Continue drafting plan and disclosure statement. | BER | 1.20 |
| PLN | 6/03/08 | Prepare distribution list. | BER | .30 |
| PLN | 6/03/08 | E-mail to RRB regarding missing information for plan and disclosure statement. | BER | .20 |
| PLN | 6/05/08 | Continue drafting combined plan and disclosure statement. | BER | .30 |
| PLN | 6/06/08 | Continue drafting claim distributions data. | BER | 1.00 |
| PLN | 6/10/08 | Conference with BAB regarding accepting group and Plan terms. | RRB | .50 |
| PLN | 6/10/08 | Continue preparation of claim payment grid. | BER | 1.10 |
| PLN | 6/10/08 | Conference with RRB regarding | BER | .50 |

# *Querrey & Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check


RE: Family Security Door & Window Chptr 11          MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| | | terms of Plan and accepting group. | | |
| PLN | 6/11/08 | Memo from BAB regarding distribution scheme; suggest alternatives and extended pay out period. | RRB | .90 |
| PLN | 6/11/08 | Continue preparation of claim distribution grid with memo to RRB regarding distribution scheme. | BER | 1.60 |
| PLN | 6/13/08 | E-mail to RRB regarding status of receiving client's contributions to the disclosure statement. | BER | .10 |
| PLN | 6/13/08 | Call from Bob Starr regarding plan. | BER | .20 |
| PLN | 6/13/08 | Continue drafting plan and disclosure statement | BER | 1.20 |
| PLN | 6/13/08 | E-mail to Bob Starr regarding pro forma figures and other information for disclosure statement. | BER | .20 |
| PLN | 6/16/08 | Review and revise combined Plan and Disclosure Statement; memo to BAB regarding tax distributions and strategy for payouts. | RRB | 1.50 |
| PLN | 6/16/08 | E-mail to Bob Starr regarding information for disclosure statement. | BER | .10 |
| PLN | 6/16/08 | Conference call with Bob Starr and RRB regarding information for disclosure statement. | BER | .10 |
| PLN | 6/16/08 | Continue drafting disclosure statement. | BER | 1.80 |
| PLN | 6/16/08 | Call from Bob Starr regarding information for disclosures. | BER | .20 |
| PLN | 6/16/08 | Fax from Bob Starr with | BER | .20 |

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| | | information for disclosure statement. | | |
| PLN | 6/16/08 | Review RRB memo and adjust schedules accordingly. | BER | .50 |
| PLN | 6/17/08 | Add final revisions to Plan and memo to BAB with justification. | RRB | .50 |
| PLN | 6/17/08 | E-mail from RRB with comments on plan and disclosure statement and response thereto. | BER | .30 |
| PLN | 6/17/08 | Continue drafting plan and disclosure statement. | BER | .80 |
| PLN | 6/17/08 | Call to Bob Starr regarding rescissions to plan and to arrange for signature. | BER | .10 |
| PLN | 6/17/08 | Incorporate RRB final comments to draft Plan. | BER | .40 |
| PLN | 6/17/08 | E-mail to Bob Starr with copy of plan and disclosure statement. | BER | .10 |
| PLN | 6/17/08 | Prepare Plan and exhibits for filing and file the same. | KCS | .20 |
| PLN | 6/23/08 | Review UST comments to Plan and memo to file on arguments against some of the suggested changes. | RRB | .50 |
| PLN | 6/23/08 | E-mail from RRB regarding Trustee's comments to plan and disclosure statement. | BER | .30 |
| PLN | 6/24/08 | Court appearance on status of Plan; post court conversation with UST Silver. | RRB | .80 |
| PLN | 6/24/08 | Conference with BAB regarding G.Silver comments to Plan. | RRB | .20 |
| PLN | 6/24/08 | Correspondence to DIP and principals regarding consequences of exceeding loan limit and status on Plan. | RRB | .50 |
| PLN | 6/24/08 | Conference with RRB regarding trustee's comments to the plan. | BER | .20 |

