# EXHIBIT 1

ALECIA A. STANISZEWSKI, CPA, P.C.
18427 CONLEE DRIVE
MOKENA, LA 60448

# Statement

| Date |
|---|
| 9/12/2008 |

| To: |
|---|
| FAMILY SECURITY DOORS & WINDOWS, INC.<br>270 W. 83RD STREET<br>CHICAGO, IL  60620 |

| Amount Due | Amount Enc. |
|---|---|
| $3,500.00 | |

PLEASE SEE ATTACHED FOR DETAILS.

| Amount Due |
|---|
| $3,500.00 |

FAMILY SECURITY DOORS & WINDOWS, INC.
ACCOUNTANT'S BILLING ANALYSIS

| DATE | DECRIPTION OF WORK | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| 5/1/08 | PREPARATION OF APRIL FINANCIAL STATEMENT AND SALES TAX RETURN | 4.67 | $150.00 | $700.00 |
| 6/1/08 | PREPARATION OF MAY FINANCIAL STATEMENT AND SALES TAX RETURN | 4.67 | $150.00 | $700.00 |
| 7/1/08 | PREPARATION OF JUNE FINANCIAL STATEMENT AND SALES TAX RETURN, 2ND QUARTER PAYROLL REPORTS | 4.67 | $150.00 | $700.00 |
| 8/1/08 | PREPARATION OF JULY FINANCIAL STATEMENT AND SALES TAX RETURN | 4.67 | $150.00 | $700.00 |
| 9/1/08 | PREPARATION OF AUGUST FINANCIAL STATEMENT AND SALES TAX RETURN | 4.67 | $150.00 | $700.00 |
| | TOTAL BALANCE DUE AS OF 9/12/08 | | | $3,500.00 |