IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| **FAMILY SECURITY DOOR &** | ) | Case No. 08 B 00502 |
| **WINDOW, INC., a/k/a ACE IRON** | ) | |
| **WORKS, INC. not an Illinois corporation,** | ) | Honorable Eugene R. Wedoff |
| | ) | |
| **Reorganized Debtor.** | ) | |

### FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court being duly advised in the premises and it appearing to the Court that:

1. On January 10, 2008, Family Security filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor is in the business of fabricating, selling and installing doors and windows. Family Security's primary customers are the owners of single family homes. The business is partially seasonal. Receipts usually dip in the winter because the winter weather restricts the outdoor installation of doors and windows. Further, unless the doors and windows in a home are damaged, the installation of new doors and windows rests within the discretion of the homeowner.

3. On September 15, 2008, this Court entered an order approving the disclosures in and confirming Family Security's Amended Combined Chapter 11 Disclosure Statement and Plan Dated July 12, 2008 ("Confirmed Plan").

4. On February 24, 2009, this Court entered an order approving modifications to the Confirmed Plan ("Modification Order").

5. Family Security is current with its payments under the Confirmed Plan and the Modification order.

6.    There are no further outstanding or pending matters before this Court.

IT IS HEREBY ORDERED that:

A.    Family Security is released from all of its dischargeable debts and liabilities, except as provided in the Confirmed Plan and the Modification Order; and

B.    The Estate is hereby closed.

Dated: **3 1 MAR 2009**

Enter:

_____
Bankruptcy Judge

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
312-540-7000

-2-