**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | |
| **FAMILY SECURITY DOOR & WINDOW, INC., a/k/a ACE IRON WORKS, INC. not an Illinois corporation,** | ) ) ) | **Case No.  08 B 00502** |
| | ) | **Honorable Eugene R. Wedoff** |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF ENTRY OF FINAL DECREE**

To:    All Creditors and Parties in Interest

PLEASE TAKE NOTICE that on March 31, 2009 the United States Bankruptcy Court for the Northern District of Illinois Eastern Division entered an Order of Final Decree in the above captioned case, as per the attached Final Decree.

PLEASE TAKE FURTHER NOTICE that all objections to the Final Decree must be made in writing and filed with the Clerk of the Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn, Chicago, Illinois 60601 on or before April 21, 2009 to be effective and must be served on Debtor's counsel by personal delivery or fax (address below).

                                FAMILY SECURITY DOOR &
                                WINDOW, INC., a/k/a ACE
                                IRON  WORKS, INC. not an
                                Illinois corporation,

                                /s/  Robert R.  Benjamin
                                Robert R. Benjamin
                                One of its attorneys

QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
(312) 540-7000 (voice)
(312) 540-0578 (facsimile)

## AFFIDAVIT OF SERVICE

    I, Robert R. Benjamin, an attorney, certify that I served the foregoing **NOTICE OF FINAL DECREE** upon the persons to whom it is addressed by mailing a copy of the same to them at the above address and depositing the same in the United States Mail at 175 West Jackson Boulevard, Chicago, Illinois on April 1, 2009, with proper postage prepaid.

                                                                                 By:  /s/Robert R. Benjamin
                                                                                           Robert R. Benjamin