*Querrey & Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11      MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| PLN | 7/14/08 | Review comments from Trustee and | BER | .50 |
| PLN | 7/15/08 | Continue review of trustee's comments to plan and disclosure statement. | BER | .30 |
| PLN | 7/15/08 | E-mail to Bob Starr regarding detail information trustee wants regarding insiders' dealings with the company. | BER | .20 |
| PLN | 7/15/08 | E-mail with additional information for plan and disclosure statement. | BER | .30 |
| PLN | 7/15/08 | Draft amended plan and disclosure statement. | BER | 1.10 |
| PLN | 7/15/08 | E-mail to RRB with revisions to combined plan pursuant to trustee's comments. | BER | .10 |
| PLN | 7/15/08 | Phone conversation with R. Starr regarding Plan and Disclosure, loans to the company (six minutes). | KCS | .10 |
| PLN | 7/16/08 | Motion to approve additional unsecured financing; Motion to set combined hearing on Plan and Disclosure Statement. | RRB | .80 |
| PLN | 7/16/08 | Conference with BAB regarding additional revisions requested by G. Silver (UST). | RRB | .40 |
| PLN | 7/16/08 | Draft order and notice for hearing on confirmation. | BER | .30 |
| PLN | 7/16/08 | Conference with RRB regarding further changes to combined plan and disclosure statement requested by Trustee and make requested changes. | BER | .40 |
| PLN | 7/18/08 | Draft ballots. | BER | 1.10 |
| PLN | 7/21/08 | Final review of Ballots and package for mailing to creditors. | RRB | 1.00 |

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11     MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| PLN | 7/21/08 | E-mail from RRB regarding ballots. | BER | .10 |
| PLN | 7/21/08 | All copies from 7/21/2008 are for serving Plan, Disclosure, Ballots and Notice Regarding the same. Postage amount is $123.82 ($1.51 x 82 ). | KCS | .10 |
| PLN | 7/29/08 | Review ballots received to date. | BER | .30 |
| PLN | 7/31/08 | Conference with EEM regarding plan components. | BER | .60 |
| PLN | 8/01/08 | Phone call from L. Ruiter regarding claims and ballots (six minutes). | KCS | .10 |
| PLN | 8/15/08 | Return call to R. Starr regarding questions relating to Mr. R. statements to Mike Starr; continue with questions concerning successful completion of Plan. 19 min. | RRB | .40 |
| PLN | 8/15/08 | Phone conversation with R. Starr regarding Ballots and Plan (7 min). | KCS | .10 |
| PLN | 8/18/08 | Receipt of deficient ballots from Avaya and Yellow Book and review of court docket to determine if properly completed ballots were filed. | BER | .20 |
| PLN | 8/25/08 | Phone conversation with G. Jackson and L. Reiter regarding ballots (11 min.). | KCS | .20 |
| PLN | 9/05/08 | Call from R. Starr regarding status of Plan confirmation, confirm meeting at 9:45 A. M. on Wednesday; discuss downsizing strategy upon confirming Plan. 10 min. | RRB | .20 |
| PLN | 9/05/08 | Draft ballot report. | BER | .80 |
| PLN | 9/05/08 | Review docket for any objections | BER | .20 |

# *Querrey & Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| | | to confirmation and report to RRB regarding confirmation potential. | | |
| PLN | 9/10/08 | Final preparation for hearing on Confirmation, review ballots and Plan exhibits; revise testimony. | RRB | 1.00 |
| PLN | 9/10/08 | Conference with R. Starr in preparation for hearing on confirmation. | RRB | .30 |
| PLN | 9/10/08 | Hearing on confirmation of Plan. | RRB | .50 |
| PLN | 9/10/08 | Conference with R. Starr, Gordon, Lee and Kathy post confirmation hearing. | RRB | .40 |
| PLN | 9/10/08 | Draft testimony for hearing on approval of plan and confirmation of disclosure statement. | BER | .90 |
| PLN | 9/10/08 | Draft confirmation order. | BER | .40 |
| PLN | 9/11/08 | Call from R. Starr regarding purchase of second series of stock. | RRB | .20 |
| PLN | 9/11/08 | E-mail exchange with RRB regarding submission of draft order. | BER | .10 |
| PLN | 9/11/08 | Review claims docket and prepare distribution spreadsheet. | BER | 1.60 |
| PLN | 9/12/08 | Fax from Alecia with accountant's invoice for fee petition. | BER | .20 |
| PLN | 9/12/08 | Continue to prepare distribution spreadsheet. | BER | 2.10 |
| PLN | 9/12/08 | Draft cover letter for distribution spreadsheet. | BER | 1.00 |
| PLN | 9/15/08 | E-mail exchange with RRB in preparation for meeting with shareholders in reorganized debtor. | BER | .20 |
| PLN | 9/15/08 | Prepare for meeting with | BER | .50 |

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11          MATTER NUMBER - 37612

| Task | Date | Services | Init | Hours |
|------|------|----------|------|-------|
| | | clients. | | |
| PLN | 9/15/08 | Continue drafting distribution letter. | BER | .20 |
| PLN | 9/15/08 | Conference with clients regarding emerging from Chapter 11. | BER | 1.90 |
| PLN | 9/16/08 | Call from Bob Starr regarding follow up to yesterday's meeting. | BER | .40 |
| PLN | 9/16/08 | Call from Mike Starr regarding distributions under the plan. | BER | .30 |