Albany Door
5846 W. 66TH ST.
Bedford Park, IL 60638

Albany Hardware
6740 BELL CIRCLE DR.
Bedford Park, IL 60638

Albany Steel & Brass
1900 W. GRAND AVE.
Chicago, IL 60622-6734

ALEXANDER & ASTOR-76815
ASTOR PALCE TOWN HOMES
NAPERVILLE, IL 60512

Alfa Tools
7845 N. Merrimac Ave.
Morton Grove, IL 60053

Allegra Printing
12549 S. HOLIDAY DR.
Alsip, IL 60803

ALLIED WASTE SERVICES
13701 South Kostner
Crestwood, IL 60445

ALLMETAL
P.O. BOX 850
Bensenville, IL 00060-1096

Alternative Business Suppl
Inc.
7101 S. ADAMS, UNIT#4
Willowbrook, IL 60527

AMERICAN EAGLE
SECURITY, INC.
6844 WEST 95TH STREET
Oak Lawn, IL 60453

American Express
P.O. BOX 247018
Omaha, IL 68124

ANTHONY, MARY - 8239
16437 OXFORD
MARKHAM, IL 60428

Armstrong Doors
7438 W. 90TH ST.
Bridgeview, IL 60453

ARNOLD, SILVIA & DENNIS -
83052
935 W 54TH ST
CHICAGO, IL 60609

ARTS AUTO - 82710
C/O LARRY WATSON
CHICAGO, IL 60636

ASC WINDOW CORPORATION
7649 South Racine
Chicago, IL 60620

AT& T MOBILITY
P.O. BOX 6463
Carol Stream, IL 60197-6463

AT&T
P.O.BOX 8100
Aurora, IL 60507

AT&T REAL YELLOW PAGES
8519 INNOVATION WAY
Chicago, IL 60682

AUSTIN, ARRON-80937
7537 S.DAMEN AVE
CHICAGO, IL 60620

AVANT, MARVIN - 8300
12408 S STATE ST
CHICAGO, IL 60628

AVANT, MARVIN - 83004
12408 S STATE ST
CHICAGO, IL 60628

AVAYA , INC
3795 DATA DRIVE
Norcross, GA 30092

B.E. Atlas
4300 N. KILPARTICK
Chicago, IL 60641

BAKER, DAVID - 82908
1906 N FREMONT
CHICAGO, IL 60614

BANKS, ROBERT - 82938
8635 S COLFAX
CHICAGO, IL 60617

BANKS, ROBERT - 82939
8635 S COLFAX
CHICAGO, IL 60617

| | | |
|---|---|---|
| BARAZI, BASSAM - 83030<br>1349 W FILLMORE<br>CHICAGO, IL 60607 | BARAZI, BASSAM - 83031<br>1349 W FILLMORE<br>CHICAGO, IL 60607 | BARRON, LINDA - 83093<br>7820 S MICHIGAN<br>CHICAGO, IL 60619 |
| Barron, Linda 83169<br>7820 S. Michigan<br>Chicago, IL 60619 | BECKER, DEREK - 82937<br>2232 N SAWYER<br>CHICAGO, IL 60647 | BEDAR, EDGAR - 82949<br>9008 S ADA<br>CHICAGO, IL 60620 |
| BEHM, MAUA YE NIARA - 83048<br>4721 S ST LAWRENCE<br>CHICAGO, IL 60615 | BERRY, DEVON - 82965<br>8126 S JEFFREY<br>CHICAGO, IL 60617 | BESS, GREGORY - 83013<br>8832 S HARPER<br>CHICAGO, IL 60619 |
| BLACKWELL, KEN - 83042<br>8128 S RHODES<br>CHICAGO, IL 60619 | Blevins, Marion - 83064<br>3980 S. Lake Park<br>Chicago, IL 60653 | BONHEUR REALTY SER<br>83095<br>711 S INDIANAPOLIS<br>CHICAGO, IL 60624 |
| BONHEUR REALTY SERVICE - 83096<br>600 E 41ST ST<br>CHICAGO, IL 60653 | BORGE, AL - 83094<br>7743 S WABASH<br>CHICAGO, IL 60619 | BORKOWSKI, IRENE - 8<br>3229 NORTH NEWLAND<br>CHICAGO, IL 60634 |
| BOYD, ZAUNDRA - 82859<br>8241 S RHODES<br>CHICAGO, IL 60619 | BRADFORD, JOAN - 82917<br>4430 FLOSSMOOR<br>COUNTRY CLUB HILLS, IL 60478 | BRANCH, PERSAIL - 824<br>3261 W 85TH ST<br>CHICAGO, IL 60652 |
| BRANCH, PERSAIL - 82474<br>3261 W 85TH ST<br>CHICAGO, IL 60652 | BREWER, WILLA - 82999<br>7231 S LANGLEY<br>CHICAGO, IL 60619 | BRICE, JOSE - 83071<br>8600 S EXCHANGE<br>CHICAGO, IL 60617 |
| BRIDGES, DON - 82592<br>16359 S ASHLAND<br>MARKHAM, IL 60428 | BROOKS, DAVID - 82729<br>1906 N SHEFFIELD<br>CHICAGO, IL 60614 | Brown, Alfred - 83113<br>8201 S. Honore<br>Chicago, IL 60620 |
| BROWN, ANDRE-80619<br>15314 ROBEY<br>HARVEY, IL 60426 | BROWN, ROBERT - 82671<br>5400 S PAULINA<br>CHICAGO, IL 60609 | BURKE, CAROLYN - 830<br>8208 S WHIPPLE<br>CHICAGO, IL 60652 |

| | | |
|---|---|---|
| BURNETT, MICHAEL - 83029<br>4505 203RD ST<br>MATTESON, IL 60443 | Burns, Ellen - 83127<br>404 Main Street<br>Hometown, IL 60456 | BUTLER, DANNY - 8301<br>1658 W 101ST PL<br>CHICAGO, IL 60643 |
| Byrd, RL & Hattie - 83131<br>7609 S. Luella Ave<br>Chicago, IL 60649 | CAGE, DONNA - 82890<br>11646 S ABERDEEN<br>CHICAGO, IL 60643 | CAMARENA, JAIME - 82<br>3827 W 55TH ST<br>CHICAGO, IL 60632 |
| CANNON, AARON - 82878<br>9428 S FRANCISCO<br>EVERGREEN PARK, IL 60643 | CANNON, DONNA - 82583<br>8319 S ADA<br>CHICAGO, IL 60620 | CARLSON, HEATHER -<br>4014 N ALBANY<br>CHICAGO, IL 60618 |
| CARR, NICOLE A - 82214<br>1344 W 96TH STREET<br>CHICAGO, IL 60643 | CARR, NICOLE A - 82293<br>1344 W 96TH STREET<br>CHICAGO, IL 60643 | CARTER, DOMINQUE -<br>6431 GREENWOOD<br>CHICAGO, IL 60637 |
| CATLIN, VANCE - 82925<br>1038 E 153RD ST<br>SOUTH HOLLAND, IL 60473 | CHICAGO SUBURBAN<br>EXPRESS INC<br>P.O. BOX 388568<br>Chicago, IL 60638 | Chicago Suntimes<br>P.O. BOX 1003<br>Tinley Park, IL 60477 |
| Chicago Tube<br>ONE CHICAGO TUBE DRIVE<br>Romeoville, IL 60446 | Clohisy, Marquerite-83157<br>10920 S. Lowe<br>Chicago, IL 60634 | COBB, DELMARIE - 829<br>3533 S KING DRIVE<br>CHICAGO, IL 60653 |
| COLEMAN, GLADYS - 82733<br>5938 S ELIZABETH<br>CHICAGO, IL 60636 | COLEMAN, LORETTA - 83018<br>1701 W 91ST ST<br>CHICAGO, IL 60620 | COLEMAN, LORETTA -<br>1701 W 91ST ST<br>CHICAGO, IL 60620 |
| ComEd<br>ComED Bill Payment Center<br>Chicago, IL 06066-8001 | ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 | ComEd 8776756004<br>ComED Bill Payment Cent<br>Chicago, IL 06066-8001 |
| COMO'S WINDOWS<br>4049 W. OGDEN AVE.<br>Chicago, IL 60623 | COMPLUS Professional<br>Controllers<br>9500 S. Vanderpoel Ave.<br>Chicago, IL 06064-3128 | COOK, BEVERLY - 8308<br>6913 S VERNON<br>CHICAGO, IL 60637 |
| COOMBS, MARJORIE - 82966<br>9754 S INDIANA<br>CHICAGO, IL 60628 | COPELAND, VADLESS - 82832<br>349 W 101ST PL<br>CHICAGO, IL 60628 | CRAIG, BETTY - 82941<br>812 W 53RD ST<br>CHICAGO, IL 60609 |