SUB TOTAL TIME                                          64.80    20,676.00

### FEES SUMMARY BY TIMEKEEPER

| Name (Initials) | Hours | Rates | Total |
|-----------------|-------|-------|-------|
| Robert R. Benjamin(RRB) | 14.50 | 320.00 | 4,640.00 |
| Robert R. Benjamin(RRB) | .80 | 480.00 | 384.00 |
| Beverly A. Berneman(BER) | 48.70 | 320.00 | 15,584.00 |
| Kathryn C. Sheldon(KCS) | .80 | 85.00 | 68.00 |
| | 64.80 | | 20,676.00 |

TOTAL HOURS                                             83.50

Total Fees                                                       25,767.50

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

TASK                          COSTS

Costs

| | | | |
|---|---|---|---|
| COST | 5/21/08 | IST Photocopying Expense, Qty: 1240 Copies @ .10 Per Copy - First Fee Petition and Accountant's Fee Petition | 124.00 |
| COST | 5/23/08 | IST Photocopying Expense, Qty: 42 Copies @ .10 Per Copy - April Monthly Report | 4.20 |
| COST | 6/11/08 | IST Photocopying Expense, Qty: 3 Copies @ .10 Per Copy - Letter to client enclosing Court Orders | .30 |
| COST | 6/17/08 | IST Photocopying Expense, Qty: 144 Copies @ .10 Per Copy - May Monthly Report | 14.40 |
| COST | 6/25/08 | IST Photocopying Expense, Qty: 72 Copies @ .10 Per Copy - Motion to Approve Unsecured Financing; Notice of Hearing | 7.20 |
| COST | 7/16/08 | IST Photocopying Expense, Qty: 152 Copies @ .10 Per Copy - Plan, Disclosure to Core List | 15.20 |
| COST | 7/21/08 | IST Photocopying Expense, Qty: 5229 Copies @ .10 Per Copy - Plan, Disclosure, Ballots and Notice in Confirmation | 522.90 |
| COST | 7/22/08 | Postage - 82 envelopes @ $1.51 per. - Plan, Disclosure, Ballots and Notice on Confirmation | 123.82 |
| COST | 7/23/08 | IST Photocopying Expense, Qty: 40 Copies @ .10 Per Copy - June Monthly Report | 4.00 |
| COST | 9/09/08 | IST Photocopying Expense, Qty: 38 Copies @ .10 Per Copy - July Monthly Report | 3.80 |
| COST | 9/11/08 | IST Photocopying Expense, Qty: 2 Copies @ .10 Per Copy - Order of COnfirmation | .20 |
| COST | 9/15/08 | IST Photocopying Expense, Qty: 84 Copies @ .10 Per Copy - Order Approving Disclosure Statement and Confirming Plan | 8.40 |

SUB TOTAL COST                                        828.42

TOTAL COSTS                                           828.42

*Querrey & Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check


RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612


      INVOICE TOTAL                                        26,595.92

# *Querrey & Harrow*

175 West Jackson Blvd. · Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

### COST SUMMARY BY TASK

| TASK CODE | DESCRIPTION | TOTALS |
|---|---|---|
| COST | Costs | 828.42 |
| | | 828.42 |

### TIME SUMMARY BY TASK

| TASK CODE | DESCRIPTION | INVOICE HOURS | TOTALS |
|---|---|---|---|
| ADM | Administration | 11.30 | 2,988.00 |
| AUTST | Automatic Stay | 2.60 | 832.00 |
| CLM | Claims | 2.10 | 454.50 |
| FEE | Fee Petition | .40 | 128.00 |
| FIN | Financing | 2.30 | 689.00 |
| PLN | Plan | 64.80 | 20,676.00 |
| | | 83.50 | 25,767.50 |

# *Querrey & Harrow*

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Family Security Door & Window Chptr 11        MATTER NUMBER - 37612

## REMITTANCE ADVICE
- - - - - - - - - - - - - - - -

TO INSURE PROPER CREDIT, PLEASE COMPLETE AND RETURN THIS ADVICE

CLIENT - 03364- 011                    MATTER NUMBER -        37612

Family Security Door & Window, Inc.
6924 West 113th Street
Worth, IL  60482

Attn:  Robert Starr

| INVOICE NUMBER | DATE | AMOUNT |
|---|---|---|
| 474566 | SEPTEMBER 19, 2008 | 26,595.92 |

YOUR CHECK NO._____    DATE_____    AMOUNT_____