| | | |
|---|---|---|
| Cresent City Iron<br>2033 N. 17TH AVE.<br>Melrose Park, IL 00060-1960 | CROWNCO - 82933<br>PO BOX 622<br>WILMETTE, IL 60091 | CRUZ, EDWIN-80108<br>9264 S. 51ST AVE.<br>OAK LAWN, IL 60453 |
| CURE, SONSAREE - 83069<br>1108 W VERMONT<br>CALUMET PARK, IL 60827 | Custom Craft Plastics<br>100 King Arthur's Court<br>PO Box 6029<br>North Brunswick, NJ 08902 | D. Wexler & Sons, Inc.<br>4821 S. Aberdeen St.<br>Chicago, IL 60609 |
| DANIEL, RITA - 82918<br>1044 W LOYOLA<br>CHICAGO, IL 60626 | DAVIS, DELOIS - 83065<br>510 W 111TH ST<br>CHICAGO, IL 60628 | DAVIS, DELOIS - 83066<br>510 W 111TH ST<br>CHICAGO, IL 60628 |
| DAVIS, DELOIS - 83067<br>510 W 111TH ST<br>CHICAGO, IL 60628 | DAVIS, DELOIS - 83068<br>510 W 111TH ST<br>CHICAGO, IL 60628 | DENMAN, WILLA - 8227<br>10919 S PEORIA<br>CHICAGO, IL 60643 |
| Department of the Treasury<br>Cincinnati, OH 45999-0039 | DIXON, RETHEL-82587<br>8004 S. CONTANCE<br>CHICAGO, IL 60617 | DONALDSON, RANA - 8<br>1235 E 77TH PL<br>CHICAGO, IL 60628 |
| DOOR & LOCK<br>440 STEVENS DR.,Ste. 105<br>Addison, IL 60101 | DUFFIELD, CHARLES - 82940<br>4336 N ASHLAND<br>CHICAGO, IL 60613 | Dupont Powder Paint<br>9800 GENARD RD.<br>Houston, TX 77041 |
| Edwards, Carol - 83131<br>12538 S. Wood St.<br>Riverdale, IL 60827 | Effinger, Sylvester - 83154<br>1210 Memorial Dr.<br>Calumet City, IL 60409 | ELLISON, ARNETTA - 8<br>8046 S WENTWORTH<br>CHICAGO, IL 60620 |
| ENG, JASHUA - 83016<br>1311 PLYMOUTH COURT UNIT D<br>CHICAGO, IL 60605 | FANG, SHIRLEY - 82985<br>2541 S NORMAL<br>CHICAGO, IL 60616 | Fastemp Glass<br>1110 LOWELL ST.<br>Newport, KY 41071 |
| Fedele, Dave - 83036<br>5413 W. Wilson Ave.<br>Chicago, IL 60630 | FHC<br>11150 S. Cicero<br>Alsip, IL 60803 | FREEMAN FENCE INC.<br>3515 CLEVELAND AVE.<br>Brookfield, IL 60513 |

GAINES, MICHAEL - 82731
9234 S JUSTINE
CHICAGO, IL 60620

GARCIA, ED RAPHAEL - 82896
5800 S SPAULDING
CHICAGO, IL 60629

GARDNER, CARRIE - 82
15629 ASHLAND
HARVEY, IL 60426

GARTH, SABRINA - 82346
13729 S ATLANTIC
RIVERDALE, IL 60827

GAY, ROBERT - 82746
15831 S ST LOUIS
MARKHAM, IL 60428

George Loung
PO Box 278416
Riverdale, IL 60827

GIBBS, BARBARA A.-82510
7805 S. MICHIGAN
CHICAGO, IL 60619

GILLARD, JAMES - 83091
8615 S LOOMIS
CHICAGO, IL 60620

GIVENS, EALUNDE - 82
14232 S INDIANA
RIVERDALE, IL 60827

GLADNEY, E.C.-79052
5430 DAMEN
CHICAGO, IL 06069

GOMEZ, TRINIDAD - 82980
11621 S. AVENUE "J"
CHICAGO, IL 60617

GONZALEZ, HOPE - 828
3934 W 67TH PL
CHICAGO, IL 60629

GOODS, BUNNY - 82620
8146 S PEORIA
CHICAGO, IL 60620

GORDON, KEITH/LATRICIA - 82883
10227 S MAY ST
CHICAGO, IL 60643

GRANGE LIFE INSURAN
P.O. BOX 740604
Cincinnatti, OH 45274-060

GRAVES, LYCRECIA - 82168
1552 W 123RD ST
CHICAGO, IL 60643

GRAY, IRENE - 82159
9020 S SACRAMENTO
EVERGREEN PARK, IL 60805

GRAY, JENAI - 83060
7552 S ESSEX UNIT 1A
CHICAGO, IL 60649

GREEN, CYNTHIA- 81599
7748 S. WOLCOTT
CHICAGO, IL 60620

GREENE, BEVERLY - 82960
9112 S ASHLAND AVE
CHICAGO, IL 60620

Gregwor, Yvonne - 83195
7254 S Prairie
Chicago, IL 60619

GROSVENOR, RAMONA - 82865
9830 SAYRE AVE
CHICAGO RIDGE, IL 60415

HAMID, MARC - 82982
1041 W GRACE ST
CHICAGO, IL 60613

HAMID, MARC - 82983
1041 W GRACE ST
CHICAGO, IL 60613

HAMPTON, KIM - 83106
9929 S PERRY
CHICAGO, IL 60628

HANTELMANN, JULIE-82071
4515 N WOLCOTT 2A
CHICAGO, IL 60640

HARRIS, RON - 83012
5108 S HARPER
CHICAGO, IL 60615

| | | |
|---|---|---|
| HARVEY, BRENDA - 83022<br>8123 S CARPENTER<br>CHICAGO, IL 60620 | Harvey, Junior - 83132<br>10920 S. Lowe<br>Chicago, IL 60628 | HARVEY, PAULETTE - 8<br>5246 W BLOOMINGTON<br>CHICAGO, IL 60639 |
| HAWKINS, JEFFREY - 83123<br>1315 S PLYMOUTH CT UNIT E<br>CHICAGO, IL 60605 | HAYES, ETHEL - 82942<br>8718 S KING DR<br>CHICAGO, IL 60619 | HAYGOOD, HENRIETTA<br>83035<br>8101 S WASHTENAW<br>CHICAGO, IL 60620 |
| HENKE, JEFF - 82663<br>NANCY LUPO<br>FRANKLIN PARK, IL 60652 | HEREFORD, CLAYTON - 83122<br>8613 S LOWE<br>CHICAGO, IL 60620 | HERNANDEZ, DANIEL -<br>1107 S INDEPENDENCE<br>GARDEN UNIT #1<br>CHICAGO, IL 60624 |
| HERNANDEZ, DANIEL - 83056<br>1107 S INDEPENDENCE<br>GARDEN UNIT #1<br>CHICAGO, IL 60624 | HERNANDEZ, DANIEL - 83057<br>1107 S INDEPENDENCE<br>GARDEN UNIT #1<br>CHICAGO, IL 60624 | HICKS,THERESA-80967<br>18012 CHANTILLY<br>HQAZEL CREST, IL 6042 |
| HILL, JOHN - 82927<br>2406 W LEXINGTON<br>CHICAGO, IL 60624 | HOGAN, SUSAN - 82885<br>10943 S CAMPBELL<br>CHICAGO, IL 60655 | HOLMES, RUFUS - 8281<br>2211 EMERSON<br>EVANSTON, IL 60201 |
| Home Depot<br>P.O. BOX 6029<br>The Lakes, NV 88901 | HOUSE, ROBERT - 82934<br>18600 NEAL CIRCLE<br>COUNTRY CLUB HILLS, IL 60478 | HUGHES, VERNEICE - 8<br>10110 S UNION<br>CHICAGO, IL 60628 |
| Hunt Insurance<br>12000 S. HARLEM<br>Palos Heights, IL 60463 | HUNTER, DAVIDA - 83114<br>7232 S. WOODLAWN<br>CHICAGO, IL 60619 | HYMAN, ROBERT - 8295<br>7544 S LAFAYETTE<br>CHICAGO, IL 60620 |
| Ice Mountain<br>P.O. BOX 856680<br>Louisville, KY 40285 | IDEAL SERVICES - 82951<br>C/O VICKIE EVANS<br>BRIDGEVIEW, IL 60455 | Illinois Department of Rev<br>P.O. Box 19084<br>Springfield, IL 62794-9084 |
| IRISH, RAYMOND - 83008<br>7040 S PAULINA<br>CHICAGO, IL 60636 | IRISH, RAYMOND - 83009<br>7040 S PAULINA<br>CHICAGO, IL 60636 | ISAAC, BOBBIE J - 8284<br>7440 W 64TH ST<br>SUMMIT, IL 60501 |

| | | |
|---|---|---|
| IVORY, JOANNE-79609<br>519 S. 46TH AVE.<br>BELLWOOD, IL 60104 | J & H DISPOSAL SERVICE, INC.<br>7309 W. 55TH PLACE<br>Summit, IL 60501-1209 | J&L Metal Doors<br>P.O. BOX 671<br>Chicago Heights, IL 60412 |
| JACKSON, JOHN L - 83050<br>14723 COOPER AVE<br>HARVEY, IL 60426 | JACKSON, ROXANNE - 83032<br>7204 S RHODES<br>CHICAGO, IL 60619 | JACKSON. TOMURA - 83<br>702 E 89TH PL<br>CHICAGO, IL 60619 |
| JACKSON. TOMURA - 83074<br>702 E 89TH PL<br>CHICAGO, IL 60619 | JAWORSKI, JILL - 83075<br>1311 UNIT H S PLYMOUTH CT<br>CHICAGO, IL 60605 | JED'S PACKING SUPPLI<br>10446 S. TRUMBULL AV<br>Chicago, IL 60655 |
| JOHNSON, CLAUDE - 82624<br>7709 S HERMITAGE<br>CHICAGO, IL 60620 | JOHNSON, LUCY - 83051<br>7816 S DREXEL<br>CHICAGO, IL 60636 | JOHNSON, PRINCESS-79<br>3433 W. 76TH PL.<br>CHICAGO, IL 60652 |
| JONES, HONORA-81518<br>8022 S KENWOOD<br>CHICAGO, IL 60619 | JORDAN<br>P.O. BOX 1000 DEPT. 457<br>Memphis, TN 38148-0457 | JORDAN, IRENE - 82792<br>7834 S CONSTANCE<br>CHICAGO, IL 60649 |
| JURINAK, KENNETH - 82812<br>2518 W EASTWOOD<br>CHICAGO, IL 60625 | KAAPKE, BUD - 82884<br>11128 S WESTERN<br>CHICAGO, IL 60643 | KCI CHEMICAL CO.<br>4248 OAKWOOD LANE<br>Matteson, IL 60443 |
| Kilijanski, Letitia - 83182<br>9701 S. Homan<br>Evergreen Park, IL 60805 | KILPATRICK, TWANA - 82948<br>6113 S CALIFORNIA AVE<br>CHICAGO, IL 60629 | KING, AMY - 82961<br>6755 W HIGGINS ROAD<br>CHICAGO, IL 60656 |
| KING, JEFFREY M. - 83115<br>8518 S MICHIGAN<br>CHICAGO, IL 60619 | KUZNIAR, EDWIN-82525<br>11333 S. AVE. N<br>CHICAGO, IL 60617 | KWIKSET LOCK<br>12340 COLLECTIONS CE<br>DR.<br>Chicago, IL 66963 |
| LACY, HOWARD - 82978<br>8417 S KENWOOD<br>CHICAGO, IL 60619 | LACY, LEMUEL - 83011<br>3314 W 84TH PL<br>CHICAGO, IL 60652 | LANDEVERDE, RICHAR<br>82990<br>1461 E 72ND ST<br>CHICAGO, IL 60619 |

| | | |
|---|---|---|
| LARK, SHIRLEY - 82655<br>11143 S PARNELL<br>CHICAGO, IL 60628 | Lassai, Lynette - 83181<br>8343 S. State<br>Chicago, IL 60620 | LEE, MURIEL - 82797<br>1618 RIDGE ROAD<br>HOMEWOOD, IL 60430 |
| LEE, MURIEL - 82798<br>1618 RIDGE ROAD<br>HOMEWOOD, IL 60430 | LEE, TANYA - 82817<br>6334 S NORMAL<br>CHICAGO, IL 60621 | Lesure, Antoinette - 83098<br>5611 W 82nd Street<br>Chicago, IL 60652 |
| Levin, Harvey - 83130<br>1501 W. Oakdale<br>Chicago, IL 60657 | LEVINSON, JESSICA - 82795<br>11511 S AVE "J"<br>CHICAGO, IL 60617 | Lewis Supply<br>901 W. LAKE ST.<br>Melrose Park, IL 60160 |
| Lewis, Carla - 83155<br>741 #4 Sandpiper Court<br>Park Forest, IL 60466 | LINDSEY, BRANDON - 82955<br>2022 W 119TH ST<br>CHICAGO, IL 60643 | Linear, Dwain - 83160<br>5362 W. Crystal<br>Chicago, IL 60644 |
| LOVE, YVONNE - 83116<br>9346 S. LOOMIS<br>CHICAGO, IL 60620 | Loxcreen<br>100 WESTHEIMER DR.<br>Middletown, OH 45044 | LUI, CHRIS - 82887<br>1925 W 34TH ST UNIT E<br>CHICAGO, IL 60608 |
| LYONS, CALVIN - 82879<br>9534 S INDIANA<br>CHICAGO, IL 60628 | Macke Water Systems, Inc.<br>P.O. Box 545<br>Wheeling, IL 60090-0545 | Manos, Bill - 83159<br>3247 N. Rutherford<br>Chicago, IL 60634 |
| MARIJAN, MIKE -83041<br>3611 S WOOD<br>CHICAGO, IL 60609 | Marks Hardware<br>5300 NEW HORIZONS BLVD.<br>Amityville, NY 11701 | MARTIN, BOBBY - 8282<br>8455 S KINGSTON<br>CHICAGO, IL 60617 |
| MARTIN, ESSIE - 82986<br>1232 S SPAULDING<br>CHICAGO, IL 60623 | MARTY, BONNIE - 82928<br>2408 W LEXINGTON<br>CHICAGO, IL 60612 | MATECKI, DANIEL - 821<br>10341 S SAWYER<br>CHICAGO, IL 60655 |
| Matthews, Marcia L - 83158<br>746 N. Taylor<br>Oak Park, IL 60302 | MATTISON, LINDA - 82931<br>6809 S EVANS<br>CHICAGO, IL 60637 | MCALPIN, LILLIAN - 82<br>10713 S PEORIA<br>CHICAGO, IL 60643 |

| | | |
|---|---|---|
| MCCARRELL CRAIG & ADDIS - 83044<br>10645 S VERNON<br>CHICAGO, IL 60628 | MCCARRELL, CRAIG & ADDIS - 83043<br>10645 S VERNON<br>CHICAGO, IL 60628 | MCCARRELL, CRAIG & - 83045<br>10645 S VERNON<br>CHICAGO, IL 60628 |
| MCCLAIN, WAYNE-77984<br>6930 S. LAFIN<br>CHICAGO, IL 60636 | MCCONNELL, BITOY - 82536<br>7823 S AVALON<br>CHICAGO, IL 60619 | McGann, Willia & Beverly Woods-80533<br>11632 S. S. WESTERN AV<br>CHICAGO, IL 60643 |
| MCWILLIAMS, JIMMYE - 82661<br>6758 S HONORE<br>CHICAGO, IL 60636 | Merchants metals<br>P.O. BOX 404259<br>Atlanta, GA 30384-4259 | Michael G. Rasmason<br>20506 Frankfort Sq. Dr.<br>Frankfort, IL 60423 |
| MIKE'S CONSTRUCTION - 83124<br>823 W. 42ND ST.<br>CHICAGO, IL 60609 | MODERN MILLWORK - 82897<br>3004-06 S ARCHER<br>CHICAGO, IL 60608 | MOMAN, VELMA A - 82<br>8521 S CONSTANCE<br>CHICAGO, IL 60617 |
| MOORE, MARC - 82423<br>7448 S INDIANA<br>CHICAGO, IL 60619 | MOORE, MOLLIE - 82844<br>2111 W 72ND PL<br>CHICAGO, IL 60636 | MOORE, THERESA - 829<br>9832 S CLAREMONT<br>CHICAGO, IL 60643 |
| Morgan Locksmiths<br>1825 W. 103rd Street<br>Chicago, IL 60643 | MOSLEY, ARTRA - 82886<br>6753 S ABERDEEN<br>CHICAGO, IL 60636 | MURPHY, BRENDA - 83<br>15940 MINERVA<br>SOUTH HOLLAND, IL 06 |
| NASH, MARINETTA - 82930<br>35 N LATROBE AVE<br>CHICAGO, IL 60644 | NATIONWIDE INDUSTRIES<br>10333 WINDHORST RD.<br>Tampa, FL 33619 | NEWSOM, ROXANNE-8<br>3102 223 RD PL<br>SAUK VILLAGE, IL 6041 |
| NEWSOME, THEO - 82192<br>14231 WALLACE<br>RIVERDALE, IL 60827 | NICPON, SHANNON - 82765<br>1 HAWTHORN ROAD<br>LAKE IN THE HILLS, IL 60156 | NIEVES, RAMON/MART 83105<br>1948 W ARMITAGE AVE<br>CHICAGO, IL 60622 |
| NOBLE-KING, LAVONIA - 82811<br>7817 S PHILLIPS<br>CHICAGO, IL 60636 | NOBLE-KING, LAVONIA - 82808<br>7817 S PHILLIPS<br>CHICAGO, IL 60636 | NORTHCUTT, CLEVELA 83024<br>7955 S INDIANA<br>CHICAGO, IL 60619 |

| | | |
|---|---|---|
| Old Dominion Freight<br>500 OLD DOMINION WAY<br>Thomasville, NC 27360 | OOSTON, STEPHEN 81086<br>5143 S. GREENWOOD AVE<br>CHICAGO, IL 60615 | ORLOSKI, JEFF - 82924<br>1020 W WELLINGTON<br>CHICAGO, IL 60657 |
| OSTROWSKI, BOGUS - 82762<br>736 RODGER AVE<br>KENILWORTH, IL 60043 | OWENS, ROBERT - 82645<br>5920 S ELIZABETH<br>CHICAGO, IL 60636 | PARKER, FRED - 82640<br>17706 DOGWOOD LANE<br>HAZELCREST, IL 60429 |
| Parkside Window Company<br>2649 N. Kildare Avenue<br>Chicago, IL 60639-2051 | PATRICK, LAMAR - 82040<br>11227 S WALLACE<br>CHICAGO, IL 60628 | PEEPLES, FANNIE - 8288<br>12237 S ABERDEEN<br>CHICAGO, IL 60643 |
| PEOPLES ENERGY-3 5000 4757 8777<br>Chicago, IL 60687-0001 | PEOPLES ENERGY-4 5000 1744 8743<br>Chicago, IL 06068-7001 | PEOPLES ENERGY-9 500 7538<br>Chicago, IL 06068-7001 |
| PETTA, TOM - 83049<br>12225 S WESTERN<br>BLUE ISLAND, IL 60406 | PINTADO, MANUEL - 83078<br>5427 S MAPLEWOOD<br>CHICAGO, IL 60625 | PITNEY BOWES CREDIT<br>CORPORATION<br>P.O. BOX 856460<br>Louisville, KY 40285-6460 |
| POGNANT, JOHN - 82540<br>8327 S KILDARE<br>CHICAGO, IL 60652 | Powell, Louise - 83301<br>5127 S. Loomis<br>Chicago, IL 60609 | Praxair<br>941 PRAXAIR DISTRIBU<br>INC.<br>DEPT CH 10660<br>Palatine, IL 60055 |
| PREWITT, CHRISTY - 83058<br>14225 COTTAGE GROVE<br>DOLTON, IL 60419 | PRICE, AARON/DAVIS, DOROTHY - 83103<br>9904 S YATES BLVD<br>CHICAGO, IL 60617 | PRIES, DONNA - 82845<br>10059 S SPAULDING<br>CHICAGO, IL 60805 |
| PRINCE, VALARIE - 82866<br>1238 W 74TH ST<br>CHICAGO, IL 60636 | PRUITT, CHARITA - 83020<br>8144 S YALE<br>CHICAGO, IL 60620 | R.R. Donnelly<br>Liquidebt Systems, Inc.<br>29 W. 110 BUTTERFIELD<br>Ste.108<br>Warrenville, IL 60555 |
| Reed, Darryl - 83192<br>58 W 99th Street<br>Chicago, IL 60628 | REED, LARRY - 83007<br>PO BOX 288375<br>CHICAGO, IL 60628 | Rice, Samuel - 83194<br>8335 S. Kenwood<br>Chicago, IL 60619 |

RIDGE FENCE SUPPLY
6645 WEST 95TH STREET
Chicago Ridge, IL 60415

RIGHT LINE BLDRS - 82711
11006 S INDIANA
CHICAGO, IL 60628

ROBINSON, CHRIS - 827
6856-58 S KING DR
CHICAGO, IL 60637

Robinson, Daniel - 82888
917 Purdue
Matteson, IL 60443

ROBINSON, EDWARD - 82498
7143 S MAPLEWOOD
CHICAGO, IL 60629

ROBINSON, FLORA - 82
8624 S WOLCOTT
CHICAGO, IL 60620

ROBINSON, GRACE - 83005
8434 S HERMITIAGE
CHICAGO, IL 60620

ROBINSON, JOHNNIE - 83090
5225 W OHIO ST
CHICAGO, IL 60644

ROBINSON, PHYLLIS - 8
1038 W 109TH ST
CHICAGO, IL 60643

ROBINSON, TRACY - 83014
1321 S PLYMOUTH CT UNIT A
CHICAGO, IL 60605

ROUNDS, WILLIE - 83025
17407 KEDZIE
HAZEL CREST, IL 60402

ROZELL, DESIREE - 828
10834 S PROSPECT
CHICAGO, IL 60643

ROZMUS, MICHAEL - 82943
6540 HIGGINS ROAD
CHICAGO, IL 60656

RYAN, BEVERLY-81461
573 SUNDANCE DR
BOLINGBROOK, IL 60439

SAFFORD, CHARO' - 82
736 S KEDZIE
CHICAGO, IL 60612

SANDIFER, CYNTHIA-81652
1362 MACKINAW
CALUMET CITY, IL 60409

SCOTT, TINA - 83038
9154 S. URVAN 10E
CHICAGO, IL 60619

SEDIO, JAN - 82926
2255 W CERMAK
CHICAGO, IL 60608

SHABAZZ, LINDA - 82894
12056 S HARVARD
CHICAGO, IL 60628

SHANNON, PATRICIA &
WILLIAM - 83010
15341 MERLIN COURT
OAK FOREST, IL 60453

Shell Oil
P.O. BOX 689081
Des Moines, IA 50388

SHELTON, DARRYL - 83147
7737 S CALUMET
CHICAGO, IL 60619

SILVA, ALBERT & LARRY -
82509
2449 S KEDZIE
CHICAGO, IL 60623

Smith Mechanical
c/o Rosie Smith
11415 S. Union
Chicago, IL 60628

SMITH, DAVINE - 83006
1304 W 96TH ST
CHICAGO, IL 60643

Smith, Jameelah - 83129
8247 S Albany
Chicago, IL 60652

Sommerfield, Ron - 83150
3931 W 49th St
Chicago, IL 60632

| | | |
|---|---|---|
| Sommerfield, Ron - 83151<br>3931 W 49th St<br>Chicago, IL 60632 | Sommerfield, Ron - 83153<br>3931 W 49th St<br>Chicago, IL 60632 | SOUTHWEST COMMUN<br>NEWSPAPER<br>6225 S. KEDZIE<br>Chicago, IL 60620 |
| SPANN, LOVIE - 82188<br>8357 S ADA<br>CHICAGO, IL 60620 | SPECTOR, BRIAN - 83019<br>1812 S STATE<br>CHICAGO, IL 60616 | SPRAWLS, ENOS - 82666<br>7010 S BELL<br>CHICAGO, IL 60636 |
| STAPLES, SADE - 82998<br>1047 N ST LOUIS<br>CHICAGO, IL 60651 | Starr/Reuter/Jackson | State Street Steel<br>6418 S. STATE ST.<br>Chicago, IL 60637 |
| STEWART, RALPH/AUSTINE - 82751<br>4113 S INDIANA<br>CHICAGO, IL 60653 | STEWART, THELMA-81290<br>7700 .S LAFLIN<br>CHICAGO, IL 60620 | STOVER, MARK - 83072<br>6651-55 S OAKLEY AVE<br>CHICAGO, IL 60636 |
| STROGER, TODD - 82559<br>8534 S BLACKSTONE<br>CHICAGO, IL 00060-9619 | SULLIVAN, ARTHUR - 82963<br>7607 W 63RD PL<br>CHICAGO, IL 60501 | SWAIN, VERONICA - 83<br>111637 S ADA ST<br>CHICAGO, IL 60643 |
| TARVER, MARGO-80140<br>1501 E. 76TH PL.<br>CHICAGO, IL 60619 | TATE, KATHLEEN - 82744<br>14319 S PARNELL<br>HARVEY, IL 60426 | TAYLOR, BRYAN - 8302<br>7308 S RIDGELAND<br>CHICAGO, IL 60649 |
| TAYLOR, DEBORAH - 82952<br>8554 S JUSTINE<br>CHICAGO, IL 60620 | TENORIO, FIDEL - 82935<br>4969 N MASON<br>CHICAGO, IL 60630 | TERRELL, KAMITA - 82<br>6632 S WOOD<br>CHICAGO, IL 60636 |
| TERRIE, ARTHER - 83021<br>965 E 100TH PL<br>CHICAGO, IL 60628 | The Detroit Tubing Mill Inc.<br>12871 Eaton<br>Detroit, MI 48227 | TMI OF MICHIGAN, INC<br>P.O. BOX 262<br>Hazel Park, MI 48030 |
| Trans Atlantic<br>440 FAIRMOUNT AVE.<br>Philadelphia, PA 19123 | TRENT, CAROL - 82863<br>16005 S MYRTLE<br>HARVEY, IL 60426 | TRENT, CAROL - 83026<br>16005 S MYRTLE<br>HARVEY, IL 60426 |

TRINITY A& P INVESTMENTS - 83023
9824 S KING DR
CHICAGO, IL 60628

TRIPLETT, BRIAN - 82743
16624 CARSE
HARVEY, IL 60426

Triplett, Rose - 83152
12230 S Racine
Chicago, IL 60643

Tyson, Robert - 83097
8636 S Woodlawn
Chicago, IL 60619

UPS
LOCKBOX 577
Carol Stream, IL 60132

US POSTAGE METER CH
28231 AVE. CROCKER #
Valencia, CA 91355

VANPELT, SUZANNE - 83039
1313 PLYMOUTH COURT UNIT A
CHICAGO, IL 60605

VAUGHN, RAYMOND - 82750
400 SPRINGFIELD ST
PARK FOREST, IL 60466

Vinyl Kraft
3404 Rhodes Avenue
New Boston, OH 45662

Vitracoat America, Inc.
52817 Marina Dr.
Elkhart, IN 46514

W.F. D'Allaird Company, Inc.
1088 LUNT AVE.
Schaumburg, IL 60193

WADE, BARBARA-75578
7207 S. SPAULIDING
CHICAGO, IL 60629

Wagner Co
4480 N. 124TH ST.
Butler, WI

Waller, Kevin - 83117
544 E 44th Street
Chicago, IL 60653

WALSTON, VALORIE/RAYMOND - 8
7351 S MERRILL AVE
CHICAGO, IL 60649

WATSON, WILLIAM - 82459
7448 SOUTHSHORE DR
CHICAGO, IL 60649

WEATHERS, SHIRLEY-78658
3524 W. COLUMBUS
CHICAGO, IL 60652

WEATHERSPOON, EDDI
83002
7422 S BENNETT
CHICAGO, IL 60649

WHITE, BRINT - 82954
12012 PRINCETON
CHICAGO, IL 60628

WHITE, CECIL - 83079
1760 E 73RD ST
CHICAGO, IL 60649

WHITE, GEORGIA - 8300
12437 S THROOP ST
CALUMET PARK, IL 608

WHITE, HENRY G - 83061
558 E OAKWOOD
CHICAGO, IL 60653

WHITTED, ADRIENNE -82846
320 W 105TH PL
CHICAGO, IL 60628

WILLIAMS, CHARLENE
1554 W 123RD ST
CHICAGO, IL 60643

WILLIAMS, KAREN-81837
7248 S COLES UNIT E
CHICAGO, IL 60649

WILLIAMS, LURETHA - 83040
9238 S ELLIS AVE.
CHICAGO, IL 60619

WILLIAMS, ONETTA - 8
8453 S KARLOV
CHICAGO, IL 60652

| | | |
|---|---|---|
| WILLIAMS, PAMELA - 83086<br>1164 LUCAS<br>CALUMET CITY, IL 60409 | Williams, Pamela - 83156<br>1164 Lucas<br>Calumet City, IL 60409 | WILLIAMS, THOMAS - 8<br>16330 MAPLE ST<br>SOUTH HOLLAND, IL 6 |
| WILLIAMS, WARREN - 82376<br>5425 S MORGAN<br>CHICAGO, IL 60609 | WILSON, DAMON - 83017<br>5542 S WOLCOTT<br>CHICAGO, IL 60636 | WILSON, NEKELA - 831<br>538 W. 44TH ST. UNIT 1<br>CHICAGO, IL 60653 |
| Wimms, Jacqueline - 83120<br>925 W 50th Street<br>Chicago, IL 60609 | Winston, Percy - 83118<br>921 W 50th Street<br>Chicago, IL 60609 | WOJCIK, LARRY - 82659<br>16724 HILLSIDE<br>TINLEY PARK, IL 60477 |
| WOODBURY, LILLIE - 82670<br>7941 S KINGSTON<br>CHICAGO, IL 60617 | WOODS, LAWRENCE - 82649<br>9611 S CARPENTER<br>CHICAGO, IL 60643 | WRIGHT PRODUCTS<br>P.O. BOX 601053<br>Charlotte, NC 28260 |
| WRIGHT, LILLIAN - 82064<br>8529 S ST LAWRENCE<br>CHICAGO, IL 60619 | WU, DANIEL DR. - 82957<br>2102 S CHINA PLACE<br>CHICAGO, IL 60616 | YACH, STEVE - 82929<br>712 S WESTERN<br>CHICAGO, IL 60612 |
| Yellow Book USA<br>P.O. BOX 586<br>Newark, NJ 07101 | Yellow PAGES<br>P.O. 470589<br>Tulsa, OK 74147 | Yellow Transportation, Inc<br>P.O. Box 73149<br>Chicago, IL 60673-7149 |
| Young, Jeremiah<br>567 N. Long<br>Chicago, IL 60644 | Zip Products<br>1590 TEXAS ST.<br>Memphis, TN 38106 | Office of the United States<br>227 W. Monroe Street, Suit<br>Chicago, IL 60606 |
| Department of the Treasury | | |

IL Department of Revenue
c/o James D. Newbold
Assistant Attorney General Revenue
Litigation Bureau
IL Attorney General
100 W. Randolph, 13th Floor